**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Kathrine D. Shea

M. Amy Carlin
Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
Of COUNSEL

February 22, 2005

**VIA HAND DELIVERY**
The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

    RE:   <u>Jacob Bradley et al. v. City of Lynn et al.</u>
             U.S. District Court, Civil Action No. 05-CV-10213-PBS

Dear Judge Saris:

    The plaintiffs in the above-referenced case intend to file a Motion for Preliminary Injunction enjoining the defendants' use of the civil service examination as a rank ordering system for hiring firefighters, both in imminent hiring by the Lynn Fire Department and in a new upcoming examination to be offered by the Commonwealth in April. The motion will challenge this use of the examination as having a disparate impact on minorities in violation of federal and state discrimination law and as being in breach of the 1974 <u>Beecher</u> decree.

    In order to prepare this motion, we will need to conduct some expedited preliminary discovery. In the recent <u>DeLeo</u> case, your Honor indicated that you would prefer some advance notice for planning for these types of motions. We wanted to know if we might have a conference scheduled in the near future so that we could plan for expedited discovery and perhaps a briefing schedule for the preliminary injunction motion.

# PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Thank you very much for your attention to this matter.

Sincerely,

Shannon Liss-Riordan

cc:  Robert Quinan, Esq.
George S. Markopoulos, Esq.
Nadine Cohen, Esq.
Harold Lichten, Esq.
Alfred Gordon, Esq.

