AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Jacob Bradley, Noah Bradley, Keith Ridley, Jared Thomas et al.

**SUMMONS IN A CIVIL ACTION**

V.

City of Lynn, Edward J. Clancy, Jr., Commonwealth of Massachusetts, Division Of Human Resources, and Ruth Bramson

CASE NUMBER: 05-10213 PBS

FEB 11 2005

TO: (Name and address of Defendant)

City of Lynn
Care of Mary Audley, Clerk
Municipal Building
3 City Hall Square
Lynn MA 01901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harold L. Lichten, Shannon Liss-Riordan, & Alfred Gordon
Pyle, Rome, Lichten, Ehernberg, & Liss-Riordan, P.C.
18 Tremont Stret, Suite 500
Boston MA 02108

an answer to the complaint which is served on you with this summons, within **Twenty** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB - 2 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

---

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.                                                         February 10, 2005

I hereby certify and return that on 2/9/2005 at 10:10AM I served a true and attested copy of the summons and complaint, preliminary and permanent injunctive relief request in this action in the following manner: To wit, by delivering in hand to Mary Audley, Clerk of City of Lynn, City Hall, 3 City Hall Square, Lynn, MA 01901. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($6.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $43.90

Deputy Sheriff Michael Burke                                    *[signature]* Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.