# UNITED STATES DISTRICT COURT

District of Massachusetts

Jacob Bradley, Noah Bradley, Ketih Ridley, Jared Thomas, et al.

V.

City of Lynn, Edward J. Clancy Jr., Commonwealth of Massachusetts, Division of Human Resources, and Ruth Bramson

FILED IN CLERKS OFFICE

SUMMONS IN A CIVIL CASE
2005 FEB 24

CASE NUMBER: 05 CV 10231 PBS

U.S. DISTRICT COURT DISTRICT OF MASS.

FEB 24 2005

TO: (Name and address of Defendant)

Commonwealth of Massachusetts
Division of Human Resources
One Ashburton Place
Room 203
Boston MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harold L. Lichten, Shannon Liss-Riordan, & Alfred Gordon
Pyle, Rome, Lichten, Ehernberg, & Liss-Riordan, P.C.
18 Tremont Street Suite 500
Boston MA 02108

an answer to the complaint which is herewith served upon you, within ___Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB -7 2005

CLERK

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date              *Signature of Server*

_____
*Address of Server*



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

February 23, 2005
I hereby certify and return that on 2/18/2005 at 12:45PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Ms.Latham, agent and person in charge at the time of service for Commonwealth of Massachusetts, at Room 203, Human Resources Division, Records 1 Ashburton Place 2nd fl Boston, MA 02108. Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $36.00

Deputy Sheriff    Pierce Waltower, Jr.                                    _____
                                                                          *Deputy Sheriff*