AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

FILED
IN CLERKS OFFICE

2005 FEB 24 P 3: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

Jacob Bradley, Noah Bradley, Keith Ridley, Jared Thomas, et al.

V.

City of Lynn, Edward J. Clancy, Jr., Commonwealth of Massachusetts, Division of Human Resources, and Ruth Bramson

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-10213 PBS

FEB 24 2005

TO: (Name and address of Defendant)

Ruth Bramson
Personnel Administrator
Commonwealth of Massachusetts
Division of Human Resources
One Ashburton Place
Room 203
Boston MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harold L. Lichten, Shannon Liss-Riordan, & Alfred Gordon
Pyle, Rome, Lichten, Ehernberg, & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston MA 02108

an answer to the complaint which is served on you with this summons, within __Twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

FEB - 2 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                      *Signature of Server*

                                       _____
                                       *Address of Server*

0562 9250



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

February 23, 2005
I hereby certify and return that on 2/18/2005 at 12:45PM I served a true and
attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to Ms.Latham, agent and person in charge at the time
of service for Ruth N. Bramson, at McCormack Building-c/o HR Division, Rm 2, 1
Ashburton Place, Personnel Administrator Boston, MA 02108. U.S. District Court Fee
($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling
($1.00), Attest/Copies ($5.00) Total Charges $42.00

                                              *Pierce Waltower*
Deputy Sheriff    Pierce Waltower, Jr.                    Deputy Sheriff