UNITED STATES DISTRICT COURT

*FILED CLERKS OFFICE*

C. A. No. 05CV10213PBS

*2005 MAR -7 P 3: 00*

*U.S. DISTRICT COURT DISTRICT OF MASS*

JACOB BRADLEY, NOAH BRADELY,
KEITH RIDLEY, and JARED THOMAS,
individually and on behalf of a class of
similarly situated individuals,
        PLAINTIFFS

VS.

CITY OF LYNN, EDWARD J. CLANCY, JR.,
In his capacity as Mayor of the City of Lynn; the
COMMONWEALTH OF MASSACHUSETTS,
DIVISION OF HUMAN SERVICES; and RUTH BRAMSON,
In her capacity as Personnel Administrator of the Division of
Human Resources of the Commonwealth of Massachusetts,
        DEFENDANTS

## DEFENDANT CITY OF LYNN'S MOTION
## TO BE DESIGNATED AS A NOMINAL PARTY

Now comes the Defendant City of Lynn and respectfully requests that this Honorable
Court designate the City of Lynn to be a nominal party in the above litigation. As reasons for
this Motion, the Defendant City of Lynn states that the allegations in the Plaintiffs' Complaint
attack the constitutionality and the validity of the Civil Service Law in the State of
Massachusetts and the Commonwealth of Massachusetts is the appropriate party and real party in
interest to defend this litigation.

FOR THE DEFENDANT
CITY OF LYNN


George S. Markopoulos
Assistant City Solicitor
BBO #: 546189


James Lamanna, Esquire
BBO #: 637433
Lynn City Hall
3 City Hall Square  Room 406
Lynn  MA  01901
(781) 598-4000. Ext. 6840

Dated: March 4, 2005