UNITED STATES DISTRICT COURT

C. A. No. 05CV10213PBS

*FILED CLERKS OFFICE*
*2005 MAR -7 P 3:00*
*US DISTRICT COURT*
*DISTRICT OF MASS*

JACOB BRADLEY, NOAH BRADELY,
KEITH RIDLEY, and JARED THOMAS,
individually and on behalf of a class of
similarly situated individuals,
    PLAINTIFFS

VS.

CITY OF LYNN, EDWARD J. CLANCY, JR.,
In his capacity as Mayor of the City of Lynn; the
COMMONWEALTH OF MASSACHUSETTS,
DIVISION OF HUMAN SERVICES; and RUTH BRAMSON,
In her capacity as Personnel Administrator of the Division of
Human Resources of the Commonwealth of Massachusetts,
    DEFENDANTS

## DEFENDANT CITY OF LYNN' MOTION TO JOIN
## THE INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS LOCAL 739,
## MATTHEW REDDY, PRESIDENT

Now comes the Defendant City of Lynn, pursuant to Federal Rules of Civil Procedure, Rule 19, and respectfully requests that The International Association of Fire Fighters Local 739, Matthew Reddy, President, be joined to this litigation as a party needed for the just adjudication of the claims set forth in the Plaintiffs' Complaint. As reasons for this Motion, the Defendant City of Lynn states that the allegations set forth in the Plaintiffs' Complaint deal with the hiring and promotion of fire fighters within the Lynn Fire Department. Therefore, The International Association of Fire Fighters Local 739, Matthew Reddy, President, which is the official employee organization pursuant to M.G.L., Chapter 150E, Section 1, et seq., for the City of Lynn, is a party which is necessary for the just adjudication of the claims set forth in this litigation.

FOR THE DEFENDANT
CITY OF LYNN

_____
George S. Markopoulos
Assistant City Solicitor
BBO #: 546189

_____
James Lamanna, Esquire
BBO #: 637433
Lynn City Hall
3 City Hall Square Room 406
Lynn MA 01901
(781) 598-4000. Ext. 6840

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

I certify that a copy of the within documents:

DEFENDANT CITY OF LYNN'S MOTION TO BE
DESIGNATED AS A NOMINAL PARTY, and

DEFENDANT CITY OF LYNN' MOTION TO JOIN
THE INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS LOCAL 739,
MATTHEW REDDY, PRESIDENT

have this day been mailed, by first class mail, postage prepaid to: Harold L. Lichten, Esquire, Shannon Liss-Riordan, Alftred Gordon, Pyle, Rome, Lichten, Enhrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston MA 02108, and Ronald Kehoe, Asst. Attorney General Office of the Attorney General, One Ashburton Place, Boston MA 02108 and the originals delivered to the court.

_____
George S. Markopoulos
Assistant City Solicitor

Dated: March 4, 2005