UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>CITY OF LYNN, *et al.*,<br><br>      Defendants. | CIVIL ACTION<br>NO. 05-10213-PBS |

**NOTICE OF APPEARANCE**

Please enter on the docket my appearance as counsel for the State defendants, the Human Resources Division and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division.

                  Respectfully submitted,

                  THOMAS F. REILLY
                  ATTORNEY GENERAL

                  /s/Ronald L. Kehoe
                  Ronald L. Kehoe
                  BBO # 264260
                  Assistant Attorney General
                  Government Bureau
                  One Ashburton Place, Room 2019
                  Boston, MA 02108-1698
                  (617) 727-2200, ext. 2619

Dated: March 10, 2005