**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

JACOB BRADLEY, *et al.*,

            Plaintiffs,

     v.

CITY OF LYNN, *et al.*,

            Defendants.

CIVIL ACTION
NO. 05-10213-PBS

**NOTICE OF APPEARANCE**

Please enter on the docket my appearance as counsel for the State defendants, the Human Resources Division and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/Ronald L. Kehoe
Ronald L. Kehoe
BBO # 264260
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2619

Dated: March 10, 2005