UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 11 P 12: 41

U.S. DISTRICT COURT
DISTRICT OF MASS

JACOB BRADLEY, et al.,

        Plaintiffs,

v.

CITY OF LYNN, et al.,

        Defendants.

CIVIL ACTION
NO. 05-10213-PBS

## APPEARANCE

Please enter on the docket my appearance as counsel for the State defendants, the Human Resources Division and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Victoria S. Cole

Victoria S. Cole
BBO # 654996
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2083

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 3/10/2005.
/s/ Cole

Dated: March 10, 2005