UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                            )
JACOB BRADLEY, NOAH BRADLEY, KEITH    )
RIDLEY, and JARED THOMAS,                              )
individually and on behalf of a class of                    )
similarly situated individuals,                                 )
                Plaintiffs,                                        )
                                                            )
v.                                                          )    Civil Action No.
                                                            )    05-10213-PBS
CITY OF LYNN; EDWARD J. CLANCY, JR.,           )
in his capacity as Mayor of the City of Lynn;            )
the COMMONWEALTH OF MASSACHUSETTS,    )
DIVISION OF HUMAN RESOURCES; and            )
RUTH BRAMSON, in her capacity as Personnel   )
Administrator of the Division of Human Resources  )
of the Commonwealth of Massachusetts,              )
                Defendants.                                    )
_____)

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

      Counsel for the parties to the above-captioned matter conferred on March 24, 2005, and Plaintiffs and the City of Lynn defendants (City of Lynn and Edward Clancy) now file this joint statement pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference. The Commonwealth Defendants (Commonwealth of Massachusetts, Division of Human Resources, and Ruth Branson) are not participating in this Joint Statement.

I. **Proposed Pretrial Schedule:**

The plaintiffs and the City of Lynn defendants agree that the plaintiffs' motion for a preliminary injunction will be consolidated with a hearing on the merits. The following proposed joint discovery plan would allow for discovery and a ruling to be made in advance of the April 2006 civil service examination for entry level municipal firefighter applicants.

Plaintiffs' expert disclosures will be made no later than July 31, 2005.

Defendants' expert disclosures will be made no later than August 31, 2005.

Discovery will be completed no later than September 30, 2005.

Hearing/trial on the merits will be scheduled for November 2005.

This phase of the litigation will address liability. If the plaintiffs prevail on liability, the court will then establish deadlines and a procedure regarding the determination of a proper remedy, including damages.

II. **Trial By Magistrate Judge**

The parties do not consent to trial by a Magistrate Judge.

III. **Certifications**

The parties' certifications pursuant to Local Rule 16.1(D)(3) will be filed separately.

Respectfully submitted,

FOR PLAINTIFFS JACOB BRADLEY,
NOAH BRADLEY, KEITH RIDLEY,
and JARED THOMAS, et al.,


s/ Shannon Liss-Riordan_____
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO# 640716
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten, Ehrenberg &
        Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200


FOR DEFENDANTS CITY OF LYNN
and EDWARD J. CLANCY, JR.,


s/ James Lamanna_____
James Lamanna, Esq., BBO # 637433
City Solicitor's Office, Room 406
Lynn City Hall
Lynn, MA 01901
(781) 586-6843


Date: March 24, 2005


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by facsimile on March 25, 2005, and on Counsel for the Commonwealth Ronald F. Kehoe, Esq., Office of the Attorney General, by electronic mail on March 24, 2005.

                              \_s/Shannon Liss-Riordan_____
                              Shannon Liss-Riordan, Esq.