UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,<br>                    Plaintiffs,<br><br>v.<br><br>CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts,<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-10213-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF, JACOB BRADLEY'S
CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), plaintiff, Jacob Bradley, and his counsel hereby certify that they have conferred:

(a)    with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____          _____
Jacob Bradley                              Harold L. Lichten, BBO #549689
                                                   Shannon Liss-Riordan, BBO # 640716
                                                   Alfred Gordon, BBO # 630456
                                                   Pyle, Rome, Lichten, Ehrenberg &
                                                           Liss-Riordan, P.C.
                                                   18 Tremont St., Ste. 500
                                                   Boston, MA 02108
DATE: 3/24/05                           (617) 367-7200

CERTIFICATE OF SERVICE
I certify that a true copy of the above document
was served upon the attorney of record for each other
party by hand on 3/25/05
_____