## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

JACOB BRADLEY, NOAH BRADLEY, KEITH ⟩
RIDLEY, and JARED THOMAS, ⟩
individually and on behalf of a class of ⟩
similarly situated individuals, ⟩
            Plaintiffs, ⟩
                            ⟩
v.                              ⟩  Civil Action No. 05-10213-PBS
                            ⟩
CITY OF LYNN; EDWARD J. CLANCY, JR., ⟩
in his capacity as Mayor of the City of Lynn; ⟩
the COMMONWEALTH OF MASSACHUSETTS, ⟩
vzDIVISION OF HUMAN RESOURCES; and ⟩
RUTH BRAMSON, in her capacity as Personnel ⟩
Administrator of the Division of Human Resources ⟩
of the Commonwealth of Massachusetts, ⟩
            Defendants. ⟩
                            ⟩

### PLAINTIFF, KEITH RIDLEY'S
### CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), plaintiff, Keith Ridley, and his counsel

hereby certify that they have conferred:

(a)    with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Keith Ridley

DATE: 3/24/05

_____
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO # 640716
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/25/05