UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JACOB BRADLEY, NOAH BRADLEY, KEITH )
RIDLEY, and JARED THOMAS, )
individually and on behalf of a class of )
similarly situated individuals, )
        Plaintiffs, )
)
v. )   Civil Action No. 05-10213-PBS
)
CITY OF LYNN; EDWARD J. CLANCY, JR., )
in his capacity as Mayor of the City of Lynn; )
the COMMONWEALTH OF MASSACHUSETTS, )
DIVISION OF HUMAN RESOURCES; and )
RUTH BRAMSON, in her capacity as Personnel )
Administrator of the Division of Human Resources )
of the Commonwealth of Massachusetts, )
        Defendants. )

**PLAINTIFF, JARED THOMAS'S
CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), plaintiff, Jared Thomas, and his counsel hereby certify that they have conferred:

(a) with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Jared Thomas

_____
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO # 640716
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
   Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

DATE: 3/24/04

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on 3/25/05