UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
Plaintiff,

      V.                                            Civil Action Number
                                                    05-10213-PBS

City of Lynn, et al
Defendant.                                          March 25, 2005

## SCHEDULING ORDER

Saris, D.J.,

|  | City of Lynn | Comm. of Mass |
|---|---|---|
| Fact Discovery deadline: | 9/30/05 | 6/30/05 |
| Plaintiff's expert designation deadline: | 10/30/05 | 8/31/05 |
| Defendant's expert designation deadline: | 11/30/05 | 9/30/05 |
| Expert discovery deadline: |  | 10/31/05 |
| Summary Judgment Motion filing deadline: | 1/15/06 |  |
| Opposition to Summary Judgment Motions: | 2/15/06 |  |

Summary Judgment Hearing or Pretrial Conference (City of Lynn): 3/9/06 at 2:00 p.m.

Evidentiary Hearing (Comm. of Mass): 11/17/05 and 11/18/05 at 2:00 p.m.

                                                   By the Court,

                                                   /s/ Robert C. Alba
                                                   Deputy Clerk