UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 05-10213-PBS

JACOB BRADLEY, et al,
    Plaintiffs

v.

CITY OF LYNN, et al,
    Defendants

### MOTION FOR WAIVER OF ELECTRONIC FILING OF OPPOSITION TO MOTION FOR JOINDER OF IAFF, LOCAL 739

International Association of Firefighters, Local 739 and Matthew Reddy, its President, move for waiver of electronic filing of their opposition. Presently, this office is preparing and training in all aspects of electronic filing and expects full capability very shortly.

Respectfully submitted,

INTERNATIONAL ASSOCIATION
OF FIREFIGHTERS, LOCAL 739
and MATTHEW REDDY, PRESIDENT

By their attorneys

_____
E. David Wanger, Esq.
BBO# 515640

_____
John F. McMahon, Esquire
BBO # 338360

ANGOFF, GOLDMAN, MANNING,
WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500

Dated: 4/13/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 4/13/05

Date: 4/13/05

John F. McMahon, Esquire