

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

April 7, 2005

Honorable Patti B. Saris
United States District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    Civil Action No. 05-10213
            <u>Jacob Bradley et al v. City of Lynn et als</u>

Dear Judge Saris:

     As requested by the court, State defendants' counsel have been exploring with State officials whether to enter into mediation with the plaintiffs. Those discussions are continuing. We have not yet reached the point of determining whether we think mediation could be productive.

     We have asked plaintiffs' counsel to met with us next week to focus further on the possible scope of the issues for mediation.

     We will advise the court further when we have determined whether to request mediation.

                                   Respectfully yours,

                                   Ronald F. Kehoe
                                   Assistant Attorney General

cc:     Counsel of record
        HRD