UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 05-10213-PBS

| | |
|---|---|
| JACOB BRADLEY, et al, <br> Plaintiffs | ) <br> ) <br> ) |
| v. | ) <br> ) |
| CITY OF LYNN, et al, <br> Defendants | ) <br> ) <br> ) |

## SPECIAL APPEARANCE

E. David Wanger and the firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. appear specially for International Association of Firefighters, Local 739 and Matthew Reddy, President, for the limited purpose of opposing Defendant City's Motion for Joinder.

Respectfully submitted,

INTERNATIONAL ASSOCIATION
OF FIREFIGHTERS, LOCAL 739
and MATTHEW REIDY, PRESIDENT

By their attorneys

_____
E. David Wanger, Esq.
BBO# 515640

_____
John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
    WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500

Dated: 4/6/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on __4/5/05__

Date: __4/6/05__

_____
John F. McMahon, Esquire