UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-10213-PBS |
| CITY OF LYNN, et al., | ) |
| Defendants. | ) |

**PARTIALLY ASSENTED-TO MOTION TO INTERVENE OF
THE BOSTON SOCIETY OF THE VULCANS AND THE NEW ENGLAND
AREA CONFERENCE OF THE NAACP**

The Boston Society of the Vulcans ("Vulcans") and the New England Area Conference of the NAACP ("NEAC") hereby move, pursuant to Fed. R. Civ. P. 24(a) and (b), to intervene in this action as plaintiffs. As grounds for their motion, the Vulcans and NEAC respectfully represent as follows:

1. The Boston Branch NAACP is the plaintiff in a related consolidated action entitled *Boston Chapter, NAACP v. Beecher* and *United States v. Beecher ("NAACP v. Beecher")*, Civil Action Nos. 72-3060 and 73-269. In that action, the NAACP represents a class of all black and Hispanic applicants for the position of entry-level firefighter in numerous municipalities throughout Massachusetts, including Boston. In *NAACP v. Beecher*, the NAACP successfully challenged the civil service examinations administered to applicants for firefighter positions as discriminatory against black and Hispanic candidates. 371 F. Supp. 507 (D. Mass), aff'd, 504 F.2d 1017 (1st Cir. 1974), cert. denied, 421 U.S. 910 (1975).

2. The *NAACP v. Beecher* lawsuit resulted in the issuance of remedial orders that governed certain aspects of the appointment process for entry-level firefighters. Those orders,

commonly referred to as the "Consent Decree," are still in effect in numerous communities in the Commonwealth.

3. The complaint in this action directly challenges the adverse impact of the civil service exam for entry-level firefighters on minority applicants, the class historically represented by the NAACP. NEAC, which represents NAACP chapters and branches throughout Massachusetts and New England, including the Boston branch, is seeking to intervene in this action to ensure that all minority applicants taking the civil service entry-level firefighter exam in Massachusetts are adequately represented.

4. The Vulcan Society of Boston ("Vulcans") is a Massachusetts-wide organization of minority firefighters whose mission is to offer exposure and opportunity for public safety careers to minority and disadvantaged youth, through the development and delivery of minority recruitment, injury prevention and fire education services. They have served as an advocate for the recruitment, support and advancement of people of color in the fire service. The Vulcans have been in existence since 1969 and have been actively involved in the *NAACP v. Beecher* case throughout the years. The organization is a member of the International Association of Black Professional Firefighters.

5. NEAC and the Vulcans have a critical interest in the subject matter of this action and will be directly affected by the disposition of plaintiffs' claims. If not permitted to intervene, NEAC and the Vulcans may be impeded in their ability to protect the interests of their constituents. NEAC and the Vulcans are entitled to intervene in this action pursuant to Fed. R. Civ. P. 24(a).

6. In the alternative, because NEAC and the Vulcans have a critical interest in the subject matter of this lawsuit, and because their intervention will not unduly delay or prejudice

the adjudication of the issues raised by the complaint, the NEAC and the Vulcans should be permitted to intervene pursuant to Fed. R. Civ. P. 24(b).

7. Counsel for the plaintiffs assents to this motion. Counsel for the NEAC and the Vulcans has attempted unsuccessfully to reach counsel for the defendant by telephone to determine its position on this motion.

WHEREFORE, the NEAC and the Vulcans respectfully requests this Court grant their motion, permit them to intervene as plaintiffs, and file a responsive pleading in due course.

> NEW ENGLAND AREA CONFERENCE OF THE NAACP AND THE BOSTON SOCIETY OF VULCANS,
>
> By their attorneys,
>
> /s/ Nadine Cohen
> Nadine Cohen (BBO #090040)
> Lawyers Committee for Civil Rights Under Law
> 294 Washington Street
> Boston, Massachusetts  02108
> (617) 482-1145
>
> /s/ Mark D. Selwyn
> Harry T. Daniels (BBO #113800)
> Mark D. Selwyn (BBO #565595)
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, Massachusetts  02109
> (617) 526-6000

Dated:  May 26, 2005