UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
        Plaintiff(s),        CIVIL ACTION
                                    NO.   05-10213-PBS
   v.

City of Lynn, et al
        Defendant(s).

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                May 31, 2005

     TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Joinder of IAFF, Local 739 and Matthew Reddy on **June 15, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                               By the Court,


                                                               _/s/ Robert C. Alba_
                                                               Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
   Plaintiff(s),     CIVIL ACTION
             NO.  05-10213-PBS
 v.

City of Lynn, et al
   Defendant(s).

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                 May 31, 2005

  TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Joinder of IAFF, Local 739 and Matthew Reddy on **June 15, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                By the Court,


                _/s/ Robert C. Alba_
                Deputy Clerk


Copies to:  All Counsel