# HUMAN RESOURCES DIVISION

# CIVIL SERVICE UNIT

# SELECTIVE CERTIFICATIONS

# DESCRIPTIONS AND QUESTIONNAIRES

Revised 6/2002

# BILINGUAL SELECTIVE CERTIFICATION

Personnel Administration Rule .08(4) provides that if a requisition is made calling for persons having specialized and job-related qualifications in addition to the general qualifications already tested by an examination, the Personnel Administrator may, subject to certain guidelines, issue a selective certification of names only of such specially qualified persons from the appropriate eligible list.  Such selective certifications have been authorized in instances in which an appointing authority can clearly document that individuals in a particular title must have the additional qualification of fluency in a language other than English in order to adequately serve the public.

In order to receive a certification from an eligible list of those who have indicated that they possess fluency in a language other than English, the appointing authority must complete the Bilingual Selective Certification questionnaire, a copy of which is included here.  Based upon the information provided relative to the non-English speaking population served and the nature and frequency of contact with that population exercised by those in the title, a determination will be made as to whether selective certification may be issued.

It must be noted that candidates who have indicated, at the time of the examination, that they possess special fluency in a language other than English have not been tested by HRD to evaluate such fluency.  It is the responsibility of the appointing authority to ensure that such testing is conducted for all applicants being considered for appointment from the bilingual selective certification.

Questions relative to the selective certification process may be addressed to Human Resources Division, Civil Service Unit at 617-727-3777.

Revised 6/2002

# HUMAN RESOURCES DIVISION
# REQUEST FOR BILINGUAL SELECTIVE CERTIFICATION

MUNICIPALITY  _____        DEPARTMENT _____

POSITION TITLE _____        NO./VACANCIES _____

LANGUAGE REQUIRED _____        TITLE CODE _____

 The following information is submitted in documentation of this request for bilingual selective certification.

A. Detail the reasons why bilingual capability is needed in the context of the specific duties and responsibilities of this position.



B. Number of the client population requiring this bilingual ability: _____

  Total number of the client population served: _____

C. Number of employees in this position with this bilingual ability: _____

  Number of employees in other positions with this bilingual ability: _____

  Total number of departmental employees: _____

D. Describe the nature and frequency of the contacts between staff members and the non-English speaking members of the population served.



E. Name of Contact Person: _____

  Title: _____  Telephone No. _____

_____  _____
Appointing Authority Signature and Title      Date

**RETURN COMPLETED QUESTIONNAIRE ACCOMPANIED BY A REQUISITION TO:**
**Human Resources Division**
**Civil Service Unit**
**One Ashburton Place**
**Boston, MA 02108-1515.**

# HUMAN RESOURCES DIVISION

Revised 6/2002

# EMERGENCY MEDICAL TECHNICIAN (EMT) SELECTIVE CERTIFICATION

Personnel Administration Rule .08(4) provides that if a requisition is made calling for persons having specialized and job-related qualifications in addition to the general qualifications already tested by an examination, the Personnel Administrator may, subject to certain guidelines, issue a selective certification of the names of only such specially qualified persons from the appropriate eligible list. Such selective certifications have been authorized for candidates holding certification as Emergency Medical Technician (EMT) for municipalities in which the ambulance service is operated by members of the public safety force. We have the capability to issue certifications at the three levels of EMT: Basic, Intermediate, and Paramedic; however, criteria for each level are presently being reviewed.

To initiate HRD consideration of a request for EMT selective certification from either a fire fighter or police officer eligible list, the appointing authority must submit a completed Emergency Medical Technician Selective Certification Questionnaire, a copy of which is included here.

Under existing guidelines, requests for selective certification for EMT's are approved up to a level at which the department making the request has available 12 EMT's to staff each ambulance in service. This figure includes 2 EMT's per ambulance per shift (the legal requirement), based on 4 shifts per week, plus 4 additional EMT's per ambulance as a reserve for vacation and sick leave accommodations.

Under exceptional circumstances documented by the appointing authority, EMT certification in excess of this level may be authorized on a temporary basis. Reasons for such exceptions could include the extended absence of an EMT due to illness or injury or a change in the employment status of an EMT who, because of a promotion to a higher rank, is not required to maintain a current EMT certification. These determinations are made on a case-by-case basis.

Although the use of selective certification for original appointment is limited by these guidelines, nothing in civil service law or rules precludes an appointing authority from requiring all employees to obtain or maintain an EMT certification as a condition of continued employment.

Questions relative to the selective certification process may be addressed to Human Resources Division, Civil Service Unit at 617-727-3777.

HUMAN RESOURCES DIVISION

Revised 6/2002

# REQUEST FOR EMERGENCY MEDICAL TECHNICIAN SELECTIVE CERTIFICATION

The following information is submitted in documentation of this request for an EMT selective certification.

MUNICIPALITY _____     DEPARTMENT _____

POSITION TITLE _____     NO./VACANCIES _____

1. Total number of EMT's (Basic/Intermediate/Paramedic) employed in this position: _____
   *(circle one)*

2. Total number of EMT's (Basic/Intermediate/Paramedic) employed (any title) in the Dept.: ____
   *(circle one)*

3. Total number of EMT's (Basic/Intermediate/Paramedic) available for service at this time: ____
   *(circle one)*

4. Number of shifts: _____

5. Number of ambulances serving on each shift: _____
       Ambulances licensed at ALS level: _____
       Ambulances licensed at BLS level: _____

6. Detail the reasons for requesting EMT Selective Certification:



7. Does the municipality require post employment maintenance of an EMT certification for individuals employed in this title?  _____ YES   _____ NO

   If NO, total number of employees not required to maintain an
   EMT certification:   _____

8. Name of Contact Person: _____

   Title: _____     Telephone No. _____

_____     _____
Appointing Authority Signature and Title                              Date

**RETURN COMPLETED QUESTIONNAIRE ACCOMPANIED BY A REQUISITION TO:**
**Human Resources Division**
**Civil Service Unit**
**One Ashburton Place**
**Boston, MA 02108-1515.**


## HUMAN RESOURCES DIVISION

Revised 6/2002

# GENDER-BASED SELECTIVE CERTIFICATION

Massachusetts General Laws, Chapter 31, section 21, provides that the Personnel Administrator may limit eligibility for appointment to any civil service position to either male or female persons if the duties and responsibilities of such position clearly and unequivocally so require. Requests for such gender-based selective certifications are carefully reviewed by both the Human Resources Division (HRD) and the Massachusetts Commission Against Discrimination (MCAD) to ensure that such certification is valid and job-related.

To initiate HRD review of a gender-based selective certification request, the appointing authority must file a completed gender-based selective certification questionnaire, a copy of which is included here, documenting such need. The completed questionnaire is then analyzed by HRD, and, if the request appears to be justified, the request is forwarded to MCAD for its review. Once MCAD approves the request, HRD will issue a selective certification. If the request is denied by either agency, the appointing authority will be so notified.

Selective certifications have, in the past, been requested and approved for female police officers so that municipalities will have sufficient shift coverage to ensure the privacy rights of clients within such categories as rape crisis intervention, transportation of female prisoners and search of female prisoners. In these cases, the formula used to determine the validity of the request is that a municipal department is allowed one female police officer per shift plus one additional female officer on each shift as a reserve for vacation and sick leave accommodations.

Revised 6/2002

# HUMAN RESOURCES DIVISION
# REQUEST FOR GENDER-BASED SELECTIVE CERTIFICATION

The following information is submitted to HRD and MCAD in documentation of this request for a gender-based selective certification.

MUNICIPALITY _____    DEPARTMENT _____

POSITION TITLE _____    NO. of VACANCIES _____

1. Total number of employees in this position: _____
    Total number of MALE employed in the position: _____
    Total number of FEMALE employed in this position: _____

2. Identify other positions in the department that have similar duties to the position in question.


    Total number of employees in this/these position(s): _____
    Total number of MALE employees in this/these position(s): _____
    Total number of FEMALE employees in this/these position(s): _____

3. NUMBER of DEPARTMENTAL EMPLOYEES BY CATEGORY
    a. Total number of Administrative (not including clerical) employees: _____
        Total Number of MALE employees: _____
        Total number of FEMALE employees: _____

    b. Total number of Professional employees: _____
        Total number of MALE employees: _____
        Total number of FEMALE employees: _____

    c. Total number of TECHNICAL employees: _____
        Total number of MALE employees: _____
        Total number of FEMALE employees: _____

    d. Total number of CLERICAL employees: _____
        Total number of MALE employees:          _____
        Total number no. FEMALE employees: _____

4. Describe the nature and frequency of gender-based job-related contacts between persons employed in this position and women or men in the community or in the population group with whom the departmental deals.


5. State in detail why this gender-based selective certification is requested. (use additional sheets if necessary)


6. Name of Contact Person: _____
    Title: _____    Telephone No. _____

    _____    _____
    Appointing Authority Signature and Title                Date

**RETURN COMPLETED QUESTIONNAIRE ACCOMPANIED BY A REQUISITION TO:**

Revised 6/2002

**Human Resources Division, Civil Service Unit, One Ashburton Place, Boston, MA 02108-1515.**

Revised 6/2002