UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACOB BRADLEY, *et al.*,

                Plaintiffs,

            v.

CITY OF LYNN, *et al.*,

                Defendants.

CIVIL ACTION
NO. 05-10213-PBS

**STATE DEFENDANTS' MOTION FOR LEAVE TO FILE**
**MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

The State defendants[1] move for leave under Local Rule 7.1(B)(4) to file a memorandum of law in excess of 20 pages in support of their Motion for Judgment on the Pleadings or in the Alternative for Summary Judgment. The State defendants were unable to make a complete presentation of their legal arguments in a memorandum shorter than 23 pages.

---

[1] The Commonwealth of Massachusetts, Human Resources Division and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION and RUTH BRAMSON, in her capacity as Personnel Administrator of the Human Resources Division,

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Victoria S. Cole
Ronald F. Kehoe, BBO # 264260
Victoria S. Cole, BBO # 654996
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2619 (Kehoe)
                ext. 2083 (Cole)


Dated: June 6, 2005

## Local Rule 7.1 Certification

I hereby certify that before filing this motion I consulted with counsel for the other parties by advising them by phone and/or email that I intended to seek leave of court to file an oversized memorandum in support of the Rule 12(c)/56 motion about which I had earlier consulted them.

/s/ Victoria S. Cole
Victoria S. Cole

## Certificate of Service

I hereby certify that on June 6, 2005, I served this motion on counsel for all other parties by filing it electronically and, where necessary, by mailing it by first-class U.S. mail, postage prepaid.

/s/ Victoria S. Cole
Victoria S. Cole