UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF LYNN, *et al.*,<br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 05-10213-PBS |

**WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Victoria S. Cole, Assistant Attorney General, as counsel for the defendants Commonwealth of Massachusetts, Human Resources Division, and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division, in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　　/s/ Victoria S. Cole
　　　　　　　　　　　　　　　　　　　　Victoria S. Cole
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Government Bureau
　　　　　　　　　　　　　　　　　　　　One Ashburton Place, Rm. 2019
　　　　　　　　　　　　　　　　　　　　Boston, MA 02108-1698
　　　　　　　　　　　　　　　　　　　　(617) 727-2200, ext. 2083
　　　　　　　　　　　　　　　　　　　　BBO # 654996

Date:  June 15, 2005

**Certificate of Service**

　　　I hereby certify that on June 15, 2005, I served this Withdrawal of Appearance on counsel for all other parties by filing it electronically and, where necessary, by mailing it by first-class U.S. mail, postage prepaid.

　　　　　　　　　　　　　　　　　　　　/s/ Victoria S. Cole
　　　　　　　　　　　　　　　　　　　　Victoria S. Cole