UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACOB BRADLEY, *et al.*,

           Plaintiffs,

v.

CITY OF LYNN, *et al.*,                                               CIVIL ACTION
                                                                      NO. 05-10213-PBS

           Defendants.

## STATE DEFENDANTS= MOTION FOR LEAVE TO FILE PAPERS LATE

The State defendants move for leave to file the following papers today, later than on the earlier the dates they would otherwise have been due:

1. Answer of the State Defendants to the First Amended Complaint.

2. State Defendants= Reply to Plaintiffs= Opposition to Motion for Judgment on the Pleadings or for Summary Judgment.

Plaintiffs= counsel, Alfred Gordon, has authorized the undersigned to inform the court that the plaintiffs do not object to this motion.

                                      By their attorney,

                                      THOMAS F. REILLY
                                      ATTORNEY GENERAL

                                      A/s Ronald F. kehoe@
                                      Ronald F. Kehoe, BBO # 264260
                                      Assistant Attorney General
                                      One Ashburton Place, Room 1813
                                      Boston, MA 02108-1698
                                      (617) 727-2200 ext. 3221
                                      ronald.kehoe@ago.state.ma.us

## Certificate of Service

I hereby certify that on July 19, 2005, I served this motion on counsel for all other parties by filing it electronically and by mailing it by first-class U.S. mail, postage prepaid.

/s/ Ronald F. Kehoe