United States District Court
District of Massachusetts

In Re: Jacob Bradley, et al v. City of Lynn, et al

Case No.   05cv10213-PBS

Date: 8/8/05

NOTICE OF REJECTION OF FILING

SARIS, U.S.D.J.

    This Court issued a standing procedural order requiring electronic case filing in all cases as of April 1, 2005.

    In order for your submission to be considered by the Court, you must refile it electronically within three working days of receipt of this order or, seek a waiver of electronic filing by motion to the Court.  Your original submission will be retained pending refiling electronically or, submission of a motion for waiver of electronic filing.

    Please see this Court's standing procedural order on the District Court web site at http://www.mad.uscourts.gov .

                                           By the Court,

                                           /s/ Christine Patch
                                           Deputy Clerk