UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LYNN, *et al.*,<br><br>        Defendants. | CIVIL ACTION<br>NO. 05-10213-PBS |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the State defendants, the Human Resources Division and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Sookyoung Shin
Sookyoung Shin
BBO # 643713
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: August 10, 2005