UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

JACOB BRADLEY, NOAH BRADLEY, KEITH )
RIDLEY, and JARED THOMAS, )
individually and on behalf of a class of )
similarly situated individuals, )
                Plaintiffs, )
)
v. )
)
CITY OF LYNN; EDWARD J. CLANCY, JR., )
in his capacity as Mayor of the City of Lynn; )   Civil Action No. 05-10213-PBS
the COMMONWEALTH OF MASSACHUSETTS, )
DIVISION OF HUMAN RESOURCES; and )
RUTH BRAMSON, in her capacity as Personnel )
Administrator of the Division of Human Resources )
of the Commonwealth of Massachusetts, )
                Defendants, )
)
BOSTON SOCIETY OF THE VULCANS and )
NEW ENGLAND AREA CONFERENCE OF )
THE NAACP, )
                Interveners )
)
_____)

**PLAINTIFFS' MOTION FOR A PREHEARING CONFERENCE AND
FOR AN ADDITIONAL HEARING DATE**

      Now come the Plaintiffs in the above-captioned matter and respectfully request that the Court schedule a prehearing conference in advance of the evidentiary hearing scheduled for November 17 and 18, 2005, and that the Court schedule an additional day of hearing during the week of November 28.

      As grounds for the motion for a prehearing conference, the Plaintiffs state that the evidentiary hearing is set to begin in less than two weeks and that a prehearing conference is necessary to discuss the ground rules for the hearing,

including pretrial disclosure of expected witnesses and documents. The undersigned counsel has spoken to the counsel for the Commonwealth defendants, who concurs that such a prehearing conference is necessary prior to the rapidly approaching hearing dates.

As grounds for the motion for an additional hearing date, the Plaintiffs state that their main expert witness will be out of the country on the prescheduled hearing dates and that an additional day of hearing will be necessary to produce his testimony and any responsive testimony. Counsel for the Commonwealth defendants assents to the scheduling of an additional hearing date.

    Respectfully submitted,

    JACOB BRADLEY, NOAH BRADLEY,
    KEITH RIDLEY, and JARED THOMAS,

    By their attorneys,


    ___s/Alfred Gordon_____
    Harold L. Lichten, BBO # 549689
    Shannon Liss-Riordan, BBO # 640716
    Alfred Gordon, BBO # 630456
    Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
    18 Tremont Street, Suite 500
    Boston, MA 02108
Date: November 4, 2005    (617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by hand delivery on November 4, 2005.

    ___s/Alfred Gordon_____
    Alfred Gordon