# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                          )
JACOB BRADLEY, NOAH BRADLEY, KEITH         )
RIDLEY, and JARED THOMAS,                         )
individually and on behalf of a class of              )
similarly situated individuals,                          )
                      Plaintiffs,                             )
                                                          )
v.                                                        )     Civil Action No. 05-10213-PBS
                                                          )
CITY OF LYNN; EDWARD J. CLANCY, JR.,           )
in his capacity as Mayor of the City of Lynn;       )
the COMMONWEALTH OF MASSACHUSETTS,        )
DIVISION OF HUMAN RESOURCES; and            )
RUTH BRAMSON, in her capacity as Personnel    )
Administrator of the Division of Human Resources  )
of the Commonwealth of Massachusetts,            )
                      Defendants.                         )
_____)


## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
## PURSUANT TO FED. R. CIV. P 23(b)(2)


        The plaintiffs, by their attorneys, hereby move pursuant to Rule 23(b)(2) of

the Federal Rules of Civil Procedure to certify this lawsuit to proceed as a class

action.  The plaintiffs respectfully submit that the plaintiffs meet all of the four

requirements of Rule 23 of the Federal Rules of Civil Procedure, and that the class

sought to be certified is appropriate under Rule 23(b)(2).  This motion is based

upon plaintiffs' memorandum of law filed herewith, along with supporting

documentation and evidence attached thereto.

WHEREFORE, the plaintiffs request this court to grant class certification pursuant to Fed. R. Civ. P. 23(b)(2).

Respectfully submitted,

JACOB BRADLEY, NOAH BRADLEY,
KEITH RIDLEY, and JARED THOMAS,

By their attorneys,


__s/Harold L. Lichten_____
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
        Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Date:  November 7, 2005          (617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first class mail on November 7, 2005.


___s/Harold L. Lichten_____
Harold L. Lichten