UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
        Plaintiffs,                  CIVIL ACTION
                                                   NO.   05-10213-PBS
    v.

City of Lynn, et al
        Defendants.

### NOTICE OF SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                   November 8, 2005

      TAKE NOTICE that the above-entitled case has been set for a Scheduling Conference on **November 10, 2005**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                         By the Court,

                                                         _/s/ Robert C. Alba__
                                                         Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
       Plaintiffs,                      CIVIL ACTION
                                            NO.  05-10213-PBS
     v.

City of Lynn, et al
       Defendants.

## NOTICE OF SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                             November 8, 2005

     TAKE NOTICE that the above-entitled case has been set for a Scheduling Conference on **November 10, 2005**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                           By the Court,


                                                                           _/s/ Robert C. Alba__
                                                                           Deputy Clerk


Copies to:  All Counsel