November 18, 2005

**VIA ELECTRONIC FILING and U.S. MAIL**
U.S. District Court
Chambers of The Honorable Patti Saris
Courtroom 13, 5th Floor
1 Courthouse Way
Boston, MA 02210

Re:     <u>Jacob Bradley, et al. v. City of Lynn, et al.</u>
        USDC Case No. 05-10213 PBS

Dear Judge Saris:

      Per your order of November 10, 2005, I write on behalf of the Plaintiffs with the consent of all parties to notify you of the status of our attempts to select a mediator. The parties met this morning to discuss the parameters of settlement and the selection of a mediator. We are planning to meet again on November 28, 2005, to continue those discussions, and we will notify you thereafter regarding our progress.

      Sincerely yours,

      s/Alfred Gordon

      Alfred Gordon

cc:     George S. Markopoulos, Esq., James Lamanna, Esq.
        Ronald F. Kehoe, Esq., Sookyoung Shin, Esq.
        Nadine Cohen, Esq.
        Mark D. Selwyn, Esq.