UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LYNN, *et al.*,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-10213-PBS |

**STATE DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME
FOR FILING OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLASS**

  The State defendants, the Human Resources Division and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division, hereby move to extend the time for filing their opposition to plaintiffs' Motion to Certify Class, filed on November 7, 2005. Defendants move to extend the current due date—November 21, 2005, pursuant to Local Rule 7.1(B)(2)—by two weeks, until **December 5, 2005.** This is the first extension requested by defendants. Counsel for plaintiffs assented to this request.

                Respectfully submitted,

                THOMAS F. REILLY
                ATTORNEY GENERAL

                /s/ Sookyoung Shin
                Sookyoung Shin
                BBO # 643713
                Assistant Attorney General
                Government Bureau
                One Ashburton Place, Room 2019
                Boston, MA 02108-1698
                (617) 727-2200, ext. 2052

Dated: November 18, 2005