UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
       Plaintiffs,                    CIVIL ACTION
                                         NO.   05-10213-PBS
    v.

City of Lynn, et al
       Defendants.

### NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                             December 20, 2005

      The Motion Hearing re Motion to Certify Class previously scheduled for 12/21/05, has been **rescheduled** to **January 25, 2006, at 3:00 p.m.**

                                                           By the Court,

                                                          /s/ Robert C. Alba
                                                          Deputy Clerk

Copies to:  All Counsel

resched.ntc