UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
JACOB BRADLEY, NOAH BRADLEY, KEITH )
RIDLEY, and JARED THOMAS, )
individually and on behalf of a class of )
similarly situated individuals, )
                Plaintiffs, )
)
v. )  Civil Action No. 05-10213-PBS
)
CITY OF LYNN; EDWARD J. CLANCY, JR., )
in his capacity as Mayor of the City of Lynn; )
the COMMONWEALTH OF MASSACHUSETTS, )
DIVISION OF HUMAN RESOURCES; and )
RUTH BRAMSON, in her capacity as Personnel )
Administrator of the Division of Human Resources )
of the Commonwealth of Massachusetts, )
                Defendants. )
_____)

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADINGS
PURSUANT TO RULE 15(d)**

Plaintiffs, by their attorneys, hereby move this Honorable Court for permission to file the attached supplemental complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

In support of such motion, the plaintiffs assert that since the filing of their original complaint and first amended complaint, the municipal defendants, the City of Lynn and Edward J. Clancy, Jr., have engaged in additional unlawful acts, that such acts are reasonably related to the claims already pending in this court, and that such claims are properly brought as a supplemental pleading pursuant to Rule 15(d).

     Pursuant to Local Rule 7.1, the undersigned counsel conferred with counsel for all parties prior to the filing of this motion.

     WHEREFORE, plaintiffs respectfully request that this Court grant permission to file the attached supplemental complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

                                         Respectfully submitted,

                                         JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS,

                                         By their attorneys,

                                       __s/Alfred Gordon_____
                                       Harold L. Lichten, BBO # 549689
                                       Shannon Liss-Riordan, BBO # 640716
                                       Alfred Gordon, BBO # 630456
                                       Pyle, Rome, Lichten, Ehrenberg &
                                           Liss-Riordan, P.C.
                                       18 Tremont Street, Suite 500
                                       Boston, MA 02108
Date:  December 21, 2005          (617) 367-7200


### CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first class mail on December 21, 2005.

                                       ___s/Alfred Gordon_____
                                       Alfred Gordon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
JACOB BRADLEY, NOAH BRADLEY, KEITH  )
RIDLEY, and JARED THOMAS,           )
individually and on behalf of a class of )
similarly situated individuals,     )
                    Plaintiffs,     )
                                    )
v.                                  )   Civil Action No. 05-10213-PBS
                                    )
CITY OF LYNN; EDWARD J. CLANCY, JR., )
in his capacity as Mayor of the City of Lynn; )
the COMMONWEALTH OF MASSACHUSETTS, )
DIVISION OF HUMAN RESOURCES; and    )
RUTH BRAMSON, in her capacity as Personnel )
Administrator of the Division of Human Resources )
of the Commonwealth of Massachusetts, )
                    Defendants.     )
_____)

**SUPPLEMENTAL COMPLAINT**

The plaintiffs hereby file this supplemental complaint to assert facts and claims which have occurred after the filing of the first amended complaint in the above-titled matter.

I.   SUPPLEMENTAL FACTS.

1.   In the late summer of 2005, the City of Lynn elected to fill five entry-level vacancies for firefighter on the Lynn Fire Department.  Had the defendants City of Lynn and Edward J. Clancy, Jr. (the City Defendants) gone by the existing civil service list that was then in effect, it would have reached for consideration on such civil service list three (3) of the four (4) plaintiffs.

1

2.      Defendants City of Lynn and Edward J. Clancy, Jr., in order to avoid having to hire plaintiffs for the position of firefighter, and in direct retaliation for their having asserted legal claims against the City of Lynn under federal and state discrimination law, chose, instead, to request defendants Commonwealth of Massachusetts and Bramson (the Commonwealth Defendants) to permit the City to hire off of a special certification list of Spanish-speaking candidates pursuant to Personnel Administration Rule 8.  The Commonwealth Defendants granted such request and, as a result, the plaintiffs were not considered for civil service appointment to the position of Lynn firefighter.

3.      In addition, in October of 2005, the City Defendants elected to hire some 18 new police officers in the City of Lynn.  Knowing that the number of minority police officers in the City of Lynn was far below their numbers in the population, and knowing that the entry-level examination for police officer for the City of Lynn was discriminatory, the City could have and should have requested a so-called Personnel Administration Rule 10 special certification list for the position of police officer, which would be comprised of minority candidates, including the plaintiffs.

4.      Instead, and despite the fact that the City Defendants had requested a special certification list for the Fire Department as described above, the City Defendants elected not to request a special Personnel Administration Rule 10 list for the Police Department, thereby ensuring that plaintiffs would not be reached for consideration as police officers despite their qualifications.

## COUNT V

The additional, supplemental actions by defendants City of Lynn and Edward J. Clancy, Jr., as set forth above, constitute unlawful discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §1981, and the Equal Protection Clause of the United States Constitution. (The Equal Protection Clause is asserted pursuant to 42 U.S.C. §1983.)

WHEREFORE, plaintiffs respectfully request that this Court grant them permission to file this supplemental complaint and grant all appropriate additional compensatory and injunctive relief that is appropriate to the supplemental violations asserted herein.

                                          Respectfully submitted,

                                          JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS,

                                          By their attorneys,

                                          ____s/Alfred Gordon_____
                                          Harold L. Lichten, BBO # 549689
                                          Shannon Liss-Riordan, BBO # 640716
                                          Alfred Gordon, BBO # 630456
                                          Pyle, Rome, Lichten, Ehrenberg &
                                             Liss-Riordan, P.C.
                                          18 Tremont Street, Suite 500
                                          Boston, MA 02108
Date: December 21, 2005           (617) 367-7200

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first class mail on December 21, 2005.

                                               ___s/Alfred Gordon_____
                                               Alfred Gordon