UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                    )
JACOB BRADLEY, NOAH BRADLEY, KEITH    )
RIDLEY, and JARED THOMAS,                              )
individually and on behalf of a class of                     )
similarly situated individuals,                                  )
                Plaintiffs,                                       )
                                                                    )
v.                                                                  )   Civil Action No. 05-10213-PBS
                                                                    )
CITY OF LYNN; EDWARD J. CLANCY, JR.,           )
in his capacity as Mayor of the City of Lynn;          )
the COMMONWEALTH OF MASSACHUSETTS, )
DIVISION OF HUMAN RESOURCES; and            )
RUTH BRAMSON, in her capacity as Personnel  )
Administrator of the Division of Human Resources )
of the Commonwealth of Massachusetts,              )
                Defendants.                                     )
_____)

**SUPPLEMENTAL COMPLAINT**

The plaintiffs hereby file this supplemental complaint to assert facts and claims which have occurred after the filing of the first amended complaint in the above-titled matter.

I.      SUPPLEMENTAL FACTS.

      1.      In the late summer of 2005, the City of Lynn elected to fill five entry-level vacancies for firefighter on the Lynn Fire Department. Had the defendants City of Lynn and Edward J. Clancy, Jr. (the City Defendants) gone by the existing civil service list that was then in effect, it would have reached for consideration on such civil service list three (3) of the four (4) plaintiffs.

1

2. Defendants City of Lynn and Edward J. Clancy, Jr., in order to avoid having to hire plaintiffs for the position of firefighter, and in direct retaliation for their having asserted legal claims against the City of Lynn under federal and state discrimination law, chose, instead, to request defendants Commonwealth of Massachusetts and Bramson (the Commonwealth Defendants) to permit the City to hire off of a special certification list of Spanish-speaking candidates pursuant to Personnel Administration Rule 8.  The Commonwealth Defendants granted such request and, as a result, the plaintiffs were not considered for civil service appointment to the position of Lynn firefighter.

3. In addition, in October of 2005, the City Defendants elected to hire some 18 new police officers in the City of Lynn.  Knowing that the number of minority police officers in the City of Lynn was far below their numbers in the population, and knowing that the entry-level examination for police officer for the City of Lynn was discriminatory, the City could have and should have requested a so-called Personnel Administration Rule 10 special certification list for the position of police officer, which would be comprised of minority candidates, including the plaintiffs.

4. Instead, and despite the fact that the City Defendants had requested a special certification list for the Fire Department as described above, the City Defendants elected not to request a special Personnel Administration Rule 10 list for the Police Department, thereby ensuring that plaintiffs would not be reached for consideration as police officers despite their qualifications.

COUNT V

The additional, supplemental actions by defendants City of Lynn and Edward J. Clancy, Jr., as set forth above, constitute unlawful discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §1981, and the Equal Protection Clause of the United States Constitution.  (The Equal Protection Clause is asserted pursuant to 42 U.S.C. §1983.)

WHEREFORE, plaintiffs respectfully request that this Court grant them permission to file this supplemental complaint and grant all appropriate additional compensatory and injunctive relief that is appropriate to the supplemental violations asserted herein.

        Respectfully submitted,

        JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS,

        By their attorneys,

        ___s/Alfred Gordon_____
        Harold L. Lichten, BBO # 549689
        Shannon Liss-Riordan, BBO # 640716
        Alfred Gordon, BBO # 630456
        Pyle, Rome, Lichten, Ehrenberg &
           Liss-Riordan, P.C.
        18 Tremont Street, Suite 500
        Boston, MA 02108
Date:  December 21, 2005        (617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first class mail on December 21, 2005.

                                                  __s/Alfred Gordon_____
                                                  Alfred Gordon