UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACOB BRADLEY, *et al.*,

        Plaintiffs,

       v.

CITY OF LYNN, *et al.*,

        Defendants.

CIVIL ACTION
NO. 05-10213-PBS

**SECOND JOINT MOTION OF PLAINTIFFS AND STATE DEFENDANTS TO DEFER HEARING ON CLASS CERTIFICATION AND TO EXTEND DUE DATE FOR FILING RESPONSE TO MOTION FOR CLASS CERTIFICATION**

The plaintiffs and the State defendants, the Human Resources Division and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division, jointly move this Court to defer the Hearing on Class Certification currently scheduled for January 25, 2006, and to extend the January 18, 2006, due date for defendants to file their opposition to plaintiffs' Motion to Certify Class. The parties respectfully request that this Court generally defer the Hearing on Class Certification for three weeks, and extend the due date for defendants' opposition to one week before the new hearing date, in light of the still ongoing mediation between the parties.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION, and RUTH BRAMSON, in her capacity as Personnel Administrator of the Human Resources Division,

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052


JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS,

By their attorneys,

 /s/ Alfred Gordon
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
      Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: January 13, 2006

**Certificate of Service**

    I hereby certify that on January 13, 2006, I served this motion on counsel for all other parties by filing it electronically and, where necessary, by mailing it by first-class U.S. mail, postage prepaid.

                                                /s/ Sookyoung Shin
                                                Sookyoung Shin
                                                Assistant Attorney General