February 15, 2006

Honorable Patti B. Saris
United States District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

                Re:    **Civil Action No. 05-10213**
                         **Jacob Bradley et al v. City of Lynn et als**

Dear Judge Saris:

      This is a joint scheduling request of counsel for the plaintiffs and the State defendants. Plaintiffs' attorney Alfred Gordon joins me in making the following requests.

      The parties have engaged in two days of mediation with Attorney Rudoplh F. Pierce as mediator. Plaintiffs have submitted a settlement proposal, and the State defendants are formulating a counterproposal. The mediation will resume on March 2, 2006.

      Two motions are pending. Plaintiffs have filed a motion to certify a class action, which has been scheduled for hearing on February 17th. The State defendants have not yet responded to the motion, but intend to do so. The State defendants have filed a motion to dismiss the action, and the plaintiffs intend to respond.

      In light of the ongoing mediation and counsels' need for time to respond to the motions, we are asking that the February 17th hearing and the March 13-17th trial be rescheduled, and that the motion to dismiss be scheduled for hearing.

      If agreeable to the court, counsel will respond to the motions by March 6th, and wish to be heard on both motions on March 13th or March 14th. We also request that the trial be rescheduled to a week in April, after the court has ruled on the motions. Plaintiffs have agreed to these dates on the condition that we can get an April trial date, if that is at all possible for the court.

                                                           Respectfully yours,

                                                          /s/ Ronald F. Kehoe
                                                          Ronald F. Kehoe
cc: Counsel of record                            Assistant Attorney General