# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JACOB BRADLEY, *et al.*,

                                    Plaintiffs,

                        v.

CITY OF LYNN, *et al.*,

                                    Defendants.

CIVIL ACTION
NO. 05-10213-PBS

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below—submitted in support of the State

defendants' Opposition to plaintiffs' Motion for Class Certification—have been manually filed

with the Court and are available in paper form only:

1.     Attachment 1 to March 7, 2006, Declaration of Sally McNeely (Equity Analysis

       for 2004 Firefighter Exam); and

2.     Attachment 2 to March 7, 2006, Declaration of Sally McNeely (Equity Analysis

       for 2003 Police Officer Exam).

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,
HUMAN RESOURCES DIVISION, and RUTH
BRAMSON, in her capacity as Personnel
Administrator of the Human Resources Division,

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: March 7, 2006

**<u>Certificate of Service</u>**

I hereby certify that on March 7, 2006, I served this Notice on counsel for all other parties by filing it electronically and, where necessary, by mailing it by first-class U.S. mail, postage prepaid.

/s/ Sookyoung Shin
Sookyoung Shin
Assistant Attorney General