**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

FILED
IN CLERKS OFFICE

2006 MAR -3  A 10: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Stephen Young
David Conforto
Hillary Schwab**

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
Of COUNSEL

March 3, 2006

**VIA HAND DELIVERY**
The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

RE: Jacob Bradley et al. v. City of Lynn et al.
U.S. District Court, Civil Action No. 05-CV-10213-PBS

Dear Judge Saris:

I regret to inform the Court that, after several months of negotiation, including three mediation sessions with the Hon. Rudolph F. Pierce, the parties have been unable to resolve this matter. The plaintiffs believe that resolution of this case will require your Honor's ruling following trial scheduled for April.

Sincerely,



Shannon Liss-Riordan

cc: Ronald Kehoe, Esq.
James Lamanna, Esq.
Nadine Cohen, Esq.