UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
JACOB BRADLEY, NOAH BRADLEY, KEITH      )
RIDLEY, and JARED THOMAS,               )
individually and on behalf of a class of )
similarly situated individuals,         )
           Plaintiffs,                )
                                        )
v.                                      )   Civil Action No. 05-10213-PBS
                                        )
CITY OF LYNN; EDWARD J. CLANCY, JR.,    )
in his capacity as Mayor of the City of Lynn; )
the COMMONWEALTH OF MASSACHUSETTS, )
DIVISION OF HUMAN RESOURCES; and        )
RUTH BRAMSON, in her capacity as Personnel )
Administrator of the Division of Human Resources )
of the Commonwealth of Massachusetts,   )
           Defendants.                )
_____)

**MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL COMPLAINT
PURSUANT TO RULE 15(d)**

      Plaintiffs, by their attorneys, hereby move this Honorable Court for permission to file the attached supplemental complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

      In support of such motion, the plaintiffs assert that, following the filing of the complaint in this case, the Commonwealth stated its intention to implement a new hiring examination to be administered this year (2006) for firefighter hiring and next year (2007) for police hiring, and that this new examination will continue the violation of Title VII and the Beecher consent decree as alleged in the original complaint. This claim is clearly related to the claims already pending in this court and is properly brought as a supplemental pleading pursuant to Rule 15(d).

WHEREFORE, plaintiffs respectfully request that this Court grant permission to file the attached supplemental complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

Respectfully submitted,

JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS,

By their attorneys,

\_\_s/Shannon Liss-Riordan_____
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Date: March 8, 2006

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I certify that I attempted to confer with counsel for all parties and that counsel for the Commonwealth informed me that the Commonwealth would oppose this motion.

\_\_s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by electronic filing or first class mail on March 8, 2006.

\_\_s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, Esq.