UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Jacob Bradley, et al</u> ,

                    Plaintiffs,           CIVIL ACTION
                                                       NO. <u>05-10213-PBS</u>

      v.

<u>City of Lynn, et al</u>,

                    Defendants.

**PRETRIAL ORDER**

SARIS, D.J.                                                                       March 16, 2006

        The above action has been set down for JURY-WAIVED or NON-JURY TRIAL on <u>4/10/06</u>, at <u>9:00</u> a.m.

        A FINAL PRETRIAL CONFERENCE has been scheduled for <u>4/5/06</u>, at <u>3:00 p.m</u>.

        By <u>3/24/06</u>, the parties shall file/serve proposed findings of fact/conclusions of law, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

        By <u>3/31/06</u>, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

        Trial briefs shall be filed/served by <u>4/3/06</u>.

                                                                    By the Court,

                                                                 <u> /s/ Robert C. Alba </u>
                                                                 Deputy Clerk

---

[1] Exhibits shall be premarked with <u>one</u> set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.