UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
JACOB BRADLEY, NOAH BRADLEY, KEITH            )
RIDLEY, and JARED THOMAS,                     )
individually and on behalf of a class of      )
similarly situated individuals,               )
        Plaintiffs,                          )
                                              )
v.                                            )   Civil Action No. 05-10213-PBS
                                              )
CITY OF LYNN; EDWARD J. CLANCY, JR.,          )
in his capacity as Mayor of the City of Lynn; )
the COMMONWEALTH OF MASSACHUSETTS,            )
DIVISION OF HUMAN RESOURCES; and              )
RUTH BRAMSON, in her capacity as Personnel    )
Administrator of the Division of Human Resources )
of the Commonwealth of Massachusetts,         )
        Defendants.                          )
_____)

## PROPOSED ORDER GRANTING CLASS CERTIFICATION

Having determined that this case satisfies the requirements of Fed.R.Civ.P. 23(a) and (b)(2), the Court grants Plaintiffs' Motion for Class Certification and hereby certifies the following classes:

> All minorities (Black and Hispanic) who took the civil service examination for the position of fire fighter within the Commonwealth of Massachusetts in the years 2002 and 2004.

> All minorities (Black and Hispanic) who took the civil service examination for the position of police officer within the Commonwealth of Massachusetts in the years 2003 and 2005.

                                            _____
                                            PATTI B. SARIS
                                            District Judge
                                            United States District Court for the
Dated: March __, 2006                        District of Massachusetts