UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LYNN, *et al.*, <br><br> Defendants. <br><br> BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP, <br><br> Intervenors. | CIVIL ACTION <br> NO. 05-10213-PBS |

### STATE DEFENDANTS' ASSENTED-TO
### MOTION TO EXTEND PRETRIAL DEADLINES

The State defendants, the Commonwealth of Massachusetts, Human Resources Division, and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division, hereby move to extend the deadlines set forth in the Court's March 16, 2006, Pretrial Order. Specifically, the State defendants request that the deadlines be extended as follows:

(1) By **3/29/06** (previously, 3/24/06), the parties shall file/serve proposed findings of fact/conclusions of law, motions in limine, witness/exhibit lists, and any designations of deposition testimony.

(2) By **4/04/06** (previously, 3/31/06), the parties shall file/serve oppositions to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

(3) By **4/04/06** (previously, 4/03/06), the parties shall file/serve trial briefs.

This is the first extension requested by defendants. Counsel for plaintiffs assented to this request.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION, and RUTH BRAMSON, in her capacity as Personnel Administrator of the Human Resources Division,

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Sookyoung Shin
Ronald F. Kehoe, BBO # 264260
Sookyoung Shin, BBO # 643713
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 3221 (Kehoe), ext. 2052 (Shin)

Dated: March 23, 2006

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on March 23, 2006.

/s/ Sookyoung Shin
Sookyoung Shin
Assistant Attorney General