UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, <br><br>            Plaintiffs, <br><br>       v. <br><br> CITY OF LYNN, et al., <br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 05-10213-PBS |

### ORDER ALLOWING CLASS CERTIFICATION

March 24, 2006

Saris, U.S.D.J.

   Having determined that this case satisfies the requirements of Fed. R. Civ. P. 23(a) and (b)(2), after hearing, the Court **ALLOWS** Plaintiffs' Motion for Class Certification (Docket No. 53) with respect to the claims asserted in the First Amended Complaint (Docket No. 44) against the Human Resources Division ("HRD") of the Commonwealth of Massachusetts and the Personnel Administrator for the HRD.  See Donahue v. City of Boston, 371 F.3d 7, 12-14 (1st Cir. 2004) (holding that plaintiff had standing to challenge a race conscious hiring program where police officers demonstrated an "inability to compete on equal footing" and were "able and ready").

   The Court certifies the following classes:

> All minorities (Black and Hispanic) who took the civil service examination for the position of fire fighter within the Commonwealth of Massachusetts in

the years 2002 and 2004.

All minorities (Black and Hispanic) who took the civil service examination for the position of police officer within the Commonwealth of Massachusetts in the years 2003 and 2005.

Pursuant to Fed. R. Civ. P. 23(g), the Court appoints as class counsel the law firm Pyle, Rome, Lichter, Ehrenberg & Liss-Riordan.

                                                **S/PATTI B. SARIS**
                                                United States District Judge