UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACOB BRADLEY, *et al.*,
        Plaintiffs,

v.

CITY OF LYNN, *et al.*,
        Defendants.

CIVIL ACTION
NO. 05-10213-PBS

### STATE DEFENDANTS' PRETRIAL LISTS OF WITNESSES, EXHIBITS, DESIGNATIONS OF DEPOSITION TESTIMONY AND MOTIONS IN LIMINE

The State defendants submit their lists of trial witnesses and exhibits, without prejudice to, and reserving, their right to add witnesses and/or exhibits before trial, as appropriate.

### WITNESS LIST

1. Sally McNeely, HRD director, Organizational Development Group

2. Marc Chavanne, HRD project manager

3. Vivien W. Lee, HRD assistant director, Civil Service

4. Dr. Rick R. Jacobs, Professor of Psychology, Pennsylvania State University and President/CEO of E.B. Jacobs, State College, PA -- expert witness.

### EXHIBIT LIST

1. Consent decree, Boston Chapter, NAACP v. Beecher

2. Expert report of Rick R. Jacobs 10/14/05

3. Affidavit #1 of Sally McNeely 6/6/05 (Exhibit 8 to McNeely deposition 6/30/05)

4. Landy, Jacobs & Associates 6/8/92 Massachusetts Firefighter Final Validation Report

5. Declaration of Marc Chavanne 3/10/06, with 1993-1994 Firefighter Physical Abilities Test Comparative Analysis

6. Landy, Jacobs & Associates 12/95 Job Analysis and Physical Fitness Standards Test Development Report

7. SHL USA 6/02 Commonwealth of Massachusetts Entry-Level Firefighter and Police Officer Medical Standards Update Report

8. SHL USA 6/02 Firefighter and Police Officer Job Analysis

9. HRD Personnel Administration Rules 2/28/03

10. HRD "Selective Certifications - Descriptions and Questionnaires" 6/02

11. Municipal PAR .10 Certifications 1996-2005 (Exhibit 4 to McNeely deposition 6/30/05)

12. Firefighter Examination - Municipal Service 4/27/02

13. 2004 Entry Level Firefighter Examination Orientation and Preparation Guide

14. Firefighter Examination - Municipal Service 4/24/04

15. HRD letter 8/10/04 to Toni G. Wolfman re April 2004 firefighter entry-level examination (Exhibit 7 to McNeely deposition 6/30/05)

16. Toni G. Wolfman letter 8/16/04 to HRD re same

17. HRD letter 8/16/02 to Toni G. Wolfman re April 2002 firefighter entry-level examination

18. Declaration of Sally McNeely 3/7/06, with attachment 1, 2004 Fire Fighter Equity Calculation

19. 2002 Fire Fighter Equity Calculation

20. Declaration of Rick R. Jacobs 3/7/06

21. Letter 3/21/06 to Governor Mitt Romney from Senator Edward M. Augustus, Jr. et als

**DESIGNATION OF DEPOSITION TESTIMONY**

None.

**MOTIONS IN LIMINE**

None.

/s/ Ronald F. Kehoe
Ronald F. Kehoe, BBO # 264260
Assistant Attorney General
One Ashburton Place, Room 1813
Boston, MA 02108-1698
(617) 727-2200 ext. 3221
ronald.kehoe@ago.state.ma.us