UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts, <br><br> Defendants. <br><br> BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP, <br><br> Intervenors. | Civil Action No. 05-10213-PBS |

## WITNESS LIST OF THE INTERVENORS

Pursuant to the Court's Pre-Trial Order dated March 16, 2006, the Intervenors Boston

Society of the Vulcans and the New England Area Conference of the NAACP submit the

following list of witnesses whom it may call at trial beginning on April 10, 2006:

> 1.    Karen Miller, 112 Melville Avenue, Dorchester, Massachusetts 02124. Ms. Miller is the President of the Boston Society of the Vulcans and is a Boston firefighter.

The Intervenors reserve the right to call and/or examine any witnesses listed on the

witness lists of any other party.  In addition, the Intervenors reserve the right to call rebuttal

witnesses who may not be listed herein as required by the presentation of evidence during the cases-in-chief of each other party.

Respectfully submitted,

NEW ENGLAND AREA CONFERENCE OF THE NAACP AND THE BOSTON SOCIETY OF VULCANS

By their attorneys,


/s/ Nadine Cohen
Nadine Cohen (BBO #090040)
Lawyers Committee for Civil Rights Under Law
294 Washington Street
Boston, Massachusetts  02108
(617) 482-1145


/s/ Mark D. Selwyn
Mark D. Selwyn (BBO #565595)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Dated:  March 29, 2006

US1DOCS 5574277v1