## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts,<br>　　　　　　Defendants,<br><br>BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP,<br>　　　　　　Interveners. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10213-PBS |

_____

### PLAINTIFFS' PROPOSED WITNESS LIST AND EXHIBIT LIST

Now come the Plaintiffs, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Local Rule 16.5(C), and provides the following pretrial disclosures, reserving the right to amend the list of witnesses or exhibits as appropriate:

**A.**　　**List of Witnesses**

1.　　Jacob Bradley

2.　　Noah Bradley

3.　　Keith Ridley

4.　　Jared Thomas

5.     Frank J. Landy, Ph.D. (expert witness)

6.     Joel Wiesen, Ph.D. (expert witness)

7.     Chief David LaFond, Holyoke Fire Department,
       President, Mass. Fire Chiefs Association

8.     Chief Joe Siewko, Chelsea Fire Department

9.     Former Chief Lewis Poore, Haverill Fire Department

10.    Former Chief Michael Smith, Framingham Fire Department

11.    Mayor David Cohen, City of Newton

12.    Chief Joe LaCroix, Newton Fire Department

13.    Sally McNeely

14.    Betty Dennis

15.    Toni Wolfman

## B.     List of Documents Expected to Be Offered at Trial

1.     August 30, 2005, Expert Report of Frank J. Landy, Ph.D., including
       all attachments

2.     August 31, 2005, Expert Report of Joel P. Wiesen, Ph.D., including
       all attachments.

3.     November 11, 2005, Expert Report of Frank J. Landy, Ph.D. in
       response to the October 14, 2005, Expert Report of Rick R. Jacobs,
       Ph.D.

4.     March 29, 2006, Supplemental Expert Report of Frank J. Landy,
       Ph.D.

5.     March 29, 2006, Supplemental Expert Report of Joel P. Wiesen,
       Ph.D.

6.     Consent Decree in Boston Chapter, NAACP, Inc. v. Beecher, et al,
       371 F. Supp. 507 (D. Mass. 1974) (Civ. Act. Nos. 72-3060-F and
       73-269-F)

7.     List of Communities Operating Under Beecher Decree

8.    Deposition transcript for Sally McNeely

9.    Personnel Administration Rules

10.    List of Municipal PAR.10 Certifications 1996-2005

11.    March 26, 1999 PAR.10 approval letter for Malden Fire Dept.

12.    August 23, 2000, PAR.10 approval letter for Malden Fire Dept.

13.    August 2, 2002, PAR.10 approval letter for Malden Fire Dept.

14.    Department of Personnel Administration Memorandum, June 16, 1993, re: Report on the Proposed Passing Point for the Fire Fighter Entry-Level Written Examination Administered on May 22, 1993

15.    Report on the Proposed Passing Point for the 2002 Entry-Level Firefighter Examination sent to Atty. Toni Wolfman, with all attachments

16.    Report on the Proposed Passing Point for the 2004 Entry-Level Firefighter Examination sent to Atty. Toni Wolfman, with all attachments

17.    April 1992 letters and memoranda from Landy, Jacobs & Associates to Mass. Dept. of Personnel Administration regarding transportability study, with attachments

18.    Firefighter Rankings for the City of Lynn as of January 14, 2005, downloaded from HRD website

19.    March 6, 2006, Declaration of Rick R. Jacobs

20.    March 7, 2006, Declaration of Sally McNeely

21.    Equity Analyses for 2004 Firefighter Exam, Jacobs' Formula, By Community (attached as Exhibit 1 to March 7, 2006, Declaraton of Sally McNeely)

22.    Massachusetts Firefighter Final Validation Report, June 8, 1992

23.    June 2002 Medical Standards Update Report of SHL USA, Inc. re entry level firefighters and police officers

24.    December 1995 Massachusetts Fire Departments Job Analysis and Physical Fitness Standards Test Development Report

25.    1993 Firefighter Written Test, Mass. Dept. of Personnel Administration

3

26.    1993 Entry Level Fire Fighter Examination Orientation and Preparation Guide

27.    Excel Spreadsheet:  Firefighter Certs 2002

28.    Excel Spreadsheet:  Firefighter Certs 2004

29.    Excel Spreadsheet:  Lynn Certs from Nov 1, 2002, List

30.    Excel Spreadsheet:  Lynn Certs from Nov 1, 2004, List

31.    Excel Spreadsheet:  2002_Cert_Summary

32.    Updated certification data for all communities in Massachusetts from 2004 firefighter exam (broken down by race, veteran status, exam score, date of certification, date of appointment, and whether certification was from special list (i.e. PAR 8 or 10)

33.    For 2004 firefighter exam, data (categorized by community) showing total number of veteran applicants broken down by race, exam score, and whether appointed.

34.    For 2002 firefighter exam, data (categorized by community) showing numbers of applicants (broken down by race, veteran status, and whether appointed.

35.    For 2002 firefighter exam, data (categorized by community) showing total number of veteran applicants broken down by race and exam score.

Respectfully submitted,

JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,

By their attorneys,

   /s/ Alfred Gordon
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
     Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

Date:  March 29, 2006          (617) 367-7200

**CERTIFICATE OF SERVICE**

       I hereby certify that a true copy of the above document was served on the attorneys of record for each party by electronic notice on March 29, 2006, and was sent via first class mail to all parties unable to receive electronic filings.


                           __/s/ Alfred Gordon_____
                           Alfred Gordon, Esq.