UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
        Plaintiff(s),        CIVIL ACTION
                                    NO.   05-10213-PBS
    v.

City of Lynn, et al
        Defendant(s).

## NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                         March 31, 2006

      The Final Pretrial Conference previously scheduled for April 5, 2006, has been **rescheduled** to **April 6, 2006, at 4:00 p.m.**

                                                        By the Court,

                                                         /s/ Robert C. Alba
                                                      Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
        Plaintiff(s),        CIVIL ACTION
                                        NO.   05-10213-PBS
    v.

City of Lynn, et al
        Defendant(s).

## NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                             March 31, 2006

     The Final Pretrial Conference previously scheduled for April 5, 2006, has been **rescheduled** to **April 6, 2006, at 4:00 p.m.**

                                                                          By the Court,

                                                                            /s/ Robert C. Alba
                                                                          Deputy Clerk

Copies to:  All Counsel

resched.ntc