**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Stephen Young
David Conforto
Hillary Schwab**

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
OF COUNSEL

March 31, 2006

**BY ELECTRONIC FILING**
The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

    RE:    Jacob Bradley et al. v. City of Lynn et al.
              U.S. District Court, Civil Action No. 05-CV-10213-PBS

Dear Judge Saris:

    I understand from speaking today with your clerk, Robert Alba, that this case is still scheduled to begin trial on April 10, 2006, but that there is a bit of uncertainty as to whether it will be delayed somewhat because of another trial scheduled to begin on April 3, 2006. I am writing to respectfully request that your Honor scheduled a date and time certain for the testimony of the plaintiffs' expert witness, Frank Landy, Ph.D., who will be coming in from Colorado to testify. Because of his numerous commitments around the country, Dr. Landy has informed us that we must guarantee his time for his testimony, or pay for that time if there is a delay or change. The expert costs in this case have already been quite significant, and of course if the plaintiffs prevail the costs will be shifted to the Commonwealth. Thus, we would suggest that Dr. Landy's testimony could be scheduled now for one or two afternoons during the week of April 10, so that even if the trial beginning next week runs into the following week, we could still have Dr. Landy testify at a date and time certain.

74

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

Thank you very much for your consideration.

Sincerely,

Shannon Liss-Riordan

cc: Frank Landy, Ph.D.
James Lamanna, Esq.
George S. Markopoulos, Esq.
Nadine Cohen, Esq
Mark D. Selwyn, Esq.
Harold Lichten, Esq.
Alfred Gordon, Esq.