UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

JACOB BRADLEY, NOAH BRADLEY, KEITH )
RIDLEY, and JARED THOMAS, )
individually and on behalf of a class of )
similarly situated individuals, )
     Plaintiffs, )
)
v. ) Civil Action No.
) <u>05-10213-PBS</u>
CITY OF LYNN; EDWARD J. CLANCY, JR., )
in his capacity as Mayor of the City of Lynn; )
the COMMONWEALTH OF MASSACHUSETTS, )
DIVISION OF HUMAN RESOURCES; and )
RUTH BRAMSON, in her capacity as Personnel )
Administrator of the Division of Human Resources )
of the Commonwealth of Massachusetts, )
     Defendants. )
_____)

### PLAINTIFFS' MOTION TO EXTEND DISCOVERY SCHEDULE REGARDING ALLEGATIONS PERTAINING TO THE CITY DEFENDANTS

  The Plaintiffs, Jacob Bradley, Noah Bradley, Keith Ridley, and Jared Thomas, hereby move to extend the discovery schedule for the allegations pertaining to the City of Lynn and Mayor Edward J. Clancy, Jr. (the City Defendants). As grounds for this motion, the Plaintiffs state as follows:

  In its initial Scheduling Order on March 25, 2005, the Court set the fact discovery deadline for this case as pertains to the City Defendants as September, 30, 2005. However, at the time the discovery deadline was nearing, and continuing until quite recently, the parties were participating in multilateral settlement discussions and mediation in an attempt to resolve the entire case, which would have obviated the need for any discovery against the City

1

Defendants. Those settlement attempts have since come to an end, and it has become clear that the Plaintiffs will need to proceed with their allegations against the City Defendants.

Moreover, after the September 2005 discovery deadline had passed, the Court granted the Plaintiffs permission to file a Supplemental Complaint containing new allegations against the City Defendants. The Plaintiffs filed that Supplemental Complaint on December 21, 2005, and have had no opportunity to engage in any discovery regarding those allegations.

Pursuant to Local Rule 7.1, the undersigned counsel contacted counsel for the City Defendants seeking to resolve or narrow the issues raised in this motion, and the City Defendants have assented to this motion.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request that this Court extend the discovery period relating to the allegations against the City Defendants.

Respectfully submitted,

JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS,

By their attorneys,

 s/Alfred Gordon
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
   Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Date: April 3, 2006        (617) 367-7200

2

**ASSENTED TO:**


__s/James Lamanna/asg_____
George S. Markopoulos, BBO # 546189
James Lamanna, BBO # 637433
Office of the Lynn City Solicitor
Lynn City Hall
3 City Hall Square, Room 406
Lynn, MA 01901


## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served on the attorneys of record for each party by electronic filing on April 3, 2006, and that it was sent by U.S. Mail on all parties unable to receive electronic filings.

                                        ____s/Alfred Gordon_____
                                        Alfred Gordon