UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
        Plaintiffs,                CIVIL ACTION
                                              NO.   05-10213-PBS
     v.

City of Lynn, et al
        Defendants.

## NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                    April 6, 2006

     The Final Pretrial Conference previously scheduled for April 6, 2006, has been **rescheduled** to **April 7, 2006, at 3:00 p.m.**

                                                           By the Court,

                                                           /s/ Robert C. Alba
                                                          Deputy Clerk

Copies to:  All Counsel

resched.ntc