UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
JACOB BRADLEY, NOAH BRADLEY, KEITH          )
RIDLEY, and JARED THOMAS,                   )
individually and on behalf of a class of    )
similarly situated individuals,             )
          Plaintiffs,                      )
                                            )
v.                                          )   Civil Action No. 05-10213-PBS
                                            )
CITY OF LYNN; EDWARD J. CLANCY, JR.,        )
in his capacity as Mayor of the City of Lynn; )
the COMMONWEALTH OF MASSACHUSETTS,          )
DIVISION OF HUMAN RESOURCES; and            )
RUTH BRAMSON, in her capacity as Personnel  )
Administrator of the Division of Human Resources )
of the Commonwealth of Massachusetts,       )
          Defendants,                      )
                                            )
BOSTON SOCIETY OF THE VULCANS and           )
NEW ENGLAND AREA CONFERENCE OF              )
THE NAACP,                                  )
          Interveners.                     )
_____)

**PLAINTIFFS' OBJECTIONS TO
STATE DEFENDANTS' PROPOSED WITNESSES AND EXHIBITS**

WITNESS LIST

1. Sally McNeely, HRD Director, Organizational Development Group

2. Marc Chavanne, HRD Project Manager – **Objection (never previously identified as a witness and anticipated testimony not admissible as irrelevant and concerning data/documents not disclosed in discovery)**

3. Vivien W. Lee, HRD assistant director, Civil Service – **Objection (never previously identified as a witness and anticipated testimony not admissible as irrelevant and concerning data/documents not disclosed in discovery)**

4. Dr. Rick R. Jacobs, Professor of Psychology, Pennsylvania State University and President/CEO of E. B. Jacobs, State College, PA – expert witness

## EXHIBIT LIST

1. Consent decree, Boston Chapter, NAACP v. Beecher

2. Expert Report of Rick R. Jacobs 10/14/05

3. Affidavit #1 of Sally McNeely 6/6/05 (Exhibit 8 to McNeely deposition 6/30/05) – **Objection (hearsay)**

4. Landy, Jacobs & Associates 6/8/92 Massachusetts Firefighter Final Validation Report

5. Declaration of Marc Chavanne 3/10/06, with 1993-1994 Firefighter Physical Abilities Test Comparative Analysis – **Objection (hearsay, relevance, and attachment not disclosed in discovery)**

6. Landy, Jacobs & Associates 12/95 Job Analysis and Physical Fitness Standards Test Development Report – **Objection (relevance)**

7. SHL USA 6/02 Commonwealth of Massachusetts Entry-Level Firefighter and Police Officer Medical Standards Updated Report – **Objection (relevance)**

8. SHL USA 6/02 Firefighter and Police Officer Job Analysis – **Objection (relevance)**

9. HRD Personnel Administration Rules 2/28/03

10. HRD "Selective Certifications – Descriptions and Questionnaires" 6/02 – **Objection (relevance)**

11. Municipal PAR 10 Certifications 1996-2005 (Exhibit 4 to McNeely deposition 6/30/05) – **Objection (relevance)**

12. Firefighter Examination – Municipal Service 4/27/02

13. 2004 Entry Level Firefighter Examination Orientation and Preparation Guide

14. Firefighter Examination – Municipal Service 4/24/04

15. HRD Letter 8/10/04 to Toni G. Wolfman re April 2004 firefighter entry-level examination (Exhibit 7 to McNeely deposition 6/30/05)

16. Toni G. Wolfman letter 8/16/04 to HRD re same – **Objection (relevance, hearsay, and never produced)**

17. HRD letter 8/16/02 to Toni G. Wolfman re April 2002 Firefighter entry-level examination

18. Declaration of Sally McNeely 3/7/06, with attachment 1, 2004 Fire Fighter Equity Calculation – **Objection (hearsay, attachment not disclosed in discovery and containing very incomplete, selective data)**

19. 2002 Fire Fighter Equity Calculation – **Objection (not disclosed in discovery and containing very incomplete, selective data)**

20. Declaration of Rick R. Jacobs 3/7/06 – **Objection (addresses data not disclosed in discovery and very incomplete, selective data)**

21. Letter 3/21/06 to Governor Mitt Romney from Senator Edward M. Augustus, Jr. et als. – **Objection (hearsay, relevance, and never produced)**

Respectfully submitted,

JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,

By their attorneys,

\_\_s/Shannon Liss-Riordan_____
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
   Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Date:  April 7, 2006                (617) 367-7200

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by electronic notice on April 7, 2006, and was sent via first class mail to all parties unable to receive electronic filings.

\_s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, Esq.