UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts,<br><br>Defendants.<br><br>BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP,<br><br>Intervenors. | Civil Action No. 05-10213-PBS |

## INTERVENORS' AND PLAINTIFFS' JOINT MOTION TO REQUIRE THE COMMONWEALTH TO REORDER BOSTON FIREFIGHTER CERTIFICATION LIST NO. 260302 TO ENSURE NO ADVERSE IMPACT WITH RESPECT TO BLACK AND HISPANIC CANDIDATES

Intervenors New England Area Conference of the NAACP and the Boston Society of the Vulcans and the Plaintiffs hereby jointly move for preliminary and permanent injunctive relief to require the defendant Commonwealth of Massachusetts, Division of Human Resources ("Commonwealth") to reorder Boston Firefighter Certification List No. 260302, which is to be used for the upcoming hiring of firefighters in the City of Boston, to ensure no adverse impact

with respect to Black and Hispanic candidates. As explained more fully in the accompanying memorandum of law, the certification list as presently ordered violates EEOC guidelines pursuant to 29 C.F.R. § 1607.4D, and would result in adverse impact to Black and Hispanic candidates.

        Respectfully submitted,

        NEW ENGLAND AREA CONFERENCE OF
        THE NAACP AND THE BOSTON SOCIETY OF
        VULCANS

        By their attorneys,


        /s/ Nadine Cohen
        Nadine Cohen (BBO #090040)
        Lawyers Committee for Civil Rights Under Law
        294 Washington Street
        Boston, Massachusetts 02108
        (617) 482-1145


        /s/ Mark D. Selwyn
        Mark D. Selwyn (BBO #565595)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000

        JACOB BRADLEY, NOAH BRADLEY, KEITH
        RIDLEY, and JARED THOMAS


        By their attorneys,

        /s/ Harold L. Lichten
        Harold L. Lichten (BBO #549689)
        Shannon Liss-Riordan (BBO #640716)
        Pyle, Rome, Lichten, Ehrenberg &
          Liss-Riordan, P.C.
        18 Tremont Street, Suite 500
        Boston, Massachusetts 02108
        (617) 367-7200

Dated: May 12, 2006

USIDOCS 5633744v2