UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
        Plaintiffs,          CIVIL ACTION
                            NO.  05-10213-PBS
    v.

City of Lynn, et al
        Defendants.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.          May 15, 2006

    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Joint Motion To Require The Commonwealth To Reorder Boston Firefighter Certification List No. 260302 To Ensure No Adverse Impact With Respect To Black And Hispanic Candidates on **May 24, 2006**, at **11:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

        By the Court,

        /s/ Robert C. Alba
        Deputy Clerk

Copies to: All Counsel