UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacob Bradley, et al
        Plaintiffs,        CIVIL ACTION
                              NO.  05-10213-PBS
    v.

City of Lynn, et al
        Defendants.

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                 May 15, 2006

      At the request of counsel, the Motion Hearing previously scheduled for May 24, 2006, has been **rescheduled** to **May 25, 2006, at 9:00 a.m.**

                                                      By the Court,

                                                      _/s/ Robert C. Alba_
                                                      Deputy Clerk

Copies to:  All Counsel

resched.ntc