**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
David Conforto
Hillary Schwab**

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
Of COUNSEL

May 16, 2006

**VIA ELECTRONIC FILING**
The Honorable Judge Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

    RE:    <u>Jacob Bradley, et al. v. City of Lynn, et al.</u>
              USDC CA No. 05-10213

Dear Judge Saris:

    On behalf of counsel for the plaintiff class we write separately to make our position clear with respect to the motion filed by the Intervenors, NAACP and Vulcans requesting a reordering of the current Boston Fire Certification List.

    First, it is our understanding that the current motion does not seek any delay in the hiring of this new class for this summer. More importantly counsel for the plaintiff class want to make clear their position that given the urgent need of the Boston Fire Department to achieve staffing levels necessary to guard and protect the public safety, including all residents of the City, we seek no action, order, or remedy that will in any way impair the City's ability to complete the screening and hiring process without any delay.

Sincerely,

Harold L. Lichten