UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts, <br><br> Defendants. <br><br> BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP, <br><br> Intervenors. | Civil Action No. 05-10213-PBS |

**INTERVENORS' AMENDED MOTION TO REQUIRE THE COMMONWEALTH TO REORDER BOSTON FIREFIGHTER CERTIFICATION LIST NO. 260302 TO ENSURE NO ADVERSE IMPACT WITH RESPECT TO BLACK AND HISPANIC CANDIDATES**

Intervenors New England Area Conference of the NAACP and the Boston Society of the Vulcans hereby move for preliminary and permanent injunctive relief to require the defendant Commonwealth of Massachusetts, Division of Human Resources ("Commonwealth") to reorder Boston Firefighter Certification List No. 260302, which is to be used for the upcoming hiring of firefighters in the City of Boston, to ensure no adverse impact with respect to Black and Hispanic

- 1 -

- 2 -

candidates. As explained more fully in the accompanying memorandum of law, the certification list as presently ordered violates EEOC guidelines pursuant to 29 C.F.R. § 1607.4D, and would result in adverse impact to Black and Hispanic candidates.

Respectfully submitted,

NEW ENGLAND AREA CONFERENCE OF
THE NAACP AND THE BOSTON SOCIETY OF
VULCANS

By their attorneys,

/s/ Nadine Cohen
Nadine Cohen (BBO #090040)
Lawyers Committee for Civil Rights Under Law
294 Washington Street
Boston, Massachusetts 02108
(617) 482-1145

/s/ Mark D. Selwyn
Mark D. Selwyn (BBO #565595)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: May 17, 2006