UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts, <br><br> Defendants. <br><br> BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP, <br><br> Intervenors. | Civil Action No. 05-10213-PBS |

**INTERVENORS' AMENDED MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO REQUIRE THE COMMONWEALTH TO REORDER OR REVISE BOSTON FIREFIGHTER CERTIFICATION LIST NO. 260302 TO ENSURE NO ADVERSE IMPACT WITH RESPECT TO THE CITY OF BOSTON'S CONSIDERATION OF BLACK AND HISPANIC CANDIDATES**

## INTRODUCTION

On April 11, 2006, the same day as this trial started, the defendant Commonwealth of

Massachusetts, Division of Human Resources ("Commonwealth") issued a new certification list

for firefighter hiring by the City of Boston for an academy class expected to begin in July 2006.

This list, "Boston Firefighter Certification List No. 260302" (which was produced to Plaintiffs

- 1 -

on the evening of April 13, 2006, entered into evidence on April 14, 2006 as Exhibit 33M, and is attached hereto at Exhibit A) identifies 101 certified candidates. This list is comprised entirely of veterans (other than two candidates at the top designated as having a "534" preference). From Exhibit 21 in evidence in this case, which shows all veteran candidates on the 2004 Boston civil service list (the relevant portion of which is attached hereto at Exhibit B), it can be seen that only seven veterans who passed the examination were not reached for certification. Of these seven veterans who were not reached, five are Black or Hispanic.

On April 21, 2006, the Commonwealth expanded Certification List No. 260302 to include an additional fifty-five candidates, six of whom are believed to be Black. This list was produced on May 4, 2006, the last day of trial. It is attached hereto at Exhibit C.

As explained below, use of this Certification List No. 260302 (consisting of Exhibits A and C), as presently ordered, would exacerbate the adverse impact of the written cognitive test administered to all entry-level firefighter job applicants. Accordingly, Intervenors request that the Court grant preliminary and permanent injunctive relief requiring the Commonwealth to reorder or revise the list so as to ensure no adverse impact with respect to consideration of firefighter candidates in the City of Boston.

## FACTUAL BACKGROUND

The Commonwealth provided "Boston Firefighter Certification List No. 260302" to the City of Boston in response to its request for a list of candidates to be used to fill its next class of firefighters beginning in or about July 2006. The Commonwealth, according to its expert, has a policy of providing the appointing authority a list of certified names of twice the number, plus 1, of applicants to be appointed, or "2n+1." (*See* 4/14/06 Trial Tr. 32-35 (testimony of Dr. Jacobs

- 2 -

describing "the policy of the department, or the HRD, is to send 2n plus 1").) Only those whose names appear on the certified list may be appointed.

The certification list attached at Exhibit A identifies twenty-two disabled veteran candidates followed by the seventy-seven non-disabled veteran candidates. Within each of these two categories, the candidates are listed in the order of the scores they received on the 2004 firefighter exam, which has been shown at trial to have adverse impact on minority candidates and not to be properly validated in accordance with EEOC Guidelines. Veteran candidates will be selected in the order they appear on the certification list, subject to their passing a physical agility test, medical examination, and background investigation.

Of the 99 certified veteran candidates listed in Exhibit A, only eight are identified as Black and only five as Hispanic. Trial Exhibit 21 shows the remaining seven (uncertified) applicants with a veteran's preference who took the 2004 firefighter exam and scored 70 or higher. Five of these seven applicants are minorities.

The certification list attached at Exhibit C identifies nine veterans and forty-six non-veteran candidates. The veteran candidates include all the white veteran candidates who were not certified in the earlier list; however, only three of the five minority veterans not certified on the earlier list are now included. Of the forty-six non-veteran candidates, all but three are white.

Given the number of firefighters the City of Boston wishes to hire, it is likely that all the certified veteran candidates will be reached. In addition, some, but likely not all, of the non-veteran certified candidates will be reached. Given that only three of the forty-six non-veteran candidates are minorities, there will be adverse impact under any hiring scenario. In addition, certain minority veteran candidates who passed the 2004 firefighter exam still, inexplicably, have not even been certified.

- 3 -

The adverse impact of the Certification List No. 260302, if left unaddressed, will continue the recent hiring trend by which the firefighter force in the City of Boston has become increasingly less reflective of the community it serves.  Since the dissolution of the *NAACP v. Beecher* Consent Decree in Boston in 2003, the Commonwealth has provided the City of Boston with certification lists for the appointment of four new classes of firefighters.  Upon information and belief, a total of 136 firefighters have been appointed, out of which only two are Black and only four are Hispanic; the remaining 130 firefighters are white.[1]

## ARGUMENT

In deciding whether to grant a preliminary injunction, a court must weigh the following four factors: *(1)* the likelihood of success on the merits; *(2)* the potential for irreparable harm; *(3)* a balancing of the relative hardship to the non-movant(s) if the injunction were granted versus the hardship to the movants if the injunction were not granted; and *(4)* the effect of an injunction on the public interest.  *See Wine and Spirit Retailers, Inc. v. Rhode Island,* 418 F.3d 36, 46 (1st Cir. 2005; *Lanier Prof. Svcs. v. Ricci*, 192 F.3d 1, 3 (1st Cir. 1999).  An examination of the likelihood of success receives the most weight of the four prongs, and courts "have often found this furcula to be critical."  *Narragansett Indian Tribe v. Guilbert*, 934 F.2d 4, 6 (1st Cir. 1991).

As set forth below, each of the four preliminary injunction factors is plainly met here.

## I.    The Plaintiffs Have Demonstrated A High Likelihood Of Success On The Merits.

The evidence presented at trial has proven that the Commonwealth's 2004 firefighter exam was never validated, in violation of the *Beecher* decree as well as Title VII and the EEOC

---

[1]    A *Boston Globe* article describing the recent hiring of firefighters in the City of Boston is attached hereto as Exhibit D.

Guidelines. *See Beecher v. City of Boston*, 371 F. Supp. 507, 521 (D. Mass. 1974) ("Should the Division of Civil Service desire to utilize entrance examinations in the future for the purpose of selecting firefighters, such examination shall be demonstrably job-related and validated in accordance with the 'Guidelines on Employees Selection Procedures' issued by the Equal Employment Opportunity Commission, 29 C.F.R. § 1607.1 et seq., or otherwise shown to have no discriminatory impact."). The Commonwealth does not dispute that. (*See*, *e.g.*, 4/14/06 Trial Tr. 92-93 (testimony of Dr. Jacobs that he is unaware of any validity study having been done on the 2002, 2004, or earlier fire exams, notwithstanding that, under the standards in the trade, "at some point one should be done").) The evidence has also proven that the 2004 firefighter exam has an adverse impact on minorities. (*See*, *e.g.*, Trial Ex. 1 (expert report of Dr. Landy).) While the Commonwealth has offered evidence to dispute the extent of the adverse impact, the Commonwealth's own expert, Dr. Jacobs, concedes the existence of adverse impact from the 2004 firefighter exam even under his own (improper) "aggregation" method. (*See*, *e.g.*, 4/14/06 Trial Tr. 32-35 (testimony of Dr. Jacobs that aggregating across all fifty-two jurisdictions, there is a shortfall of 7.2 minority officers, which constitutes adverse impact).)

Accordingly, if the City of Boston is permitted to hire from this certification list in the order that the candidates presently appear, it will exacerbate the undisputed adverse impact in the written cognitive test.

## II.    Without Injunctive Relief, Certain Minority Candidates Will Suffer Irreparable Harm.

Without the grant of preliminary injunctive relief, the City of Boston will soon make hiring decisions based upon the results of an unvalidated exam that adversely impacts minority candidates. Appointing in rank order from the certification list will adversely affect the minority

applicants who passed the 2004 firefighter exam; those rank-order appointments will be very difficult, if not impossible, to undo once they have been made.

Equally significant, the minority applicants who are the victims of this adverse impact stand to suffer harms that monetary damages alone cannot cure. They stand to suffer the unquantifiable harm that comes from participating in a hiring process that fails to comport with this Court's *Beecher* decree or Title VII. Furthermore, the clock is ticking on their careers. Indeed, there is an age cutoff of 32 for new firefighters. In addition, firefighters must serve for a period of time before becoming eligible to sit for an exam for promotion. Delays of any kind reflect an undeniable and irremediable harm, especially on the older applicants. *See, e.g., Gately v. Massachusetts*, 2 F.3d 1221, 1234 (1st Cir. 1993), *cert. denied*, 511 U.S. 1082 (1994) (affirming a preliminary injunction to protect employees' statutorily based civil rights where delays could prevent some of the workers from remaining in touch with new developments, impair their ability to return to work if reinstated, and, if a new retirement date approached, prevent them from working in their "twilight" years altogether).

**III.    The Balance Of Hardships Tilts Heavily In Favor Of Granting Injunctive Relief.**

When balancing the equities, the most significant factor is that monetary damages alone cannot compensate the minority applicants who are affected by the adverse impact of the exam. The Commonwealth would suffer no demonstrable harm should the injunction be granted and it be required to reorder or revise the certification list in a manner that will reduce the adverse impact of HRD's current certification process.

**IV.    The Grant Of An Injunction Is In The Public Interest.**

It is in the public interest that the Commonwealth follow this Court's *Beecher* decree and EEOC guidelines with respect to avoiding adverse impact in hiring. Furthermore, it is in the

- 6 -

public interest that deserving minority candidates be considered for firefighter positions, and that

the racial composition of the firefighter force reflect that of the community served by it.  Under

similar circumstances, the First Circuit has found the grant of a preliminary injunction to be

consistent with the public interest and has affirmed such injunctions that were ordered to secure

employment for those whose rights under 42 U.S.C. § 1983 have been violated.  *Mariani Giron*

*v. Acevedo Ruiz*, 834 F.2d 238, 239-40 (1st Cir. 1987); *DeChoudens v. Government Development*

*Bank*, 801 F.2d 5, 10 (1st Cir. 1986), *cert. denied*, 481 U.S. 1013 (1987); *see also Ralph v.*

*Lucent Tech., Inc.*, 135 F.3d 166 (1st Cir. 1998) (affirming preliminary injunction in ch. 151B,

§ 4(16) case requiring employer to permit the plaintiff to return to work part-time).

## CONCLUSION

Intervenors respectfully request that the Court enter an order requiring the

Commonwealth to reorder or revise Boston Firefighter Certification List No. 260302 to ensure

no adverse impact in the City of Boston's consideration of Black and Hispanic candidates.

Respectfully submitted,

NEW ENGLAND AREA CONFERENCE OF
THE NAACP AND THE BOSTON SOCIETY OF
VULCANS

By their attorneys,

/s/ Nadine Cohen
Nadine Cohen (BBO #090040)
Lawyers Committee for Civil Rights Under Law
294 Washington Street
Boston, Massachusetts  02108
(617) 482-1145

/s/ Mark D. Selwyn
Mark D. Selwyn (BBO #565595)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000


Dated:  May 17, 2006

- 8 -

# Exhibit A

Boston Firefighter Cert # 260302
Dated 4/11/2006

| | Name | Pool | Race | VetSta | Score |
|---|---|---|---|---|---|
| RESIDENT | EDWARDS,KADE | C | B | 534NV | 97 |
| RESIDENT | MOORE,DAVID B | C | B | 534NV | 96 |
| RESIDENT | COLLINS,KEVIN J | D | W | DVET | 98 |
| RESIDENT | BYRNE,PATRICK E | D | W | DVET | 97 |
| RESIDENT | RYAN,KINNON O | D | W | DVET | 97 |
| RESIDENT | MCGOLDRICK,KEVIN P | D | W | DVET | 96 |
| RESIDENT | KCVINSKY,JOHN J | D | W | DVET | 95 |
| RESIDENT | CONNOLLY,SEAN T | D | | DVET | 94 |
| RESIDENT | BROWN,MICHAEL A | D | W | DVET | 93 |
| RESIDENT | CALLAHAN,MATTHEW S | D | W | DVET | 91 |
| RESIDENT | YALMOKAS, KEVIN J | D | W | DVET | 91 |
| RESIDENT | HANNIGAN,GREGORY D | D | W | DVET | 89 |
| RESIDENT | JONES,MICHAEL K | C | W | DVET | 89 |
| RESIDENT | RAMIREZ,MARIANO J | C | H | DVET | 89 |
| RESIDENT | COOTE,STEPHEN P | D | W | DVET | 88 |
| RESIDENT | HURLEY,ROBERT P | D | W | DVET | 88 |
| RESIDENT | KELLEY,MICHAEL M | D | W | DVET | 88 |
| RESIDENT | BRODNEY,EDWARD H | D | W | DVET | 84 |
| RESIDENT | DELSOIN,NATHALIE F | D | | DVET | 82 |
| RESIDENT | DONOVAN,PATRICK J | D | W | DVET | 82 |
| RESIDENT | LACROIX,JAMES H | D | W | DVET | 81 |
| RESIDENT | WHELAN,SHANE | D | W | DVET | 81 |
| RESIDENT | HOLDER,JAMES E | C | B | DVET | 79 |
| RESIDENT | BAAQEE,SHAKIR A | C | B | DVET | 78 |
| RESIDENT | BARRY,BRIAN J | D | W | VET | 98 |
| RESIDENT | HARVEY,PAUL J | D | W | VET | 98 |
| RESIDENT | MARTIN,SEAN P | D | W | VET | 97 |
| RESIDENT | O'CONNOR,JR,MICHAEL F | D | W | VET | 97 |
| RESIDENT | KAISER,BARRY M | D | W | VET | 96 |
| RESIDENT | POWER,MICHAEL | D | W | VET | 96 |
| RESIDENT | SIRIANNI,PHILIP A | D | W | VET | 96 |
| RESIDENT | LYNN,RYAN M | D | W | VET | 95 |
| RESIDENT | MINOR,CHRIS R | D | W | VET | 95 |
| RESIDENT | MYLETT,CHRISTOPH S | D | W | VET | 95 |
| RESIDENT | O'NEILL,ROBERT B | D | W | VET | 95 |
| RESIDENT | BEARD,THOMAS W | D | W | VET | 94 |
| RESIDENT | COUGHLIN,PAUL M | D | W | VET | 94 |
| RESIDENT | FITZGERALD,JAMES F | D | W | VET | 93 |
| RESIDENT | HARDING,BRYAN P | D | W | VET | 93 |
| RESIDENT | JOHNSTON,ROBERT E | D | W | VET | 93 |
| RESIDENT | ROCHE,DANIEL F | D | W | VET | 93 |
| RESIDENT | SHARIFF,BILAL M | C | B | VET | 93 |
| RESIDENT | TILLMAN,CHRIS J | D | W | VET | 93 |
| RESIDENT | YANOVITCH,SCOTT J | D | W | VET | 93 |
| RESIDENT | CAHILL,BRENDAN P | D | W | VET | 92 |
| RESIDENT | FOLEY,DONALD E | D | W | VET | 92 |
| RESIDENT | JOYCE,KEVIN | D | W | VET | 92 |

| RESIDENT | KITTERICK,EDWARD D | D | W | VET | 92 |
|----------|--------------------|----|----|-----|-----|
| RESIDENT | LOWRE,KEVIN P | D | W | VET | 92 |
| RESIDENT | MACKINNON,JAMES M | D | W | VET | 92 |
| RESIDENT | MORRISON,SEAN D | D | W | VET | 92 |
| RESIDENT | JACOBS,ERIC W | C | H | VET | 91 |
| RESIDENT | LEARY,PATRICK J | D | W | VET | 91 |
| RESIDENT | MURPHY,BRYAN L | D | W | VET | 91 |
| RESIDENT | WATSON,MATTHEW J | D | W | VET | 91 |
| RESIDENT | BRADLEY,PAUL | D | W | VET | 90 |
| RESIDENT | GRILLO,CHARLES V | D | W | VET | 90 |
| RESIDENT | HITCHCOCK,RYAN M | D | W | VET | 90 |
| RESIDENT | LUDDY,KEVIN | D | W | VET | 90 |
| RESIDENT | ROSSI,FRANK M | D | W | VET | 90 |
| RESIDENT | JOHNSON,MARCQUIS A | C | B | VET | 89 |
| RESIDENT | VAITISKIS,MATTHEW C | D | I | VET | 89 |
| RESIDENT | CYR,DENNIS | D | W | VET | 88 |
| RESIDENT | MACHADO,MICHAEL J | D | W | VET | 88 |
| RESIDENT | FORLANO,VITO A | D | W | VET | 87 |
| RESIDENT | FOSTER,CHIQUITA | C | B | VET | 87 |
| RESIDENT | SANTRY,THOMAS C | D | W | VET | 87 |
| RESIDENT | TOLAND,KEVIN G | D | W | VET | 87 |
| RESIDENT | DRISCOLL,MATTHEW J | D | W | VET | 86 |
| RESIDENT | MCMANUS,BRIAN B | D | W | VET | 86 |
| RESIDENT | MELSON,JOHN B | D | W | VET | 86 |
| RESIDENT | GUERARD,MATTHEW S | D | W | VET | 85 |
| RESIDENT | MAHER,RYAN F | D | W | VET | 84 |
| RESIDENT | SAUNDERS,CHRISTOPH B | D | W | VET | 84 |
| RESIDENT | DAVIAU,JEREMY R | D | W | VET | 83 |
| RESIDENT | FILIPE,SHAUN G | D | | VET | 83 |
| RESIDENT | LORING,PAUL P | D | W | VET | 83 |
| RESIDENT | MAHONEY,DAVID P | D | W | VET | 83 |
| RESIDENT | CHRISTOPHER,JAMES M | D | W | VET | 82 |
| RESIDENT | KANE,KEVIN J | D | W | VET | 82 |
| RESIDENT | KANE,MICHAEL J | D | I | VET | 82 |
| RESIDENT | KRUGER,BRIAN D | D | A | VET | 82 |
| RESIDENT | CONCEPCION,DENNIS | C | H | VET | 81 |
| RESIDENT | LYNCH,DANIEL T | D | W | VET | 81 |
| RESIDENT | SANCHEZ,DAVID D | C | H | VET | 81 |
| RESIDENT | ACHILLES,BRENT K | C | B | VET | 80 |
| RESIDENT | BARBOZA,TYRAUN L | C | B | VET | 80 |
| RESIDENT | HUGHES,JAMES R | D | W | VET | 80 |
| RESIDENT | CONNOLLY,MICHAEL J | D | W | VET | 79 |
| RESIDENT | CONNOLLY,TIMOTHY P | D | W | VET | 79 |
| RESIDENT | DELVALLE,JOSUE' | C | H | VET | 79 |
| RESIDENT | GRIFFIN,JOHN P | D | W | VET | 79 |
| RESIDENT | HARTFORD,KEVIN L | D | W | VET | 79 |
| RESIDENT | PILWAH,MOHAN R | D | W | VET | 79 |
| RESIDENT | SHEEHAN,BRENDAN T | D | W | VET | 79 |
| RESIDENT | VASS,CASLEY | C | B | VET | 79 |
| RESIDENT | REARDON,DANIEL E | D | W | VET | 78 |
| RESIDENT | TURKO,ANDREW M | D | W | VET | 77 |
| RESIDENT | WYMAN,ANDREW G | D | W | VET | 77 |

| RESIDENT | DONAHOE,DANIEL B | D | W | VET | 76 |
| RESIDENT | FOLEY,DAVID G | D | W | VET | 76 |

# Exhibit B

Veterans on the 2004 Firefighter List By Community – Residents Only
Race, Exam Score and Appointment        Schedule A - #2

VETERANS ON THE 2004 FIREFIGHTER LIST

```
ANNESE, RICCARDO            W  V    91.00
LALIBERTE, OMER J           W  V    90.00
BOYS, JAMES J               W  V    90.00

BEDFORD

SULLIVAN, WAYNE R           W  DV   81.00
PIETCHEL, MARK S            W  V    95.00  2005/11/14
PORRECA, ALAN J             W  V    95.00  2005/11/14
SULLIVAN, JAMES F           W  V    87.00

BELMONT

TOBIN, JOHN O               W  V    97.00  2005/03/09
WOLLNER, ROBERT K           W  V    92.00  2005/05/02
CAMARGO, JORGE              H  V    87.00

BEVERLY

GRANT, STEVEN R             W  V    95.00  2005/08/22
JULIEN, DEAN A              W  V    92.00  2005/08/22
PERKINS, SCOTT A            W  V    91.00  2005/08/22
PALM, JONATHAN M            W  V    91.00  2005/08/22
BIGGIN, VINCENT             W  V    88.00
MAHAN, BRIAN C              W  V    87.00  2005/08/22
ZARBANO, MICHAEL V          W  V    85.00  2005/08/22
LANTYCH, THOMAS E           W  V    80.00  2005/08/22

BILLERICA

CORBETT, PATRICK R          W  DV   97.00
KEANE, JOSEPH J             W  DV   91.00  2005/02/13
EIDENS, DWAYNE D            W  DV   91.00
AVANT, ANDREW J             W  DV   91.00
O'CONNOR, SHAWN P           W  DV   90.00  2005/02/14
NIEMIEC, LORI A             W  V    98.00  2005/02/26
GUILD, MATTHEW W            W  V    97.00
HUNT, DAVID T               W  V    96.00
DUNHAM, GREGORY J           W  V    96.00
RAYNEJR., FRANCIS K         W  V    93.00
GUTIERREZ, RICHARD          W  V    92.00
MATTE, DEREK                W  V    90.00
MACMILLAN, DAVID A          W  V    90.00
COLBERT, JOHN C             W  V    88.00
COLLINS, JAMES P            W  V    87.00
SAVIANO, JEFFREY A          W  V    83.00
VERGA, JASON                W  V    83.00
ANGIUONI, JOSEPH -          W  V    78.00
MORRISN, MICHAEL T          W  V    72.00

BOSTON
```

Veterans on the 2004 Firefighter List By Community – Residents Only
Race, Exam Score and Appointment        Schedule A - #2

VETERANS ON THE 2004 FIREFIGHTER LIST

| Name | Race | Vet | Score | Date |
|------|------|-----|-------|------|
| QUIGLEY, TIMOTHY N | W | DV | 98.00 | 2005/06/13 |
| CAMMARATA, GUY J | W | DV | 98.00 | 2005/06/13 |
| COLLINS, KEVIN J | W | DV | 98.00 | |
| DOWD, JOSEPH M | W | DV | 98.00 | 2005/06/13 |
| FOLEY, JOSEPH L | W | DV | 97.00 | 2005/06/13 |
| BYRNE, PATRICK E | W | DV | 97.00 | |
| RYAN, KINNON O | W | DV | 97.00 | |
| MCGOVERN, RYAN J | W | DV | 97.00 | 2005/06/13 |
| MCGOLDRICK, KEVIN P | W | DV | 96.00 | |
| HAYDEN, PATRICK C | | DV | 96.00 | 2005/06/13 |
| KCVINSKY, JOHN J | W | DV | 95.00 | |
| MULLEN, BRIAN P | W | DV | 94.00 | 2005/06/13 |
| ROBERTS, BRIAN A | W | DV | 94.00 | 2005/06/13 |
| CONNOLLY, SEAN T | | DV | 94.00 | |
| KELLEHER, JOSEPH A | W | DV | 93.00 | 2005/06/13 |
| BUCKLEY, ROBERT F | W | DV | 93.00 | 2005/06/13 |
| BROWN, MICHAEL A | W | DV | 93.00 | |
| YALMOKAS, KEVIN J | W | DV | 91.00 | |
| VIOLA, JOSEPH | W | DV | 91.00 | 2005/06/13 |
| HIGGINS, THOMAS J | W | DV | 91.00 | 2005/06/13 |
| SPINALE, JOSEPH W | W | DV | 91.00 | 2005/06/13 |
| CALLAHAN, MATTHEW S | W | DV | 91.00 | |
| FUCILE, ANTHONY P | W | DV | 91.00 | 2005/06/13 |
| LONG, PATRICK D | W | DV | 91.00 | 2005/06/13 |
| LYNCH, JEFFREY R | W | DV | 91.00 | 2006/01/30 |
| DERICK, PATRICK R | W | DV | 90.00 | 2005/06/13 |
| LEE, MICHAEL W | W | DV | 90.00 | 2005/06/13 |
| HANNIGAN, GREGORY D | W | DV | 89.00 | |
| JONES, MICHAEL K | W | DV | 89.00 | |
| RAMIREZ, MARIANO J | H | DV | 89.00 | |
| CUSHING, JAMES P | W | DV | 89.00 | 2005/06/13 |
| HURLEY, ROBERT P | W | DV | 88.00 | |
| LYONSJR, PAUL J | W | DV | 88.00 | 2005/06/13 |
| KELLEY, MICHAEL M | W | DV | 88.00 | |
| COOTE, STEPHEN P | W | DV | 88.00 | |
| VENTEROSO, MICHAEL J | W | DV | 87.00 | 2006/01/30 |
| RUGGIERO, JOHN R | W | DV | 87.00 | |
| MCLAUGHLIN, LARRY S | W | DV | 87.00 | 2005/06/13 |
| DAVIS, MIKE J | W | DV | 85.00 | 2005/06/13 |
| O'BRIEN, WILLIAM J | W | DV | 85.00 | 2005/06/13 |
| LAVALLEE, GREGORY R | W | DV | 85.00 | 2005/06/13 |
| LOFTUS, PATRICK T | W | DV | 84.00 | 2005/06/13 |
| MACDONALD, RICHARD M | W | DV | 84.00 | 2005/06/13 |
| BRODNEY, EDWARD H | W | DV | 84.00 | |
| DONOVAN, PATRICK J | W | DV | 82.00 | |
| DELSOIN, NATHALIE F | | DV | 82.00 | |
| WHELAN, SHANE | W | DV | 81.00 | |
| LACROIX, JAMES H | W | DV | 81.00 | |
| HOLDER, JAMES E | B | DV | 79.00 | |
| COPPNEY, BRIAN T | W | DV | 79.00 | 2005/06/13 |
| BAAQEE, SHAKIR A | B | DV | 78.00 | |
| GOGGIN, CHRISTOPH J | W | DV | 77.00 | 2005/06/13 |

Veterans on the 2004 Firefighter List By Community – Residents Only
Race, Exam Score and Appointment        Schedule A - #2

VETERANS ON THE 2004 FIREFIGHTER LIST

| | | | | |
|---|---|---|---|---|
| SANTANGELO, NICHOLAS A | W | DV | 77.00 | 2006/01/30 |
| FOLEY, PATRICK J | W | DV | 75.00 | 2006/01/30 |
| SULLIVAN, TIMOTHY M | W | DV | 75.00 | 2006/01/30 |
| FLAHERTY, JON P | W | V | 100.00 | |
| MURPHY, WALTER L | W | V | 99.00 | 2005/06/13 |
| BARRY, BRIAN J | W | V | 98.00 | |
| JOHNSON, MICHAEL S | W | V | 98.00 | 2005/06/13 |
| HARVEY, PAUL J | W | V | 98.00 | |
| MILES, JOHN T | W | V | 98.00 | 2005/06/13 |
| FAIRBANKS, CHRISTOPH M | W | V | 97.00 | 2005/06/13 |
| O'CONNOR, JR, MICHAEL F | W | V | 97.00 | |
| MARTIN, SEAN P | W | V | 97.00 | |
| KAVANAGH, EAMON M | W | V | 97.00 | 2005/06/13 |
| WILLIAMS, MARK A | W | V | 97.00 | 2005/06/13 |
| COLLINS, MICHAEL P | W | V | 97.00 | 2005/06/13 |
| VANGORDER, STEPHEN J | W | V | 97.00 | 2006/01/30 |
| DRISCOLL, JEREMIAH J | W | V | 96.00 | |
| LEE, JOSEPH A | W | V | 96.00 | 2005/06/13 |
| POWER, MICHAEL | W | V | 96.00 | |
| SIRIANNI, PHILIP A | W | V | 96.00 | |
| FORD, JOSEPH A | W | V | 96.00 | 2005/06/13 |
| THORNTON, MICHAEL P | W | V | 96.00 | 2005/06/13 |
| FOLAN, MARK M | W | V | 96.00 | 2005/06/13 |
| KAISER, BARRY M | W | V | 96.00 | |
| CORBETT, BARRY R | W | V | 96.00 | 2005/06/13 |
| OCONNOR, SHANE | W | V | 96.00 | 2005/06/13 |
| EVANS, ERIC C | W | V | 95.00 | 2005/06/13 |
| MERCHANT, MICHAEL N | W | V | 95.00 | 2005/06/13 |
| BYRNE, PHILIP R | W | V | 95.00 | 2005/06/13 |
| MYLETT, CHRISTOPH S | W | V | 95.00 | |
| DORNHOFFER, JUSTIN F | W | V | 95.00 | 2005/06/13 |
| PERO, LIAM J | W | V | 95.00 | 2006/01/30 |
| LYNN, RYAN M | W | V | 95.00 | |
| MINOR, CHRIS R | W | V | 95.00 | |
| ANDERSON, ROBERT T | B | V | 95.00 | 2005/06/13 |
| RYAN, ERIC D | W | V | 95.00 | 2005/06/13 |
| WRIGHT, CHRISTOPH D | W | V | 95.00 | 2005/06/13 |
| O'NEILL, ROBERT B | W | V | 95.00 | |
| HUGHES, SEAN M | W | V | 94.00 | 2005/06/13 |
| MEJIA, ENRIQUE A | H | V | 94.00 | 2005/06/13 |
| COUGHLIN, PAUL M | W | V | 94.00 | |
| GODDARD, TIMOTHY F | W | V | 94.00 | 2005/06/13 |
| GORMLEY, JAY R | W | V | 94.00 | 2006/01/30 |
| ODONNELL, CHRISTIAN T | W | V | 94.00 | 2006/01/30 |
| BEARD, THOMAS W | W | V | 94.00 | |
| YANOVITCH, SCOTT J | W | V | 93.00 | |
| HARDING, BRYAN P | W | V | 93.00 | |
| VINITSKY, ERIC S | W | V | 93.00 | 2006/01/30 |
| RUSSELL, GARY W | W | V | 93.00 | 2006/01/30 |
| HUGHES, THOMAS C | W | V | 93.00 | 2005/06/13 |
| JOHNSTON, ROBERT E | W | V | 93.00 | |
| SKRABUT, PHILLIP C | W | V | 93.00 | 2005/06/13 |

Veterans on the 2004 Firefighter List By Community – Residents Only
Race, Exam Score and Appointment    Schedule A - #2

VETERANS ON THE 2004 FIREFIGHTER LIST

| | | | |
|---|---|---|---|
| SHARIFF, BILAL M | B | V | 93.00 |
| TILLMAN, CHRIS J | W | V | 93.00 |
| FITZGERALD, JAMES F | W | V | 93.00 |
| ROCHE, DANIEL F | W | V | 93.00 |
| HARTIGAN, BRIAN R | W | V | 93.00 2005/06/13 |
| FLAHERTY, JON P | W | V | 93.00 2006/01/30 |
| CONLEY, JEREMY M | W | V | 92.00 2006/01/30 |
| CAHILL, BRENDAN P | W | V | 92.00 |
| MCCABE, ARON M | W | V | 92.00 2006/01/30 |
| LOWRE, KEVIN P | W | V | 92.00 |
| KITTERICK, EDWARD D | W | V | 92.00 |
| NELSON, JEREMY M | W | V | 92.00 2006/01/30 |
| FOLEY, DONALD E | W | V | 92.00 |
| MACKINNON, JAMES M | W | V | 92.00 |
| HERNANDEZ, JONATHAN | H | V | 92.00 2006/01/30 |
| MORRISON, SEAN D | W | V | 92.00 |
| JOYCE, KEVIN | W | V | 92.00 |
| EAMON, O'LEARY M | W | V | 91.00 2006/01/30 |
| WATSON, MATTHEW J | W | V | 91.00 |
| MITCHELL, MICHAEL J | W | V | 91.00 2006/01/30 |
| FEENEY, MICHAEL P | W | V | 91.00 2006/01/30 |
| PERACHI, CHRIS C | | V | 91.00 2006/01/30 |
| MURPHY, BRYAN L | W | V | 91.00 |
| JACOBS, ERIC W | H | V | 91.00 |
| LEARY, PATRICK J | W | V | 91.00 |
| ROSSI, FRANK M | W | V | 90.00 |
| PRESTON, KEVIN M | W | V | 90.00 2006/01/30 |
| OBRIENJR, RONALD D | W | V | 90.00 2006/01/30 |
| DENSON, SCOTT R | B | V | 90.00 2006/01/30 |
| HARDIMAN, SHAWN J | H | V | 90.00 2006/01/30 |
| LUDDY, KEVIN | W | V | 90.00 |
| WASHBURN, JEREMY G | W | V | 90.00 2006/01/30 |
| WILLIAMS, MARK E | B | V | 90.00 2006/01/30 |
| HITCHCOCK, RYAN M | W | V | 90.00 |
| BARRETT, ROBERT E | W | V | 90.00 2006/01/30 |
| BERTEJR, ALEXANDER T | W | V | 90.00 2006/01/30 |
| GRILLO, CHARLES V | W | V | 90.00 |
| BRADLEY, PAUL | W | V | 90.00 |
| MCINTYREJR., PEARSE T | W | V | 89.00 2006/01/30 |
| WALSH, JOSEPH O | W | V | 89.00 2006/01/30 |
| STARR, CHARLES B | W | V | 89.00 2006/01/30 |
| VAITISKIS, MATTHEW C | I | V | 89.00 |
| MARCQUIS, JOHNSON A | B | V | 89.00 |
| JOYCE, TODD R | W | V | 89.00 2006/01/30 |
| HOLDA, PHILIP J | W | V | 88.00 2006/01/30 |
| CYR, DENNIS | W | V | 88.00 |
| BAUDOUIN, MARC | W | V | 88.00 2006/01/30 |
| DEFFRIES, JARED | W | V | 88.00 |
| MACHADO, MICHAEL J | W | V | 88.00 |
| ATWOOD, MICHAEL K | W | V | 88.00 2006/01/30 |
| DUBEAU, MARK A | W | V | 87.00 2006/01/30 |
| MATTHEWS, EDWARD J | W | V | 87.00 2006/01/30 |

Veterans on the 2004 Firefighter List By Community – Residents Only
Race, Exam Score and Appointment      Schedule A - #2

```
VETERANS ON THE 2004 FIREFIGHTER LIST

FOSTER,CHIQUITA               B  V   87.00
SANTRY,THOMAS C               W  V   87.00
FORLANO,VITO A                W  V   87.00
VIOLA,LINO C                  W  V   87.00  2006/01/30
MENARD,DOUGLAS P              W  V   87.00  2006/01/30
BLAIR,SHANNON                 B  V   87.00
GREATOREX,JAMES P             W  V   87.00  2006/01/30
MCIRNEY,PAUL J                W  V   87.00  2006/01/30
TOLAND,KEVIN G                W  V   87.00
MELSON,JOHN B                 W  V   86.00
MCMANUS,BRIAN B               W  V   86.00
DRISCOLL,MATTHEW J            W  V   86.00
WADE,DAVID                    B  V   85.00  2006/01/30
DONNELLY,SEAN P               W  V   85.00  2006/01/30
GUERARD,MATTHEW S             W  V   85.00
MURPHY,DANIEL J               W  V   85.00  2006/01/30
GRANDFIELD,ROBERT E           W  V   84.00  2006/01/30
MCDEVITT,DANIEL P             W  V   84.00  2006/01/30
SAUNDERS,CHRISTOPH B          W  V   84.00
MAHER,RYAN F                  W  V   84.00
FILIPE,SHAUN G                   V   83.00
LORING,PAUL P                 W  V   83.00
MAHONEY,DAVID P               W  V   83.00
DAVIAU,JEREMY R               W  V   83.00
KANE,KEVIN J                  W  V   82.00
KRUGER,BRIAN D                A  V   82.00
CHRISTOPHER,JAMES M           W  V   82.00
KANE,MICHAEL J                I  V   82.00
LYNCH,DANIEL T                W  V   81.00
CONCEPCION,DENNIS             H  V   81.00
SANCHEZ,DAVID D               H  V   81.00
BARBOZA,TYRAUN L              B  V   80.00
HUGHES,JAMES R                W  V   80.00
ACHILLES,BRENT K              B  V   80.00
COOK,PATRICK J                W  V   79.00
HARTFORD,KEVIN L              W  V   79.00
DELVALLE,JOSUE                H  V   79.00
GRIFFIN,JOHN P                W  V   79.00
CONNOLLY,TIMOTHY P            W  V   79.00
SHEEHAN,BRENDAN T             W  V   79.00
VASS,CASLEY                   B  V   79.00
PILWAH,MOHAN R                W  V   79.00
CONNOLLY,MICHAEL J            W  V   79.00
REARDON,DANIEL E              W  V   78.00
WYMAN,ANDREW G                W  V   77.00
TURKO,ANDREW M                W  V   77.00
LOUISON,ANNTONETT M           B  V   77.00
DONAHOE,DANIEL B              W  V   76.00
FOLEY,DAVID G                 W  V   76.00
MALONE,PATRICK J              B  V   75.00
GREALISH,GERRY                W  V   75.00
BOWDEN,MARCUS                 B  V   75.00
```

- 6 -

**Veterans on the 2004 Firefighter List By Community – Residents Only**
**Race, Exam Score and Appointment     Schedule A - #2**

VETERANS ON THE 2004 FIREFIGHTER LIST

| | | | |
|---|---|---|---|
| MCPHERSON, GREGORY A | B | V | 74.00 |
| BYKOWSKI, JOSEPH M | W | V | 73.00 |
| SEALES, DAVID L | B | V | 73.00 |
| RAMOS, RAFAEL A | H | V | 72.00 |

BOURNE

| | | | |
|---|---|---|---|
| DONOVAN, WILLIAM F | W | V | 92.00 |
| KENNEDY, JEFFREY S | W | V | 91.00 |
| COSTER, JON C | W | V | 88.00 |
| WADE, AMY E | W | V | 84.00 |

BROCKTON

| | | | | |
|---|---|---|---|---|
| O'REILLY, CHRISTOPH M | W | DV | 92.00 | |
| BELLAO, SHAUN P | W | DV | 90.00 | |
| MANNING, DAVID M | W | V | 96.00 | |
| CARPENTER, WILLIAM G | W | V | 96.00 | |
| FOYE, DANIEL JAMES | W | V | 95.00 | 2005/05/11 |
| ESTRADA, ELPIDIO | H | V | 95.00 | 2005/05/11 |
| ELEYI, ELISHA C | B | V | 95.00 | 2005/05/11 |
| BILLS, FRANCIS J | W | V | 94.00 | |
| MCDONOUGH, JOSEPH A | W | V | 93.00 | |
| DWYER, KEVIN M | W | V | 93.00 | |
| LACOUTURE, TIMOTHY J | | V | 92.00 | |
| MCCONNELL, WILLIAM M | W | V | 92.00 | |
| RIOS, JUAN R | H | V | 91.00 | 2005/05/11 |
| GRAHAM, MATTHEW R | W | V | 91.00 | |
| ALBANESE, PAUL A | W | V | 91.00 | |
| FERNALD, MATTHEW L | W | V | 90.00 | |
| PIERCE, STEVEN B | W | V | 89.00 | |
| HUNT, JOSEPH J | W | V | 88.00 | |
| ANASTOS, STEVEN P | W | V | 87.00 | |
| LOPES, MARK C | W | V | 85.00 | |
| OCAMPO, ALEJANDRO | H | V | 83.00 | |
| PERRV, ROBERT K | W | V | 81.00 | |
| MURPHYJR, TIMOTHY J | W | V | 79.00 | |
| PHILLIPS, MICHAEL R | W | V | 78.00 | |

BROOKLINE

| | | | |
|---|---|---|---|
| RADFORD, RICH F | W | V | 97.00 |

BURLINGTON

| | | | | |
|---|---|---|---|---|
| BOUCHER, JEFFREY A | W | V | 96.00 | 2006/01/31 |
| HOLEY, ERIC M | W | V | 75.00 | 2005/11/22 |

CAMBRIDGE

| | | | |
|---|---|---|---|
| PICARDI, MICHAEL A | W | DV | 95.00 |
| THOMPSON, STEPHEN B | W | DV | 93.00 |

# Exhibit C

TITLE CODE:   0081A
CERTIFICATION NUMBER:    260302
BOSTON FIRE DEPARTMENT

KEVIN P. MACCURTAIN - COMMISSI
BOSTON FIRE DEPARTMENT
115 SOUTHAMPTON ST
BOSTON 02118

DATE: 04/21/2006    PAGE: 1



**LOCATION:**  BOSTON
ADD'L NAMES 50 PERMANENT FULL-TIME FIREFIGHTERS
SELECTION MUST BE OF   50 OF THE FIRST   101 HIGHEST WHO WILL ACCEPT

| | Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Rank | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|---|
| RESIDENT  CONNOLLY,PATRICK H      *  38 DOW ROAD WEST ROXBURY 02132  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| RESIDENT  HUTCHINSON,MATTHEW      *  26 WINDGATE ROAD HYDE PARK 02136  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| RESIDENT  LEONARD,MICHAEL J      *  21 SACKVILLE ST #1 CHARLESTOWN 02129  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| RESIDENT  GREALISH,GERRY L      *  101 WALANUT ST DORCHESTER 02122  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | TIE  Applicant's Signature:- | | | | | | | |
| RESIDENT  MALONE,PATRICK J      *  63 SUMMIT ST. HYDE PARK 02136  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | TIE END  Applicant's Signature:- | | | | | | | |
| RESIDENT  MCPHERSON,GREGORY A      *  114 DAVISON STREET #2 HYDE PARK 0213  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| RESIDENT  BYKOWSKI,JOSEPH M      *  3 PHYLLIS ROAD FOXBORO 02035  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | TIE  Applicant's Signature:- | | | | | | | |
| RESIDENT  SEALES,DAVID L      *  12 WHEATLANDAVE #2 DORCHESTER 02124  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | TIE END  Applicant's Signature:- | | | | | | | |
| RESIDENT  DEFORGE,GEOFFREY G      *  65 PARK ST WEST ROXBURY 02132  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| RESIDENT  CHIODETTI,WILLIAM A  183 W. CANTON STREET   B BOSTON 0211  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | TIE  Applicant's Signature:- | | | | | | | |
| RESIDENT  HOLLIEN,FREDERICK J  9 MILTON DORCHESTER 02124  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | TIE  Applicant's Signature:- | | | | | | | |
| RESIDENT  NOTO,THOMAS J  565 EAST SEVENTH ST #2 BOSTON 02127  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | TIE END  Applicant's Signature:- | | | | | | | |

**SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS AND LEGEND AND APPOINTING AUTHORITY'S SIGNATURE**

TITLE CODE: 0081A
CERTIFICATION NUMBER: 26030
BOSTON FIRE DEPARTMENT

DATE: 04/21/2006    PAGE: 2

KEVIN P. MACCURTAIN - COMMISSI
BOSTON FIRE DEPARTMENT
115 SOUTHAMPTON ST
BOSTON 02118

**LOCATION:** BOSTON
ADD'L NAMES 50 PERMANENT FULL-TIME FIREFIGHTERS
SELECTION MUST BE OF    50 OF THE FIRST    101 HIGHEST WHO WILL ACCEPT

| | Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Rank | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Applicant Status | | |
| RESIDENT  APPEL,BRIAN J  31 EASTBURN ST BRIGHTON 02135 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  BARRY,ERIC  300 COMMERCIAL ST #413 BOSTON 02109 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  COLBY,SEAN J  50 SUMMER STREET HYDE PARK 02136 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  DOHERTY,ANDREW  452 EAST 8TH STREET #1 BOSTON 02127 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  FERRARO,MICHAEL P  19 LANGLEY RD-1ST FLOOR BRIGHTON 021 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  LORENZ,FREDERICK D  3 SHORT ST PLACE CHARLESTOWN 02129 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  MCCAFFREY,MATTHEW J  7 HENSHAW TERRACE WEST ROXBURY 02132 | | TIE END | | | | | | ☐ |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  BERNHARD,JAMES A  15 BRADBURY ALLSTON 02134 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  BROOKS,JAMES J  86 BAXTER #2 BOSTON 02127 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  BROOKS,JOHN J  86 BAXTER #2 BOSTON 02127 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  BROWN,KEVIN C  19 FOREST STREET ROXBURY 02119 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |
| RESIDENT  CHERRY,THOMAS J  62 "O" STREET #3 BOSTON 02127 | | TIE | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment | | Applicant's Signature:- | | | | | | |

SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS AND LEGEND AND APPOINTING AUTHORITY'S SIGNATURE

03A/AG-03/06

0081A                                                    DATE: 04/21/2006    PAGE: 3
ATION NUMBER:    26030                    KEVIN P. MACCURTAIN - COMMISSI
BOSTON FIRE DEPARTMENT                    BOSTON FIRE DEPARTMENT
                                          115 SOUTHAMPTON ST
                                          BOSTON 02118

**LOCATION:**  BOSTON
ADD'L NAMES 50 PERMANENT FULL-TIME FIREFIGHTERS
SELECTION MUST BE OF    50 OF THE FIRST    101 HIGHEST WHO WILL ACCEPT

| Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Rank | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|
| **DALY,JAMES A**  RESIDENT  86 PEARL STREET CHARLESTOWN 02129  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **DASEY,BRIAN J**  RESIDENT  129 MILTON STREET DORCHESTER 02124  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **FLAHERTY,TERENCE J**  RESIDENT  838 EAST 5TH STREET BOSTON 02127  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **FOGARTY,MATTHEW J**  RESIDENT  172 L ST. #2 BOSTON 02127  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **JAMES,BRIAN E**  RESIDENT  115 NEEDHAM RD HYDE PARK 02136  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **KENNEDY,MICHAEL R**  RESIDENT  160 BELLEVUE ST. WEST ROXBURY 02132  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **MANN,CHRISTOPH W**  RESIDENT  266 WEST THIRD STRE BOSTON 02127  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **MCKINLEY,CHARLES A**  RESIDENT  6 O'LEARY WAY 83D JAMAICA PLAIN 0213  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **MCLACHLAN,JOHN P**  RESIDENT  76 ALBAN ST. DORCHESTER 02124  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **NEE,BRIAN J**  RESIDENT  54 CEDAR GROVE ST #1 DORCHESTER 0212  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **NEE,JAMES T**  RESIDENT  194 H STREET #1 BOSTON 02127  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |
| **PHILLIP,TARIK A**  RESIDENT  519 HARRISON AVE D413 BOSTON 02118  ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment  Applicant's Signature:- | TIE | | | | | | |

**Applicant Status**

SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS AND LEGEND AND APPOINTING AUTHORITY'S SIGNATURE

TITLE CODE:    0081A
CERTIFICATION NUMBER:    26030_                KEVIN P. MACCURTAIN - COMMISSI
        BOSTON FIRE DEPARTMENT              BOSTON FIRE DEPARTMENT
                                            115 SOUTHAMPTON ST
                                            BOSTON 02118

DATE: 04/21/2006      PAGE: 4

**LOCATION:**  BOSTON
    ADD'L NAMES 50 PERMANENT FULL-TIME FIREFIGHTERS
    SELECTION MUST BE OF    50 OF THE FIRST    101 HIGHEST WHO WILL ACCEPT

| | Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Rank | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|---|
| | | | | Applicant Status | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | TEEHAN, JOHN D 200 WEST EIGHTH ST SOUTH BOSTON 0212 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | WEBB, NATHANIEL 110 WARREN ST. #17 BRIGHTON 02135 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | WIGHTMAN, DONALD M 48 PARKLAWN RD. WEST ROXBURY 02132 | TIE END Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | CHRISTIAN, JAMES J 1682 COLUMBIA RD BOSTON 02127 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | COLE, MATTHEW E 35 FANEUIL STREET #2 BRIGHTON 02135 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | CONNORS, PATRICK V 16 DURANT WEST ROXBURY 02132 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | GRINKLEY, JONATHAN A 49 MASCOT STREET DORCHESTER 02124 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | HOARD, JOHN J 18 AGAWAM ST DORCHESTER 02122 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | LOVETT, BRENDAN A 24 ELY ROAD DORCHESTER 02124 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | MARTIN, JOHN E 11 LINDEN ST    SIDE DOOR BOSTON 0212 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | MELENDY, DEREK M 49 RUSSELL ST CHARLESTOWN 02129 | TIE Applicant's Signature:- | | | | | | |
| RESIDENT ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | NOTO, ROBERT J 565 EAST SEVENTH ST BOSTON 02127 | TIE Applicant's Signature:- | | | | | | |

**SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS AND LEGEND AND APPOINTING AUTHORITY'S SIGNATURE**

TITLE CODE:    0081A                                                                    DATE: 04/21/2006        PAGE: 5
CERTIFICATION NUMBER:    260302        KEVIN P. MACCURTAIN - COMMISSI
BOSTON FIRE DEPARTMENT                 BOSTON FIRE DEPARTMENT
                                       115 SOUTHAMPTON ST
                                       BOSTON 02118

LOCATION:  BOSTON
    ADD'L NAMES 50 PERMANENT FULL-TIME FIREFIGHTERS
    SELECTION MUST BE OF    50 OF THE FIRST    101 HIGHEST WHO WILL ACCEPT

| | Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Rank | Failed to Respond | Declined Appointment | Other Report (State Below) | Willing to Accept | Selected for Appointment |
|---|---|---|---|---|---|---|---|---|
| **Applicant Status** | | | | | | | | |
| RESIDENT  PERO,CHARLES F  93 HOUGHTON ST DORCHESTER 02122  ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | TIE | | | | | | | |
| RESIDENT  PERRELLI,GREGORY J  44 PRESENTATION RD #1 BRIGHTON 02135  ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | TIE | | | | | | | |
| RESIDENT  REARDON,MATTHEW D  52 GATES STREET BOSTON 02127  ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | TIE | | | | | | | |
| RESIDENT  SHEPPECK,KEEFE  21 WORMWOOD ST. #301 BOSTON 02210  ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | TIE | | | | | | | |
| RESIDENT  TROVATO,STEPHEN J  151 IRVING NORWOOD 02062  ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | TIE | | | | | | | |
| RESIDENT  WHITNEY,LINDA E  12 DEER PATH #6 MAYNARD 01754  ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | TIE | | | | | | | |
| RESIDENT  WOODS,PATRICK J  49 CHAPPIE STREET CHARLESTOWN 02129  ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | TIE END | | | | | | | |
| 0  ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | | | | | | | | |
| 07/14/2006  ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | | | | | | | | |
| ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | | | | | | | | |
| ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | | | | | | | | |
| ☐ I WILL accept the appointment   ☐ I WILL NOT accept the appointment | | | | | | | | |

Each row also contains: **Applicant's Signature:-**

SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS AND LEGEND AND APPOINTING AUTHORITY'S SIGNATURE

# Exhibit D

# City & Region

### THE BOSTON GLOBE SATURDAY, MARCH 19, 2005

## For second year, Boston swears in all-white firefighter class



GLOBE STAFF PHOTO/DAVID L. RYAN

Boston's new firefighters lined up yesterday for their swearing-in ceremony at Florian Hall in Dorchester. Mayor Thomas M. Menino and Fire Commissioner Paul Christian spoke at the ceremony.

Twenty-four new Boston firefighters were sworn in yesterday at Florian Hall in Dorchester. The Fire Academy graduates, including one who is 51 and four in their 40s, are the second all-white class in two years.

Last year, nine white firefighters graduated, officials said. Both classes were party to a 2003 federal appeals court ruling, which said that the Fire Department had achieved racial balance and must abandon its affirmative-action hiring policy.

Mayor Thomas M. Menino and Fire Commissioner Paul Christian spoke at yesterday's ceremony, congratulating the graduates and their families. Both stressed that all recruits passed the department's rigorous training.

"Fires today are more dangerous, believe it or not, than they were 40 years ago," Christian said. "We train for this. . . . That's no small accomplishment."

Six firefighters from Weymouth, two from Chelsea, and two from Scituate also graduated and were honored at the ceremony.

In an interview, Christian said he will not let the court's decision prevent the Fire Department from maintaining diversity. "The Boston Fire Department is going to recruit all across the city," he said. "We're going to take every step to make sure the makeup of the department reflects the city we serve."

SUZANNE SMALLEY