**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Stephen Young
David Conforto
Hillary Schwab**

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

May 31, 2006

**BY ELECTRONIC FILING**
The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

    RE:    Jacob Bradley et al. v. City of Lynn et al.
             U.S. District Court, Civil Action No. 05-CV-10213-PBS

Dear Judge Saris:

    Attached for electronic filing is a response by Dr. Landy to the May 19, 2006, affidavit of Dr. Jacobs submitted by the Commonwealth regarding "drop-out" rates. We understand that you authorized Dr. Landy to respond to Dr. Jacobs' additional testimony by affidavit, rather than our incurring the expense of bringing him back to court for rebuttal testimony. (*See* Day 5 trial transcript, at 108.) The so-called "drop-out" rate issue was raised for the first time on Dr. Landy's last day of testimony, and he did not have an opportunity to respond to Dr. Jacobs' testimony on this issue, which Dr. Jacobs expanded on (beyond, we believe, what the Court authorized him to do) in his 10-page affidavit submitted May 19, 2006.

    In this newly submitted affidavit, Dr. Jacobs has said that the differential "drop-out" rates between white and minority firefighter candidates can account for the observed adverse impact on minority candidates, and he has spent a number of pages discussing the "drop-out" rate issue. However, as described in this response by Dr. Landy, Dr. Jacobs' assertion is simply wrong and is not supported by the data in this case. As Dr. Landy explains here, the differences in "drop-out" rates between white and

74

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

minority candidates is not statistically significant in Boston, and statewide whites actually have had a higher "drop-out" rate than minorities.

    Because of the importance of this issue and the expense of bringing experts back into court to testify (coupled with the fact that this issue emerged late in the trial, and now further in this recent affidavit submitted by Dr. Jacobs, as a new focus in the Commonwealth's case), we request that your Honor allow the plaintiffs to submit this additional affidavit from Dr. Landy.

Sincerely,

Shannon Liss-Riordan

cc:    Ron Kehoe, Esq.
        Nadine Cohen, Esq

74