

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

June 14, 2006

Honorable Patti B. Saris
United States District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

              Re:    Civil Action No. 05-10213
                        <u>Jacob Bradley et al v. City of Lynn et als</u>

Dear Judge Saris:

       You will recall the colloquy at closing arguments as to how many hirings Boston has made from the 2004 list, Exhibit 33-H. Your Honor recalled that there have been three such hirings to date, including one in December 2004. I recalled that there have been only two; that the two hiring dates were June 13, 2005 and January 30, 2006; and that there was no 2004 hiring other than from the "Quinn" list.

       We have searched the evidentiary record and confirmed that there is no evidence of a 2004 Boston hiring from the 2004 list. On its face, Exhibit 33-H shows only two hirings to date in June 2005 and January 2006. There is no exhibit or testimony to the effect that the City of Boston hired in 2004 from the 2004 list. The only Boston hiring in 2004 was from the separate, all-white "Quinn" list. See McNeely testimony, Day 6, at pp.115-116.

       Possibly the court was misinformed by an incorrect statement of counsel at some point in the proceedings, or did not understand that the December 2004 hiring was from the "Quinn" list only. In any event, we think it is important that the court know that the first Boston hiring from the 2004 list was June 13, 2005.

                                                       Respectfully yours,

                                                         s/ Ronald F. Kehoe
                                                         Assistant Attorney General

cc: Counsel of record