# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,<br>          Plaintiffs,<br><br>v.<br><br>CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts,<br>          Defendants,<br><br>BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP,<br>          Intervenors. | Civil Action No. 05-10213-PBS |

_____

## EXHIBIT LIST FOR BENCH TRIAL HELD APRIL 11-14, MAY 3-4, 2006

### Volume I

1. August 30, 2005, Expert Report of Frank J. Landy, Ph.D., including all attachments

2. August 31, 2005, Expert Report of Joel P. Wiesen, Ph.D., including all attachments.

3. November 11, 2005, Expert Report of Frank J. Landy, Ph.D. in response to the October 14, 2005, Expert Report of Rick R. Jacobs, Ph.D.

4. Response to the Commonwealth's Equity Analysis Tables (March 29, 2006, Supplemental Expert Report of Frank J. Landy, Ph.D.)

5. Expert Report Concerning Disparate Impact of the 2004 Firefighter Examination (March 29, 2006, Supplemental Expert Report of Joel P. Wiesen, Ph.D.)

6. Expert Report Concerning Disparate Impact of the 2002 Firefighter Examination (April 6, 2006, Supplemental Expert Report of Joel P. Wiesen, Ph.D.)

7. <u>Boston Chapter, NAACP, Inc. v. Beecher, et al</u>, 371 F. Supp. 507 (D. Mass. 1974) (Civ. Act. Nos. 72-3060-F and 73-269-F)

8. List of Communities Operating Under <u>Beecher</u> Decree

9. Personnel Administration Rules

10. Report on the Proposed Passing Point for the 2002 Entry-Level Firefighter Examination sent to Atty. Toni Wolfman, with all attachments

11. Toni G. Wolfman letter 8/02 to HRD re same  (missing)

12. Report on the Proposed Passing Point for the 2004 Entry-Level Firefighter Examination sent to Atty. Toni Wolfman, with all attachments

**Volume 2**

13. Toni G. Wolfman letter 8/16/04 to HRD re same

14. Firefighter Rankings for the City of Lynn as of January 14, 2005, downloaded from HRD website

15. Excel Spreadsheet:  Firefighter Certs 2002

16. Excel Spreadsheet:  Firefighter Certs 2004

17. Excel Spreadsheet:  Lynn Certs from Nov 1, 2002, List

18. Excel Spreadsheet:  Lynn Certs from Nov 1, 2004, List

19. Key to Civil Service Abbreviations

20. Updated Certification Data for All Communities from 2004 Firefighter Exam (Schedule A - #1)

21. Veterans on the 2004 Firefighter List by Community – Residents Only, Race, Exam Score and Appointment (Schedule A - #2)

22. 2002 Firefighter Exam Data by Community – Residents Only, Numbers of Applicants by Race, Vet Status and Appointments (Schedule A- #3)

23. Veterans on the 2002 Firefighter List by Community – Residents Only, Race and Exam Score (Schedule A - #4)

24. Transcript of the Testimony of Sally McNeely 6/30/05 (with all exhibits)

   24-1. Notice of Deposition

   24-2. Plaintiffs' First Request for Production of Documents to Defendant Commonwealth of Massachusetts, Division of Human Resources

   24-3. Personnel Administration Rules

   24-4. Municipal PAR. 10 Certifications, 1996-2005

   24-5. PAR 10 requests under review

   24-6. Memorandum from Elizabeth A. Dennis, Director, Selection and Validation Group to Robert C. Dumont, Personnel Administrator, 6/16/93

   24-7. Report on the Proposed Passing Point for the Firefighter Entry-Level Written Examination Administered on April 24, 2004

   24-8. Exhibit A – Affidavit #1 of Sally McNeely

   24-9. Public Safety Standings as of January 14, 2005, Firefighter Rankings, Lynn

   24-10. Correspondence and Memoranda to Dr. Joel Wiesen from Catherine S. Cline, Ph.D., Landy Jacobs and Associates, Inc., April 1992

**Volume 3**

25. "Spotlight on the State of New Jersey: New Jersey Incorporates New Technology in Testing of Firefighters," *Mid-Atlantic Personnel Assessment Consortium News*, Spring 2006

26. Expert Report of Rick R. Jacobs 10/14/05

27. Landy, Jacobs & Associates 6/8/92 Massachusetts Firefighter Final Validation Report

28. Firefighter Examination – Municipal Service 4/27/02

29. 2004 Entry Level Firefighter Examination Orientation and Preparation Guide

30. Firefighter Examination – Municipal Service 4/24/04

31. Declaration of Rick R. Jacobs 3/6/06

32. Equity Analysis for 2002 Firefighter Exam, Jacobs' Formula By Community

33. Equity Analysis for 2004 Firefighter Exam, Jacobs' Formula By Community

33A.   State Wide Mean Test Scores by National Origin, 1993-2004 (Landy's graph)

33B.   State Wide Adverse Impact Ratios 2002 (Landy's graph)

33C.   State Wide Adverse Impact Ratios 2004 (Landy's graph)

33D.   Boston Veterans Appointments, 2004 – June 2005/January 2006 (Landy's charts)

33E.   Expert Report on Disparate Impact Among Vets Taking the 2002 Firefighter Examination, Joel P. Wiesen, Ph.D., 4/11/06

33F.   Expert Report on Disparate Impact Among Vets Taking the 2004 Firefighter Examination, Joel P. Wiesen, Ph.D., 4/11/06

33G.   Boston - 2004 appointments, veterans and non-veterans from certification list, 30 additional appointments (Landy chart)

33H.   Applicants on the 2004 Boston Firefighters List

33I.   Jacobs' exhibits re "by jurisdiction versus combined approach" and "veteran status"

33J.   EEOC Q&A #21

33K.   Jacobs' charts re "veteran legacy effect"

33L.   Jacobs' "physical ability testing survey"

33M.   Boston Firefighter Certification List # 260302, Dated 4/11/2006

33N.   Some Nationwide Fire Fighter Selection Systems (compiled by Joel Wiesen, Ph.D., May 2, 2006)

33O.   Partial Information on Fire Fighter Selection Systems for Some Larger Jurisdictions (compiled by Joel Wiesen, Ph.D., May 2, 2006)

33P.   Lynn certification list – 5/4/06

33Q.   Boston certification list – 4/21/06

33R.   Frank J. Landy's Response to the Direct and Cross-Examination Testimony of Dr. Jacobs 5/3/06

33S.   Response of Dr. Rick Jacobs to Testimony and Reports of Dr. Frank Landy and Dr. Joel Wiesen in Bradley v. Lynn

33T.   Frank J. Landy's Response to the Report of Dr. Rick Jacobs of May 19, 2006

33U. Response of Dr. Rick Jacobs to the Report of Dr. Frank Landy of May 31, 2006

34. Affidavit #1 of Sally McNeely 6/6/05

35. Declaration of Marc Chavanne 3/10/06

35B. 1993-1994 Firefighter Physical Abilities Test Comparative Analysis

36. Landy, Jacobs & Associates 12/95 Job Analysis and Physical Fitness Standards Test Development Report

37. SHL USA 6/02 Commonwealth of Massachusetts Entry-Level Firefighter and Police Officer Medical Standards Update Report

38. SHL USA 6/02 Firefighter and Police Officer Job Analysis Report

41. Declaration of Sally McNeely 3/7/06

43. Fire Test Site PAT Summary Report

44. 1993 Firefighter Written Examination Adverse Impact Analysis By Score


Respectfully submitted,

FOR PLAINTIFFS JACOB BRADLEY,
NOAH BRADLEY, KEITH RIDLEY,
and JARED THOMAS,
individually and on behalf of a class of
similarly situated individuals,


/s/ Shannon Liss-Riordan
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO# 640716
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

FOR THE COMMONWEALTH OF MASSACHUSETTS,
DIVISION OF HUMAN RESOURCES; and
RUTH BRAMSON, in her capacity as Personnel
Administrator of the Division of Human Resources
of the Commonwealth of Massachusetts,


<u>/s/ Sookyoung Shin</u>
Ronald F. Kehoe, BBO #264260
Sookyoung Shin, BBO #643713
Attorney General's Office
One Ashburton Place
Boston, MA 02108
(617) 727-2200