AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

Jacob Bradley, et al
V.
City of Lynn, et al

 WITNESS LIST

Case Number:   05-CV-10213-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Lichten, Liss-Riordan, Cohen | Kehoe, Shin |
| TRIAL DATE(S) 4-11, 4-12, 4-13, 4-14, 5-3, 5-4, 6-9 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 4-11-06 4-12-06 | 4-13-06 |   | FRANK J. LANDY |
|   | 1 | 4-13-06 4-14-06 |   |   | RICK JACOBS |
| 2 |   | 5-3-06 |   |   | ELIZABETH DENNIS |
| 3 |   | 5-3-06 |   |   | JOEL WIESEN |
|   | 2 | 5-4-06 |   |   | MARC CHAVANNE |
|   | 3 | 5-4-06 |   |   | SALLY McNEELY |
| 4 |   | 5-4-06 |   |   | KEVIN BRADLEY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages