UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,<br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts,<br>　　　　Defendants,<br><br>BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP,<br>　　　　Interveners. | Civil Action No. 05-10213-PBS |

**JOINT MOTION OF THE PARTIES TO EXTEND TIME FOR FILING PROPOSED REMEDIAL PLAN**

The Plaintiffs, Interveners, and State Defendants jointly move this Court to extend the time for Plaintiffs and Interveners to submit their proposed remedy, from September 7, 2006 to September 15, 2006, and extend the time for Defendants' response from October 5, 2006 until October 20, 2006. This brief extension is necessitated by the vacation schedules of various counsel and parties and will not impact the Court hearing scheduled for October 30, 2006.

Respectfully submitted,

JACOB BRADLEY, NOAH BRADLEY, KEITH RIDDLEY, AND JARED THOMAS

By their attorneys,

*/s/ Shannon Liss-Riordan* (MDS w/auth.)
_____
Harold L. Lichten (BBO #549689)
Shannon Liss-Riordan (BBO #640716)
Alfred Gordon (BBO #630456)
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

NEW ENGLAND AREA CONFERENCE OF THE NAACP AND THE BOSTON SOCIETY OF VULCANS

By their attorneys,

*/s/ Nadine Cohen* (MDS w/auth.)
_____
Nadine Cohen (BBO #090040)
Lawyers' Committee for Civil Rights Under
 Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

*/s/ Mark D. Selwyn*
_____
Mark D. Selwyn (BBO #565595)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION, AND RUTH BRAMSON, in her capacity as Personnel Administrator of the Human Resources Division,

By their attorney,

Thomas F. Riley
Attorney General

*Ronald Kehoe* /MAS w/ust (...)
_____
Ronald F. Kehoe (BBO #264260)
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: September 7, 2006