**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Hillary Schwab**
Maydad D. Cohen

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
Of COUNSEL

October 27, 2006

**BY ELECTRONIC FILING**
The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

      RE:   <u>Jacob Bradley et al. v. City of Lynn et al.</u>
             U.S. District Court, Civil Action No. 05-CV-10213-PBS

Dear Judge Saris:

      Plaintiffs and Interveners are now filing an Amended Proposed Remedial Order which removes the provisions seeking a method for relief related to the 2006 firefighter examination (portions of Section C). Plaintiffs and Interveners have spent a great deal of time in recent negotiations with the Commonwealth but have been unable to reach agreement on the Commonwealth's 2006 exam and selection process. It is clear that the 2006 exam will require another trial, and the adjudication of that portion of this case should not delay finality with respect to the portion of the case that has already been tried. The amended proposed order therefore contains a provision for the entry of separate and final judgment with respect to the 2002 and 2004 firefighter exams.

      The plaintiffs want to reiterate that, while we want a prompt adjudication of our challenge to the 2006 exam, we are not seeking any delay in hiring from the 2006 exam.

      The only other change in this amended proposed order is the deletion of references to emotional distress damages, which the plaintiffs recognize are unavailable under federal law in a disparate impact case.

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

      With respect to attorneys' fees and costs, Plaintiffs and Interveners provided the Commonwealth with billing and expense records with the hope that the parties could resolve the amount of fees and costs by agreement, but the Commonwealth has given us no response.

      As you can see from the submissions, the parties' proposals for a remedy are very far apart. We are happy to discuss at the hearing on Monday the differences between the proposals and address any questions the Court may have.

                              Sincerely,

                              Shannon Liss-Riordan

cc:    Ron Kehoe, Esq.
        Nadine Cohen, Esq