UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
JACOB BRADLEY, et al.,                      )
          Plaintiffs,                       )
                                            )
v.                                          )   Civil Action No. 05-10213-PBS
                                            )
CITY OF LYNN, et al.,                       )
                                            )
                                            )
BOSTON SOCIETY OF THE VULCANS, et al.,      )
          Interveners                       )
_____ )

**PLAINTIFFS' ASSENTED-TO MOTION FOR
AN EXTENSION OF TIME TO FILE POST-HEARING BRIEFS
RELATING TO REMEDY AND ATTORNEYS' FEES**

Now come the Plaintiffs in the above-captioned matter and hereby move for a two-day extension of time to file post-hearing briefs relating to remedy and attorneys' fees. The Plaintiffs move to extend the current due date from November 13, 2006, by two days to **Wednesday, November 15, 2006**. Counsel for the Commonwealth Defendants has assented to this request.

                                    Respectfully submitted,

                                    JACOB BRADLEY, NOAH BRADLEY,
                                    KEITH RIDLEY, and JARED THOMAS,

                                    By their attorneys,


                                    ___/s/ Alfred Gordon_____
                                    Harold L. Lichten, BBO # 549689
                                    Shannon Liss-Riordan, BBO # 640716
                                    Alfred Gordon, BBO # 630456
                                    Pyle, Rome, Lichten, Ehrenberg
                                    & Liss-Riordan, P.C.
                                    18 Tremont Street, Suite 500
                                    Boston, MA 02108
Date: November 4, 2005              (617) 367-7200

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served on the attorneys of record for each party by electronic notice on November 13, 2006.

                                                       ___/s/ Alfred Gordon_____
                                                       Alfred Gordon