UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                   )
JACOB BRADLEY, et al.,                             )
       Plaintiffs,                               )
                                                   )
v.                                                 )  Civil Action No. 05-10213-PBS
                                                   )
CITY OF LYNN, et al.,                              )
                                                   )
                                                   )
BOSTON SOCIETY OF THE VULCANS, et al.,             )
       Interveners                               )
_____)

**PLAINTIFFS' ASSENTED-TO MOTION FOR
AN EXTENSION OF TIME TO FILE POST-HEARING BRIEFS
RELATING TO REMEDY AND ATTORNEYS' FEES**

     Now come the Plaintiffs in the above-captioned matter and hereby move for a one-day extension of time to file post-hearing briefs relating to remedy and attorneys' fees. The Plaintiffs move to extend the current due date from November 15, 2006, by one day to **Thursday, November 16, 2006**. Counsel for the Commonwealth Defendants has assented to this request.

                              Respectfully submitted,

                              JACOB BRADLEY, NOAH BRADLEY,
                              KEITH RIDLEY, and JARED THOMAS,

                              By their attorneys,


                              ___/s/ Alfred Gordon_____
                              Harold L. Lichten, BBO # 549689
                              Shannon Liss-Riordan, BBO # 640716
                              Alfred Gordon, BBO # 630456
                              Pyle, Rome, Lichten, Ehrenberg
                              & Liss-Riordan, P.C.
                              18 Tremont Street, Suite 500
                              Boston, MA 02108
Date: November 15, 2005           (617) 367-7200

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served on the attorneys of record for each party by electronic notice on November 15, 2006.

                                      ___/s/ Alfred Gordon_____
                                      Alfred Gordon