

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

November 16, 2006

Honorable Patti B. Saris
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    RE:    **Jacob Bradley, et al. v. City of Lynn, et al.**
             C.A. No. 05-10213-PBS

Dear Judge Saris:

    At the October 30 remedy hearing, Your Honor requested that HRD provide the Court with data regarding the racial makeup of the applicant pool for entry-level firefighter positions in the Commonwealth. Attached as Exhibit A is a chart showing those statewide statistics. We recall that Your Honor also requested figures regarding the applicant pool in Boston specifically. Those figures are attached as Exhibit B.

    At this time HRD does not have any changes to its remedy proposal, filed on October 20, 2006 (Paper No. 132). As Your Honor will recall, at the October 30 hearing, plaintiffs voiced several objections to HRD's proposal, many of which raised new issues that were not addressed during trial. Plaintiffs have filed a legal memorandum today discussing those issues. Upon review of plaintiffs' submission, HRD will file a response as expeditiously as possible and will also submit a revised remedy proposal, if appropriate.

                                      Very truly yours,

                                        Ronald F. Kehoe
                                        Sookyoung Shin
                                        Assistant Attorneys General
                                        Government Bureau
                                        (617) 727-2200, ext. 3221 (Kehoe)
                                                        ext. 2052 (Shin)

cc:    Counsel of record

# EXHIBIT A

Statewide FF Statistics

|  | Population 2000 Census | Applicants 2002 | Applicants 2004 | Applicants 2006 |
|---|---|---|---|---|
| **Black** | 5.4% | 8.4% | 6.7% | 6.9% |
| **Latino** | 6.8% | 7.4% | 5.7% | 6.3% |
| **White** | 84.5% | 82.9% | 82.7% | 84.9% |
| **Other** | 3.3% | 1.3% | 4.9% | 1.9% |

# EXHIBIT B

Boston FF Recruitment Stats

| **Boston** | Population 2000 Census | Population 2005 Projection | Applicants 2002 | Applicants 2004 | Applicants 2006 |
|---|---|---|---|---|---|
| Black | 25.3% | 24.6% | 29.1% | 25.3% | 26.1% |
| Latino | 14.4% | 14.7% | 11.0% | 10.6% | 11.0% |
| White | 54.5% | 55.3% | 57.8% | 62.5% | 60.8% |
| Other | 5.8% | 5.4% | 2.1% | 1.6% | 2.1% |

11/16/2006