## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Hillary Schwab**
Maydad D. Cohen

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

November 16, 2006

**BY ELECTRONIC FILING**
The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

RE: Jacob Bradley et al. v. City of Lynn et al.
U.S. District Court, Civil Action No. 05-CV-10213-PBS

Dear Judge Saris:

We just received Attorney Kehoe's letter requesting time to file a response to the plaintiffs' memorandum filed today regarding the remedy in this case. It was our understanding from the last hearing that both sides were to file any memoranda simultaneously regarding their differences on the proposed remedies. Nevertheless, we do not object to the Commonwealth being permitted to file a reply to our memorandum within the next couple of days.

Sincerely,

Shannon Liss-Riordan

cc: Ron Kehoe, Esq.
Nadine Cohen, Esq

74