UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACOB BRADLEY, *et al.*,

        Plaintiffs,

    v.

CITY OF LYNN, *et al.*,

        Defendants.

CIVIL ACTION
NO. 05-10213-PBS

**STATE DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME FOR FILING RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

The State defendants hereby move to extend the time for filing their opposition to plaintiffs' Motion for Attorneys' Fees and Costs, filed on November 16, 2006 (Paper No. 139). Specifically, defendants move to extend the due date by 15 days to **December 15, 2006.** This extension is necessary to allow the defendants time to negotiate the issue of fees with plaintiffs' counsel.

This is the first extension requested by defendants. Counsel for plaintiffs assented to this request.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Sookyoung Shin
        Sookyoung Shin
        BBO # 643713
        Assistant Attorney General
        Government Bureau
        One Ashburton Place, Room 2019
        Boston, MA 02108-1698

Dated: November 30, 2006        (617) 727-2200, ext. 2052

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on December 1, 2006.

                                                /s/ Sookyoung Shin
                                                Sookyoung Shin
                                                Assistant Attorney General