UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LYNN, *et al.*,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-10213-PBS |

### STATE DEFENDANTS' SECOND MOTION TO ENLARGE TIME FOR FILING RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

The State defendants hereby move to extend the time for filing their opposition to plaintiffs' Motion for Attorneys' Fees and Costs, filed on November 16, 2006 (Paper No. 139). Specifically, defendants move to extend the due date to **January 8, 2007.** In support of the motion, the defendants state that an extension is necessary so that they may continue their negotiations over the issue of fees with plaintiffs' counsel.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: December 15, 2006

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on December 15, 2006.

    /s/ Sookyoung Shin
    Sookyoung Shin
    Assistant Attorney General