UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LYNN, *et al.*,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 05-10213-PBS |

**STATE DEFENDANTS' MOTION TO ENLARGE TIME FOR FILING
RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

　　The State defendants hereby move to extend the time for filing their opposition to plaintiffs' Motion for Attorneys' Fees and Costs, filed on November 16, 2006 (Paper No. 139). Specifically, defendants move to extend the due date to **January 29, 2007.** In support of the motion, the defendants state that an extension is necessary because they are still actively considering their position on settlement, which remains undecided.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　 /s/ Sookyoung Shin
　　　　　　　　　　　　　　　　　　　Sookyoung Shin, BBO # 643713
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Government Bureau
　　　　　　　　　　　　　　　　　　　One Ashburton Place, Room 2019
　　　　　　　　　　　　　　　　　　　Boston, MA 02108-1698
Dated: January 8, 2007　　　　　　　　(617) 727-2200, ext. 2052

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on January 9, 2007.

                                            /s/ Sookyoung Shin
                                            Sookyoung Shin
                                            Assistant Attorney General