UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LYNN, *et al.*, <br><br> Defendants. | CIVIL ACTION <br> NO. 05-10213-PBS |

**STATE DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME FOR FILING RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

The State defendants hereby move to extend the time for filing their opposition to plaintiffs' Motion for Attorneys' Fees and Costs, dated November 16, 2006 (Paper No. 139). Specifically, defendants move to extend the due date to **February 28, 2007.** In support of the motion, the defendants state that an extension is necessary because they are still actively considering their position on settlement, which remains undecided. Plaintiffs' counsel have assented to this request.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: January 29, 2007

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on January 29, 2007.

    /s/ Sookyoung Shin
    Sookyoung Shin
    Assistant Attorney General