

**THE COMMONWEALTH OF MASSACHUSETTS**
**OFFICE OF THE ATTORNEY GENERAL**
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

MARTHA COAKLEY  (617) 727-2200
ATTORNEY GENERAL  www.ago.state.ma.us

February 5, 2007

Honorable Patti B. Saris
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    **RE:**   **Jacob Bradley, et al. v. City of Lynn, et al.**
           **C.A. No. 05-10213-PBS**

Dear Judge Saris:

    Pursuant to Section D of Your Honor's December 6, 2006, Remedial Order (Paper No. 144), the State defendants hereby submit their firefighter Recruitment Work Plan, to be implemented in conjunction with the 2008 firefighter examination.

                Very truly yours,

                /s/ Sookyoung Shin

                Ronald F. Kehoe
                Sookyoung Shin
                Assistant Attorneys General
                Government Bureau
                (617) 727-2200, ext. 3221 (Kehoe)
                            ext. 2052 (Shin)

cc:     Counsel of record

**2008 Firefighter Examination**
**Recruitment Work Plan**

| Informational Mailings to Community Organizations | Informational Mailings to Municipalities | Advertisement Strategy And Poster Development | Boston Fire Department (BFD) | Consent Decree (CD) Communities | Reports and Statistics | Regional Recruitment Meetings | Orientation Sessions | College Recruitment |
|---|---|---|---|---|---|---|---|---|
| Hispanic Organizations<br><br>City and Town Libraries<br><br>Minority churches<br><br>NAACP Chapters<br><br>Native American Organizations<br><br>Local Community Organizations<br><br>YMCA/YWCA<br><br>Veteran's Organizations<br><br>Women's Organizations<br><br>Letter to applicants on current Fire Eligible list<br><br>Ongoing promotion of community participation in the recruitment process | Information packages to city/town Personnel Directors<br><br>Information packages to city and town Mayors, Town Managers and Town Clerks<br><br>Information packages to Civil Service Fire Chiefs<br><br>Information packages to Non-Civil Service Fire Chiefs<br><br>**Legislative Mailings**<br><br>Information packages to State Senators and Representatives<br><br>Legislative Black Caucus | Submit poster and Ad copy to Director for approval<br><br>Get printing cost estimates from Central Reproduction for 10,000 English and 5,000 Spanish posters<br><br>Determine start date and publications for print advertising<br><br>Public Service announcement to Community Newspapers, Calendars etc. | Letter from ODG Director to BFD Fire Commissioner to identify HRD's role with BFD<br><br>Schedule meeting with BFD Recruitment Team<br><br>Schedule weekly meetings with BFD starting in November until the end of the campaign<br><br>Participate in BFD sponsored events<br><br>Provide BFD with weekly statistical report on the number applications loaded<br><br>Provide a continuous supply of recruitment materials to BFD | Provide Consent Decree communities with weekly statistical report on applications loaded<br><br>Contact Consent Decree communities weekly and produce report to Director on CD community activities<br><br>Visit each Consent Decree community<br><br>Participate in Consent Decree Community recruitment activities | Run Elypsys statistical reports on Wednesday<br><br>Provide cities and towns with statistics weekly throughout the campaign. | Arrange regional meetings with host communities<br><br>Send letters to city and town Fire chiefs and Human Resources directors inviting them to the regional meeting<br><br>Conduct Regional meetings to be completed by the end of January | Schedule state-wide exam orientation sessions for applicants<br><br>Provide host communities with applicant mailing labels<br><br>Facilitate and lead Firefighter orientation sessions | Obtain web-site addresses of college career centers<br><br>Draft and send letters of introduction, including posters, announcements and applications to college recruitment offices<br><br>Send electronic copy of examination announcement to college career centers<br><br>Participate in college sponsored events |