

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

MARTHA COAKLEY  (617) 727-2200
ATTORNEY GENERAL  www.ago.state.ma.us

March 15, 2007

Honorable Patti B. Saris
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

      RE:    **Jacob Bradley, et al. v. City of Lynn, et al.**
               C.A. No. 05-10213-PBS

Dear Judge Saris:

     Pursuant to this Court's scheduling order of February 7, 2007, the State defendants hereby submit a proposed Rule 58 judgment (Exhibit A), which has been approved by counsel for plaintiffs. Counsel for intervenors has not advised the State defendants of her clients' position.

                                  Very truly yours,

                                  /s/ Sookyoung Shin

                                  Ronald F. Kehoe
                                  Sookyoung Shin
                                  Assistant Attorneys General
                                  Government Bureau
                                  (617) 727-2200, ext. 2619 (Kehoe)
                                                   ext. 2052 (Shin)

cc:     Counsel of record

# **Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACOB BRADLEY, *et al.*,

          Plaintiffs,

    v.

CITY OF LYNN, *et al.*,

          Defendants.

BOSTON SOCIETY OF THE VULCANS and
NEW ENGLAND AREA CONFERENCE OF THE
NAACP,

          Intervenors.

CIVIL ACTION
NO. 05-10213-PBS

## JUDGMENT

      This action came on for trial before the Court, Honorable Patti B. Saris, District Judge, presiding, with regard to whether the entry-level firefighter examinations used in 2002 and 2004 by the State defendants, the Commonwealth of Massachusetts, Human Resources Division, and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division, violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and the federal consent decree in Boston Chapter, NAACP, Inc. v. Beecher, 371 F. Supp. 507 (D. Mass. 1974).  The issues having been duly tried and decisions on liability and remedy having been duly rendered, and the Court having found pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay in entering final judgment as to the firefighter claims involving the State defendants only,

It is hereby Ordered and Adjudged that judgment on the firefighter claims, with respect to the 2002 and 2004 examinations, shall enter for the plaintiffs and against the State defendants, and relief shall be granted as set forth in the Court's December 6, 2006, Remedial Order.

Dated at Boston, Massachusetts, this _____ day of _____, 2007.

_____,
Clerk of Court.