UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, <br> KEITH RIDLEY, and JARED THOMAS, <br> individually and on behalf of a class of similarly <br> situated individuals, <br><br>                Plaintiffs, <br><br> v. <br><br> CITY OF LYNN; EDWARD J. CLANCY, JR., <br> in his capacity as Mayor of the City of Lynn; the <br> COMMONWEALTH OF MASSACHUSETTS, <br> DIVISION OF HUMAN RESOURCES; and <br> RUTH BRAMSON, in her capacity as Personnel <br> Administrator of the Division of Human <br> Resources of the Commonwealth of Massachusetts, <br><br>                Defendants. <br><br> BOSTON SOCIETY OF THE VULCANS and <br> NEW ENGLAND AREA CONFERENCE <br> OF THE NAACP, <br><br>                Interveners. | Civil Action No. 05-10213-PBS |

## AFFIDAVIT OF MARK D. SELWYN IN SUPPORT OF INTERVENER'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Mark D. Selwyn, hereby state as follows:

1.    I make this affidavit in support of the motion filed by the Interveners, the Boston Society of the Vulcans ("Vulcans") and the New England Area Conference of the NAACP ("NEAC"), for attorneys' fees and costs. I have personal knowledge of the facts stated herein.

2.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), where I have practiced in litigation since 1994. I am admitted to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, as well as numerous federal courts. I graduated from Harvard College in 1990 and Columbia University School of Law in 1993. From 1993 to 1994, I served as law clerk to the Honorable Naomi Reice Buchwald on the U.S. District Court for the Southern District of New York.

3.      I have co-counseled with lawyers from the Lawyers Committee for Civil Rights Under Law of the Boston Bar Association ("Lawyers Committee") on a variety of matters during my career. In recent years, I have provided assistance to the Lawyers Committee in monitoring compliance with the Consent Decree imposed in *NAACP v. Beecher* lawsuit.

4.      Together with the Lawyers Committee, WilmerHale has represented the Interveners in this action. The work done by counsel for the Interveners in this litigation has included the following:

- planning strategy with members of the Vulcans and NEAC;

- interviewing and selecting experts, and helping to develop their opinions and reports;

- analyzing the opinions and reports of defendants' expert;

- assisting the plaintiffs with legal research in connection with various motions filed by the defendants;

- attending, with their clients, three lengthy mediations sessions, preparing a
mediation memorandum in connection therewith, and advising on various settlement
proposals;

- drafting various motions, including a motion for permanent injunction;

- attending trial, and de-briefing members of the Vulcans and NEAC in
connection therewith;

- assisting with the preparation of post-trial briefing; and

- preparing a recruitment plan, which the Court incorporated as part of its
Remedial Order.

5.      Attached as Exhibit A is a true and accurate summary of the time recorded
by myself and other WilmerHale attorneys working on this matter since May 2005.
Exhibit A is based on contemporaneous records kept during the course of this litigation.  I
believe that all of this time was reasonable and necessary to represent Interveners and
assist Plaintiffs' counsel in successfully litigating this case and achieving the relief
ordered by the Court.  At regular firm billing rates, the value of the services provided by
WilmerHale to the Interveners has been well in excess of $100,000.

6.      WilmerHale undertook its representation of the Interveners on a *pro bono*
basis.  WilmerHale does not seek any award of fees and expenses for itself, and will not
share in any award granted by the Court.  Any such award of fees and expenses would
inure solely to the benefit of the Lawyers Committee.

Signed under the pains and penalties of perjury this 15th day of March 2007.

EXHIBIT  A

| Date | Initials | Name | Hours | Description |
|------|----------|------|-------|-------------|
| 5/7/2005 | 11050 | Mark Selwyn | 0.5 | REVIEW AND REVISE MOTION TO INTERVENE; E-MAILS TO AND FROM MS. COHEN REGARDING SAME |
| 5/10/2005 | 11050 | Mark Selwyn | 0.2 | TELEPHONE FROM, EMAIL FROM MR. COHEN REGARDING CLIENT MEETING; TELEPHONE TO, TELEPHONE FROM MR. DANIELS REGARDING SAME |
| 5/11/2005 | 11050 | Mark Selwyn | 0.5 | EMAIL FROM MS. COHEN REGARDING TESTING EXPERT AND RELATED MATTERS; EMAIL TO MR. DANIELS REGARDING SAME |
| 5/13/2005 | 11050 | Mark Selwyn | 2.2 | PREPARE FOR AND ATTEND MEETING WITH MS. COHEN AT LAWYERS COMMITTEE REGARDING CASE STATUS AND STRATEGY |
| 5/15/2005 | 11050 | Mark Selwyn | 0.7 | MEMORANDUM TO MR. SIGEL REGARDING NEW CASE; TELEPHONE TO MS. COHEN REGARDING MOTION TO INTERVENE |
| 5/17/2005 | 11050 | Mark Selwyn | 0.1 | TELEPHONE FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 5/18/2005 | 11050 | Mark Selwyn | 0.5 | TELEPHONE TO, TELEPHONE FROM, EMAILS TO, EMAILS FROM MS. COHEN REGARDING MOTION TO INTERVENE AND RELATED MATTERS |
| 5/19/2005 | 11050 | Mark Selwyn | 0.1 | LETTER TO MS. MILLER REGARDING ORIGINAL DOCUMENTS |
| 5/23/2005 | 11050 | Mark Selwyn | 1 | EMAILS TO, EMAILS FROM, TELEPHONE FROM MS. COHEN REGARDING MOTION TO INTERVENE; REVIEW AND REVISE SAME |
| 5/25/2005 | 11050 | Mark Selwyn | 0.7 | TELEPHONE TO, TELEPHONE CALLS FROM MS. COHEN |

Lawyers Comm.xls

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| | | | | REGARDING MOTION TO INTERVENE AND OTHER MATTERS |
| 5/26/2005 | 11050 | Mark Selwyn | 0.2 | REVIEW AND REVISE MOTION TO INTERVENE |
| 5/27/2005 | 11050 | Mark Selwyn | 0.1 | EMAIL TO MS. COHEN REGARDING FILING |
| 6/5/2005 | 11050 | Mark Selwyn | 0.2 | REVIEW VARIOUS CORRESPONDENCE AND RELATED MATTERS |
| 6/6/2005 | 11050 | Mark Selwyn | 0.4 | TELEPHONE FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 6/10/2005 | 11050 | Mark Selwyn | 0.5 | REVIEW MOTION FOR JOINDER; TELEPHONE TO, EMAILS TO, EMAILS FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 6/15/2005 | 11050 | Mark Selwyn | 1.1 | CONFERENCE CALL WITH MS. COHEN AND MR. LICHTEN REGARDING CASE STATUS AND STRATEGY; EMAILS TO, EMAILS FROM, TELEPHONE FROM, TELEPHONE TO MS. COHEN REGARDING SAME |
| 6/20/2005 | 11050 | Mark Selwyn | 0.2 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 6/22/2005 | 11050 | Mark Selwyn | 0.3 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 7/7/2005 | 11050 | Mark Selwyn | 0.4 | TELEPHONE CALL TO, TELEPHONE CALL FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY; EMAIL TO MESSRS. NOYES AND GLEASON REGARDING SAME |
| 7/10/2005 | 11050 | Mark Selwyn | 0.5 | REVIEW MOTION PAPERS REGARDING MOTION FOR JUDGMENT ON THE PLEADINGS; EMAIL TO MS. COHEN REGARDING SAME |
| 7/19/2005 | 11050 | Mark Selwyn | 0.2 | REVIEW COURT ORDERS |

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| 7/29/2005 | 11050 | Mark Selwyn | 0.5 | TELEPHONE CALL FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 8/1/2005 | 11050 | Mark Selwyn | 0.8 | REVIEW MOTION PAPERS REGARDING CAMACHO CASE; E-MAIL TO MS. COHEN REGARDING SAME |
| 8/2/2005 | 11050 | Mark Selwyn | 0.6 | CONFERENCE WITH MS. PLATTO REGARDING LEGAL RESEARCH; E-MAILS TO AND FROM MS. COHEN REGARDING SAME |
| 8/2/2005 | 21008 | Christina Marisam | 5 | RESEARCH REGARDING REDACTED |
| 8/3/2005 | 21008 | Christina Marisam | 5 | RESEARCH REDACTED |
| 8/4/2005 | 21008 | Christina Marisam | 6.5 | DRAFT MEMORANDUM REGARDING REDACTED |
| 8/4/2005 | 11050 | Mark Selwyn | 0.1 | EMAILS TO AND FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 8/5/2005 | 11050 | Mark Selwyn | 0.1 | EMAIL FROM MR. PLATTO REGARDING LEGAL RESEARCH |
| 8/5/2005 | 21008 | Christina Marisam | 1.5 | DRAFT AND REVISE MEMORANDUM REGARDING REDACTED |
| 8/8/2005 | 11050 | Mark Selwyn | 0.3 | REVIEW LETTER FROM MR. LICHTEN TO JUDGE SARIS REGARDING MOTION TO DISMISS |
| 8/9/2005 | 11050 | Mark Selwyn | 0.1 | EMAILS TO AND EMAILS FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 8/12/2005 | 11050 | Mark Selwyn | 1.9 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH MR. LICHTEN AND MS. COHEN REGARDING EXPERTS AND RELATED MATTERS |
| 8/13/2005 | 11050 | Mark Selwyn | 0.5 | MEMORANDUM FROM MS. PLATTO REGARDING LEGAL |

RESEARCH

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| 8/15/2005 | 11050 | Mark Selwyn | 0.2 | TELEPHONE CALL FROM MS. COHEN REGARDING EXPERTS; EMAIL TO MR. LICHTEN AND MS. COHEN REGARDING LEGAL RESEARCH |
| 8/17/2005 | 11050 | Mark Selwyn | 0.5 | EMAIL FROM MR. GORDON REGARDING EXPERTS; EMAIL FROM AND TELEPHONE TO MS.COHEN REGARDING SAME |
| 8/19/2005 | 11050 | Mark Selwyn | 0.1 | NUMEROUS EMAILS REGARDING EXPERT WITNESSES |
| 8/23/2005 | 11050 | Mark Selwyn | 3.5 | ATTEND CONFERENCE CALL WITH PROSPECTIVE EXPERTS; E-MAILS TO AND FROM AND TELEPHONE TO MS. COHEN REGARDING SAME |
| 8/24/2005 | 11050 | Mark Selwyn | 0.2 | NUMEROUS E-MAILS (GORDON, LICHTEN, COHEN) REGARDING EXPERT WITNESSES |
| 8/25/2005 | 11050 | Mark Selwyn | 0.2 | TELEPHONE FROM AND E-MAILS TO AND FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 8/26/2005 | 11050 | Mark Selwyn | 0.3 | TELEPHONE FROM AND TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 8/29/2005 | 10100 | Harry Daniels | 2.4 | EMAIL FROM MR. SELWYN; REVIEW FRANK LANDY REPORT |
| 8/31/2005 | 11050 | Mark Selwyn | 0.4 | TELEPHONE FROM MS. COHEN REGARDING EXPERTS |
| 9/6/2005 | 11050 | Mark Selwyn | 1.4 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY; REVIEW EXPERT REPORT OF FRANK LANDY; REVIEW DOCKET |
| 9/7/2005 | 11050 | Mark Selwyn | 0.3 | REVIEW DOCKET |

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 9/8/2005 | Mark Selwyn | 11050 | 1.7 | REVIEW AND REVISE LETTER TO MS. BRAMSON REGARDING POLICE TEST CUT-OFF SCORE; CONFERENCE CALL WITH MR. ALKINS AND MS. COHEN REGARDING SAME |
| 9/9/2005 | Mark Selwyn | 11050 | 1.3 | REVIEW LANDY AND WEISEN EXPERT REPORTS; EMAIL TO MESSRS. NOYES AND GLEASON REGARDING SAME |
| 9/15/2005 | Mark Selwyn | 11050 | 0.5 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 9/16/2005 | Mark Selwyn | 11050 | 0.1 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 9/17/2005 | Mark Selwyn | 11050 | 0.7 | REVIEW TWO EXPERT REPORTS |
| 9/20/2005 | Mark Selwyn | 11050 | 0.6 | TELEPHONE TO, TELEPHONE CALLS FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 9/28/2005 | Mark Selwyn | 11050 | 0.2 | REVIEW DOCKET |
| 10/5/2005 | Mark Selwyn | 11050 | 0.4 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS |
| 10/6/2005 | Mark Selwyn | 11050 | 0.5 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 10/7/2005 | Mark Selwyn | 11050 | 0.6 | TELEPHONE TO MR. GORDON REGARDING EXPERTS; TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 10/11/2005 | Mark Selwyn | 11050 | 0.3 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 11/4/2005 | Mark Selwyn | 11050 | 0.2 | REVIEW PLAINTIFFS' MOTION FOR A PREHEARING |

Lawyers Comm.xls

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| | | | | CONFERENCE |
| 11/8/2005 | 11050 | Mark Selwyn | 1.3 | TELEPHONE TO MS. COHEN RE: CASE STATUS; REVIEW PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED PAPERS; LETTER FROM MR. GORDON RE: WITNESS LIST AND RELATED MATTERS; REVIEW PLAINTIFF'S MOTION IN LIMINE; REVIEW NOTICE OF SCHEDULING CONFERENCE |
| 11/9/2005 | 11050 | Mark Selwyn | 0.5 | PREPARE FOR HEARING, INCLUDING REVIEW OF RECENT FILINGS AND CORRESPONDENCE; EMAIL TO MS. COHEN REGARDING SAME |
| 11/10/2005 | 11050 | Mark Selwyn | 0.6 | TELEPHONE CALLS TO, EMAILS TO MS. COHEN REGARDING PRETRIAL CONFERENCE; REVIEW COURT ORDER |
| 11/11/2005 | 11050 | Mark Selwyn | 0.5 | EMAILS TO, EMAILS FROM MR. GORDON REGARDING EXPERT FEES; REVIEW VARIOUS CORRESPONDENCE; EMAIL TO MR. DANIELS REGARDING MEDIATION |
| 11/14/2005 | 11050 | Mark Selwyn | 0.2 | TELEPHONE FROM, EMAILS TO, EMAILS FROM MS. COHEN REGARDING POTENTIAL MEDIATION |
| 11/15/2005 | 11050 | Mark Selwyn | 0.4 | REVIEW COURT ORDER; NUMEROUS EMAILS WITH MR. GORDON AND MS. COHEN REGARDING MEDIATION; LETTER FROM MR. KEHOE REGARDING SAME |
| 11/16/2005 | 11050 | Mark Selwyn | 0.3 | LETTER FROM MR. KEHOE REGARDING SETTLEMENT MEETING; EMAILS TO, EMAILS FROM MS. COHEN REGARDING SAME |
| 11/17/2005 | 11050 | Mark Selwyn | 0.2 | NUMEROUS EMAILS REGARDING MEDIATION |
| 11/18/2005 | 11050 | Mark Selwyn | 0.2 | REVIEW MOTION |
| 11/21/2005 | 11050 | Mark Selwyn | 0.1 | REVIEW COURT ORDER |

| | | | | |
|---|---|---|---|---|
| 11/29/2005 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING MEDIATION |
| 11/30/2005 | 11050 | Mark Selwyn | 0.4 | TELEPHONE TO MS. COHEN REGARDING MEDIATION AND RELATED MATTERS |
| 12/2/2005 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM MS. COHEN |
| 12/6/2005 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING MEDIATION |
| 12/7/2005 | 11050 | Mark Selwyn | 0.3 | NUMEROUS EMAILS REGARDING MEDIATION |
| 12/8/2005 | 11050 | Mark Selwyn | 1 | REVIEW MEMORANDUM AND ORDER; NUMEROUS EMAILS REGARDING SAME |
| 12/9/2005 | 11050 | Mark Selwyn | 0.6 | TELEPHONE FROM, EMAILS TO, EMAILS FROM MS. COHEN REGARDING MEDIATION AND RELATED MATTERS |
| 12/12/2005 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING LEGAL RESEARCH AND RELATED MATTERS |
| 12/13/2005 | 11050 | Mark Selwyn | 0.5 | TELEPHONE TO MS. COHEN REGARDING MEDIATION AND RELATED MATTERS; LETTER FROM MR. PIERCE REGARDING SAME; NUMEROUS EMAILS REGARDING SAME |
| 12/14/2005 | 11050 | Mark Selwyn | 1.9 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING MEDIATION; CONFERENCE CALL WITH MSES. COHEN AND MILLER AND MR. COFIELD REGARDING MEDIATION STRATEGY |
| 12/15/2005 | 11050 | Mark Selwyn | 1.4 | REVIEW AND REVISE DRAFT MEDIATION MEMORANDUM; NUMEROUS EMAILS REGARDING SAME; TELEPHONE FROM MS. COHEN REGARDING SAME |
| 12/16/2005 | 11050 | Mark Selwyn | 0.9 | REVIEW AND REVISE MEDIATION MEMORANDUM; EMAILS |

| Date | Code | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | TO, EMAILS FROM MS. COHEN REGARDING SAME; REVIEW MOTION TO FILE SUPPLEMENTAL PLEADING |
| 12/18/2005 | 11050 | Mark Selwyn | 10.5 | PREPARE FOR MEDIATION, INCLUDING REVIEW OF DOCUMENTS, AND TRAVEL TO BOSTON FOR SAME; EMAILS TO, EMAILS FROM MS. COHEN REGARDING PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL PLEADING; REVIEW SAME |
| 12/19/2005 | 11050 | Mark Selwyn | 14.9 | PREPARE FOR AND ATTEND MEDIATION; MEETINGS WITH MS. COHEN, MR. COFIELD, AND MS. MILLER; RETURN TRAVEL TO PALO ALTO |
| 12/20/2005 | 11050 | Mark Selwyn | 0.2 | EMAILS TO AND FROM MS. COHEN REGARDING MEDIATION AND RELATED MATTERS |
| 12/22/2005 | 11050 | Mark Selwyn | 0.2 | REVIEW MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING AND SUPPLEMENTAL COMPLAINT |
| 12/23/2005 | 11050 | Mark Selwyn | 0.2 | NUMEROUS EMAILS WITH MR. PIERCE AND MS. COHEN REGARDING MEDIATION |
| 1/5/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM, TELEPHONE TO MS. COHEN REGARDING MEDIATION |
| 1/6/2006 | 11050 | Mark Selwyn | 0.4 | TELEPHONE TO MS. COHEN REGARDING MEDIATION; TELEPHONE TO MR. GORDON REGARDING SAME |
| 1/8/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS FROM MR. GORDON REGARDING MEDIATION |
| 1/9/2006 | 11050 | Mark Selwyn | 0.4 | TELEPHONE TO, EMAIL FROM MS. COHEN REGARDING MEDIATION; EMAILS FROM MR. GORDON REGARDING SAME |
| 1/10/2006 | 11050 | Mark Selwyn | 0.3 | TELEPHONE TO MS. COHEN REGARDING MEDIATION AND RELATED MATTERS; EMAIL TO, EMAIL FROM MR. PIERCE REGARDING SAME |

| 1/11/2006 | 11050 | Mark Selwyn | 1.3 | TELEPHONE CALLS FROM MS. COHEN REGARDING MEDIATION AND RELATED MATTERS; TELEPHONE TO MR. GORDON REGARDING SAME; CONFERENCE CALL WITH DR. WEISEN AND MS. COHEN REGARDING PSYCH TESTING |
| 1/12/2006 | 11050 | Mark Selwyn | 5.6 | PREPARE FOR AND ATTEND MEDIATION (BY TELEPHONE); EMAILS TO, EMAILS FROM, TELEPHONE TO MS. COHEN REGARDING SAME |
| 1/13/2006 | 11050 | Mark Selwyn | 1.2 | TELEPHONE FROM MS. COHEN REGARDING MEDIATION AND RELATED MATTERS; NUMEROUS EMAILS REGARDING SAME; REVIEW ATTACHMENTS THERETO; REVIEW JOINT MOTION AND COURT ORDER |
| 1/19/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING TESTING PROCEDURES |
| 1/20/2006 | 11050 | Mark Selwyn | 0.5 | TELEPHONE FROM MS. COHEN REGARDING RECRUITMENT PLAN AND RELATED MATTERS; REVIEW SAME |
| 1/21/2006 | 11050 | Mark Selwyn | 0.5 | REVIEW AND REVISE PROPOSED RECRUITMENT PLAN; NUMEROUS EMAILS REGARDING SAME |
| 1/24/2006 | 11050 | Mark Selwyn | 0.3 | NUMEROUS EMAILS REGARDING MEDIATION |
| 1/26/2006 | 11050 | Mark Selwyn | 0.4 | TELEPHONE FROM MS. COHEN REGARDING SETTLEMENT AGREEMENT, NUMEROUS EMAILS REGARDING SAME |
| 1/30/2006 | 11050 | Mark Selwyn | 0.7 | REVIEW AND REVISE SETTLEMENT AGREEMENT; TELEPHONE TO MS. COHEN REGARDING SAME; CONFERENCE CALL WITH MR. GORDON AND MS. COHEN REGARDING SAME |
| 1/31/2006 | 11050 | Mark Selwyn | 1.1 | DRAFT SETTLEMENT PROPOSAL; EMAILS TO, EMAILS FROM MS. COHEN REGARDING SAME; TELEPHONE FROM MS. COHEN REGARDING SAME; REVIEW AND REVISE |

SAME

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| 2/1/2006 | 11050 | Mark Selwyn | 0.9 | REVIEW AND REVISE SETTLEMENT AGREEMENT; NUMEROUS EMAILS REGARDING SAME |
| 2/8/2006 | 11050 | Mark Selwyn | 0.3 | NUMEROUS EMAILS REGARDING MEDIATION; TELEPHONE FROM MR. GORDON REGARDING SAME |
| 2/14/2006 | 11050 | Mark Selwyn | 0.5 | TELEPHONE FROM AND TELEPHONE TO MR. NOYES REGARDING SETTLEMENT AGREEMENT; REVIEW AND REVISE SAME |
| 2/15/2006 | 11050 | Mark Selwyn | 0.2 | NUMEROUS EMAILS REGARDING MEDIATION |
| 2/24/2006 | 11050 | Mark Selwyn | 0.4 | TELEPHONE TO MS. COHEN REGARDING MEDIATION; EMAIL TO MR. HEYISON REGARDING ATTORNEYS' FEES |
| 2/27/2006 | 11050 | Mark Selwyn | 0.6 | REVIEW AND REVISE LETTER TO MR. KEHOE REGARDING ATTORNEYS FEES; EMAIL TO MS. COHEN REGARDING SAME; REVIEW CITY'S SETTLEMENT COUNTER-PROPOSAL; TELEPHONE TO MS. COHEN REGARDING SAME |
| 2/28/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL TO MS. COHEN REGARDING MEDIATION |
| 3/1/2006 | 11050 | Mark Selwyn | 0.3 | TELEPHONE TO MS. COHEN REGARDING TRIAL PREPARATION |
| 3/2/2006 | 11050 | Mark Selwyn | 7 | PREPARE FOR AND ATTEND MEDIATION VIA TELEPHONE |
| 3/3/2006 | 11050 | Mark Selwyn | 0.2 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 3/5/2006 | 11050 | Mark Selwyn | 0.2 | REVIEW DOCKET |
| 3/7/2006 | 11050 | Mark Selwyn | 1 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY; NUMEROUS EMAILS (LISS-RIORDAN, |

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| | | | | KEHOE) REGARDING AMENDED COMPLAINT; REVIEW SAME; REVIEW COMMONWEALTH'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND SUPPORTING DECLARATIONS |
| 3/8/2006 | 11050 | Mark Selwyn | 1.7 | REVIEW PROPOSED SECOND SUPPLEMENTAL COMPLAINT; EMAILS TO, EMAILS FROM MS. COHEN REGARDING SAME; EMAILS TO, EMAILS FROM MS. LISS-RIORDAN REGARDING SAME; REVIEW LETTER FROM MS. LISS-RIORDAN TO JUDGE SARIS; REVIEW PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| 3/9/2006 | 11050 | Mark Selwyn | 0.4 | TELEPHONE TO MS. COHEN REGARDING SUMMARY JUDGMENT HEARING AND RELATED MATTERS |
| 3/14/2006 | 11050 | Mark Selwyn | 1.2 | TELEPHONE CALLS FROM AND TELEPHONE TO AND EMAILS TO AND FROM MS. COHEN REGARDING HEARING STRATEGY; CONFERENCE CALL WITH MSES. COHEN AND LISS-RIORDAN REGARDING SAME; REVIEW RECENT FILINGS |
| 3/16/2006 | 11050 | Mark Selwyn | 0.2 | REVIEW PRETRIAL ORDER; EMAILS TO AND FROM MS. COHEN REGARDING SAME |
| 3/17/2006 | 11050 | Mark Selwyn | 0.1 | TELEPHONE TO MS. COHEN REGARDING PRETRIAL ORDER |
| 3/20/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING TRIAL PREPARATION |
| 3/21/2006 | 11050 | Mark Selwyn | 0.5 | CONFERENCE CALL WITH MSES. COHEN AND LISS-RIORDAN AND MR. LICHTEN REGARDING TRIAL PREPARATION; TELEPHONE TO, TELEPHONE FROM MS. COHEN REGARDING SAME |
| 3/22/2006 | 11050 | Mark Selwyn | 2 | DRAFT WITNESS LIST; REVIEW PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION, STATE DEFENDANTS' MEMORANDUM OF |

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| | | | | LAW IN SUPPORT OF MOTION TO DISMISS, STATE DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS, AND STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL COMPLAINT |
| 3/23/2006 | 11050 | Mark Selwyn | 0.5 | REVIEW ASSENTED-TO MOTION TO EXTEND PRETRIAL DEADLINES; EMAIL TO MS. COHEN REGARDING SAME; EMAIL TO MS. COHEN REGARDING WITNESS LIST; TELEPHONE TO MS. COHEN REGARDING TRIAL PREPARATION |
| 3/26/2006 | 11050 | Mark Selwyn | 0.5 | REVIEW HRD REQUESTS |
| 3/27/2006 | 11050 | Mark Selwyn | 0.2 | E-MAILS TO AND FROM MS. COHEN |
| 3/28/2006 | 11050 | Mark Selwyn | 0.4 | E-MAILS TO AND FROM AND TELEPHONE TO MS. COHEN REGARDING TRIAL PREPARATION |
| 3/29/2006 | 11050 | Mark Selwyn | 0.3 | REVIEW AND REVISE WITNESS LIST; TELEPHONE FROM AND E-MAILS TO AND FROM MS. COHEN REGARDING SAME |
| 3/30/2006 | 11050 | Mark Selwyn | 1 | REVIEW STATE DEFENDANTS' PRETRIAL LISTS OF WITNESSES AND EXHIBITS, STATE DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, PLAINTIFFS' MOTION IN LIMINE, PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, PLAINTIFF'S PROPOSED WITNESS LIST |
| 3/31/2006 | 11050 | Mark Selwyn | 0.2 | REVIEW VARIOUS CORRESPONDENCE |
| 4/3/2006 | 11050 | Mark Selwyn | 0.1 | EMAILS TO AND FROM AND TELEPHONE TO MS. COHEN REGARDING TRIAL PREPARATION |
| 4/4/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL FROM MS. LISS-RIORDAN REGARDING TRIAL SCHEDULE |

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| 4/5/2006 | 11050 | Mark Selwyn | 0.1 | E-MAILS TO AND FROM MS. COHEN REGARDING PRETRIAL CONFERENCE |
| 4/6/2006 | 11050 | Mark Selwyn | 0.1 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING TRIAL PREPARATION |
| 4/9/2006 | 11050 | Mark Selwyn | 1.5 | REVIEW DEFENDANTS' TRIAL BRIEF; EMAILS TO, EMAILS FROM MS. COHEN REGARDING SAME; REVIEW PLAINTIFFS' TRIAL BRIEF AND PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS AND WITNESSES |
| 4/10/2006 | 11050 | Mark Selwyn | 1.4 | TELEPHONE TO MS. COHEN REGARDING TRIAL PREPARATION; PREPARE FOR BENCH TRIAL |
| 4/11/2006 | 11050 | Mark Selwyn | 5.8 | PREPARE FOR AND ATTEND BENCH TRIAL (DAY ONE); PRE AND POST TRIAL CONFERENCES WITH MS. COHEN AND CLIENTS |
| 4/12/2006 | 11050 | Mark Selwyn | 6.3 | PREPARE FOR AND ATTEND BENCH TRIAL DAY 2; PRE AND POST TRIAL CONFERENCES WITH MS. COHEN AND CLIENTS |
| 4/13/2006 | 11050 | Mark Selwyn | 6.1 | PREPARE FOR AND ATTEND BENCH TRIAL (DAY 3); POST-TRIAL MEETING WITH CLIENTS |
| 4/14/2006 | 11050 | Mark Selwyn | 5.9 | PREPARE FOR AND ATTEND TRIAL (5,7); NUMEROUS E-MAILS (COHEN, LISS-RIORDAN) REGARDING SAME |
| 4/17/2006 | 11050 | Mark Selwyn | 0.3 | TELEPHONE FROM MS. COHEN REGARDING TRIAL STRATEGY AND RELATED MATTERS |
| 4/18/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING PRELIMINARY INJUNCTION MOTION |

| Date | | Name | Hours | Description |
|---|---|---|---|---|
| 4/19/2006 | 11050 | Mark Selwyn | 0.3 | REVIEW CERTIFICATION LIST; EMAIL TO MS. COHEN REGARDING SAME |
| 4/20/2006 | 11050 | Mark Selwyn | 2.1 | TELEPHONE CALLS TO AND E-MAILS TO AND FROM MS. COHEN REGARDING ADVERSE IMPACT ANALYSIS; REVIEW TRANSCRIPT OF BENCH TRIAL (DAY 4), AND EVALUATE POSSIBLE PRELIMINARY INJUNCTION MOTION |
| 4/21/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO MS. COHEN REGARDING ADVERSE IMPACT ANALYSIS AND RELATED MATTERS |
| 4/24/2006 | 11050 | Mark Selwyn | 1.9 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY; DRAFT MOTION FOR PRELIMINARY RELIEF, AND REVIEW TRIAL TRANSCRIPT IN CONNECTION WITH SAME |
| 4/25/2006 | 11050 | Mark Selwyn | 1.5 | REVIEW AND REVISE MOTION FOR INJUNCTIVE RELIEF; EMAILS TO, EMAILS FROM, TELEPHONE CALLS TO, TELEPHONE FROM MS. COHEN REGARDING SAME |
| 4/26/2006 | 11050 | Mark Selwyn | 4.5 | CONFERENCE CALL WITH MSES. COHEN AND LISS-RIORDAN AND MR. LICHTEN REGARDING MOTION FOR INJUNCTIVE RELIEF; REVIEW AND REVISE SAME, INCLUDING LEGAL RESEARCH RELATING TO RELIEF REQUESTED; NUMEROUS EMAILS WITH MSES. LISS-RIORDAN AND COHEN REGARDING SAME |
| 4/27/2006 | 11050 | Mark Selwyn | 1.5 | REVIEW AND REVISE MOTION FOR INJUNCTIVE RELIEF; TELEPHONE FROM MS. COHEN REGARDING SAME; TELEPHONE TO, EMAILS TO, EMAILS FROM MS. LISS-RIORDAN REGARDING SAME |
| 4/28/2006 | 11050 | Mark Selwyn | 2.3 | TELEPHONE FROM MS. LISS-RIORDAN REGARDING MOTION FOR PRELIMINARY INJUNCTION; REVIEW AND REVISE SAME, INCLUDING FURTHER LEGAL RESEARCH |
| 4/30/2006 | 11050 | Mark Selwyn | 1.2 | REVIEW AND REVISE MEMORANDUM OF LAW IN SUPPORT |

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| | | | | OF MOTION FOR INJUNCTIVE RELIEF, AND CONDUCT LEGAL RESEARCH FOR SAME; EMAIL TO MSES. COHEN AND LISS-RIORDAN REGARDING SAME |
| 5/1/2006 | 11050 | Mark Selwyn | 0.1 | EMAILS TO, EMAILS FROM MS. LISS-RIORDAN REGARDING BRIEF AND RELATED MATTERS |
| 5/2/2006 | 11050 | Mark Selwyn | 5.8 | TELEPHONE TO MS. COHEN REGARDING MOTION FOR INJUNCTIVE RELIEF; TELEPHONE TO MS. LISS-RIORDAN REGARDING SAME; REVIEW AND REVISE SAME; NUMEROUS EMAILS WITH MSES. COHEN AND LISS-RIORDAN REGARDING SAME; TRAVEL TO BOSTON |
| 5/3/2006 | 11050 | Mark Selwyn | 8.6 | PREPARE FOR AND ATTEND BENCH TRIAL (DAY 5); PREPARE FOR DAY 6; TELEPHONE TO AND TELEPHONE FROM MS. COHEN REGARDING SAME; TRAVEL TO BOSTON FOR SAME |
| 5/4/2006 | 11050 | Mark Selwyn | 8.5 | PREPARE FOR AND ATTEND BENCH TRIAL (DAY 6); RETURN TRAVEL TO PALO ALTO, CA |
| 5/8/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING MOTION FOR INJUNCTIVE RELIEF; EMAIL FROM MS. LISS-RIORDAN REGARDING TRIAL EXHIBITS |
| 5/9/2006 | 11050 | Mark Selwyn | 0.4 | TELEPHONE TO MS. COHEN REGARDING MOTION FOR INJUNCTIVE RELIEF; EMAIL TO AND FROM MS. LISS-RIORDAN REGARDING SAME |
| 5/11/2006 | 11050 | Mark Selwyn | 1.5 | TELEPHONE TO, EMAILS TO, EMAILS FROM MS. COHEN REGARDING MOTION FOR INJUNCTIVE RELIEF; REVIEW AND REVISE SAME; EMAIL TO MSES. COHEN AND LISS-RIORDAN REGARDING SAME |
| 5/12/2006 | 11050 | Mark Selwyn | 1.4 | EMAILS TO, EMAILS FROM, CONFERENCE CALL WITH MSES. COHEN AND LISS-RIORDAN REGARDING MOTION FOR INJUNCTIVE RELIEF; REVIEW AND REVISE SAME; |

| Date | | Name | Hours | Description |
|---|---|---|---|---|
| 5/13/2006 | 11050 | Mark Selwyn | 2.9 | CONFERENCE CALL WITH MESSRS. GORDON AND LICHTEN AND MS. LISS-RIORDAN REGARDING POST-TRIAL BRIEF AND RELATED MATTERS |
| | | | | CONDUCT LEGAL RESEARCH RELATED TO POST-TRIAL BRIEF |
| 5/14/2006 | 11050 | Mark Selwyn | 2 | CONDUCT LEGAL RESEARCH RELATED TO POST-TRIAL BRIEF; DRAFT SAME; EMAIL TO MSES. COHEN AND LISS-RIORDAN AND MR. LICHTEN REGARDING SAME |
| 5/15/2006 | 11050 | Mark Selwyn | 1.1 | REVIEW NOTICE OF HEARING; NUMEROUS EMAILS REGARDING SAME; REVIEW TRIAL TRANSCRIPT IN PREPARATION OF POST-TRIAL BRIEF |
| 5/16/2006 | 11050 | Mark Selwyn | 3.4 | REVIEW LETTER FROM MR. LICHTEN TO JUDGE SARIS; EMAILS TO AND FROM MS. COHEN AND TELEPHONE CALL REGARDING SAME; REVIEW TRIAL TRANSCRIPT IN PREPARATION OF POST-TRIAL BRIEF; TELEPHONE FROM MS. LISS-RIORDAN REGARDING MOTION FOR INJUNCTIVE RELIEF; LETTER TO JUDGE SARIS REGARDING SAME; EMAILS TO AND FROM MS. LISS-RIORDAN REGARDING SAME |
| 5/17/2006 | 11050 | Mark Selwyn | 0.8 | NUMEROUS EMAILS (COHEN, LISS-RIORDAN) REGARDING MOTION FOR INJUNCTIVE RELIEF; REVIEW AND REVISE SAME AND SUPPORTING MEMORANDUM OF LAW; REVIEW BOSTON GLOBE ARTICLE; NUMEROUS EMAILS REGARDING SAME |
| 5/18/2006 | 11050 | Mark Selwyn | 0.1 | TELEPHONE FROM AND TELEPHONE TO MR. NOYES REGARDING SETTLEMENT STATUS |
| 5/18/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO AND FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 5/21/2006 | 11050 | Mark Selwyn | 2.6 | REVIEW RESPONSE OF DR. JACOBS TO LANDY AND |

| 5/22/2006 | 11050 | Mark Selwyn | 7.3 | WIESEN REPORTS; REVIEW TRIAL TRANSCRIPT IN PREPARATION OF POST-TRIAL BRIEF (DAYS 2, 5, 6) |
| 5/23/2006 | 11050 | Mark Selwyn | 7.1 | REVIEW TRIAL TRANSCRIPTS; DRAFT POST-TRIAL BRIEF; EMAILS TO, EMAILS FROM MS. COHEN REGARDING SAME; EMAILS TO, EMAILS FROM MS. LISS-RIORDAN REGARDING SAME; BEGIN TRAVEL TO BOSTON (VIA WASHINGTON, DC) |
| 5/24/2006 | 11050 | Mark Selwyn | 4.5 | CONTINUED TRAVEL TO BOSTON (VIA WASHINGTON, DC); EMAILS TO, EMAILS FROM MS. COHEN REGARDING MOTION AND RELATED MATTERS; EMAIL TO MS. LISS-RIORDAN REGARDING POST TRIAL BRIEF |
| 5/25/2006 | 11050 | Mark Selwyn | 7.5 | EMAILS TO, EMAILS FROM, TELEPHONE TO, TELEPHONE FROM MS. COHEN REGARDING MOTION FOR INJUNCTIVE RELIEF; PREPARE FOR ARGUMENT ON SAME, INCLUDING SPEAKING POINTS; REVIEW COMMONWEALTH'S OPPOSITION BRIEF; CONDUCT LEGAL RESEARCH RELATED TO SAME |
| 5/26/2006 | 11050 | Mark Selwyn | 0.1 | PREPARE FOR AND ARGUE MOTION FOR INJUNCTIVE RELIEF; MEETING WITH MSES. COHEN AND LISS-RIORDAN REGARDING SAME; POST-ARGUMENT MEETING WITH NAACP AND VULCANS REGARDING SAME; RETURN TRAVEL FROM BOSTON TO PALO ALTO |
| 5/27/2006 | 11050 | Mark Selwyn | 0.9 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING LEGAL RESEARCH |
| 5/28/2006 | 11050 | Mark Selwyn | 3.4 | STUDY OF LAW REGARDING EIGHTY-PERCENT RULE AND ADVERSE IMPACT |
|  |  |  |  | DRAFT LEGAL SECTION OF POST-TRIAL BRIEF ON ADVERSE IMPACT, AND CONDUCT LEGAL RESEARCH FOR SAME; EMAIL TO MS. LISS-RIORDAN REGARDING SAME |

| 5/30/2006 | 11050 | Mark Selwyn | 0.1 | EMAILS TO MS. LISS-RIORDAN REGARDING POST TRIAL BRIEF |
|---|---|---|---|---|
| 5/31/2006 | 11050 | Mark Selwyn | 0.6 | REVIEW AFFIDAVIT OF ROBERT MORAN; EMAILS TO AND FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY; REVIEW DR. LANDY'S RESPONSE TO THE JACOBS REPORT; LETTER FROM MS. LISS-RIORDAN REGARDING SAME; EMAILS TO AND FROM MS. LISS-RIORDAN REGARDING SAME |
| 6/2/2006 | 11050 | Mark Selwyn | 0.7 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS; REVIEW COURT DECISION DENYING MOTION FOR PRELIMINARY INJUNCTION; EMAIL TO MS. COHEN REGARDING SAME |
| 6/4/2006 | 11050 | Mark Selwyn | 0.3 | EMAILS TO AND FROM MS. COHEN REGARDING PRELIMINARY INJUNCTION MOTION |
| 6/5/2006 | 11050 | Mark Selwyn | 1.5 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH MSES. COHEN AND MILLER AND MR. COFIELD REGARDING CASE STATUS AND STRATEGY; TELEPHONE TO MS. COHEN REGARDING SAME ; REVIEW AFFIDAVIT FROM CITY OF BOSTON |
| 6/6/2006 | 11050 | Mark Selwyn | 0.2 | TELEPHONE TO MS. COHEN REGARDING CLOSE ARGUMENT |
| 6/7/2006 | 11050 | Mark Selwyn | 3.8 | REVIEW PLAINTIFF'S POST TRIAL PROPOSED FINDINGS OF FACT; DRAFT CLOSING ARGUMENT; EMAILS TO AN FROM MS. COHEN REGARDING SAME |
| 6/8/2006 | 11050 | Mark Selwyn | 0.6 | REVIEW AND REVISE CLOSING ARGUMENT; EMAILS TO AND FROM MS. COHEN REGARDING SAME |
| 6/9/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO AND FROM MS. COHEN REGARDING CLOSING ARGUMENTS |
| 6/13/2006 | 11050 | Mark Selwyn | 0.1 | EMAILS TO AND FROM MS. COHEN REGARDING CASE |

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| | | | | STATUS AND STRATEGY |
| 6/14/2006 | 11050 | Mark Selwyn | 0.1 | REVIEW COURT ORDER DENYING COMMONWEALTH'S MOTION TO STRIKE |
| 6/15/2006 | 11050 | Mark Selwyn | 0.4 | REVIEW LETTER FROM COMMONWEALTH REGARDING HIRINGS; REVIEW JACOBS RESPONSE TO THE LANDY REPORT |
| 6/29/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL TO MS. COHEN REGARDING CASE STATUS |
| 7/12/2006 | 11050 | Mark Selwyn | 0.1 | REVIEW COURT ORDERS |
| 7/14/2006 | 11050 | Mark Selwyn | 0.1 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS |
| 7/17/2006 | 11050 | Mark Selwyn | 0.1 | TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 7/18/2006 | 11050 | Mark Selwyn | 0.4 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY; REVIEW AND REVISE LETTER TO MS. WIESE REGARDING CASE |
| 8/8/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO AND FROM MS. COHEN REGARDING COURT DECISION AND RELATED MATTERS |
| 8/9/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO AND FROM MS. COHEN REGARDING REMEDY ISSUES |
| 8/10/2006 | 11050 | Mark Selwyn | 1.7 | TELEPHONE CALLS FROM AND TELEPHONE TO MS. COHEN REGARDING CASE STATUS AND STRATEGY; CONFERENCE CALL WITH MR. COFIELD AND MSES. MILLER AND COHEN REGARDING SAME; REVIEW JUDGE SARIS' MEMORANDUM AND ORDER; NUMEROUS EMAILS REGARDING SAME |
| 8/11/2006 | 11050 | Mark Selwyn | 0.9 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH CLIENTS AND MSES. COHEN AND LISS-RIORDAN AND |

|  |  |  | MR. LICHTEN REGARDING REMEDY ISSUES |
|---|---|---|---|
| 8/13/2006 | 11050 | Mark Selwyn | 1.2 | REVIEW JUDGE SARIS' MEMORANDUM AND ORDER |
| 8/16/2006 | 11050 | Mark Selwyn | 0.3 | REVIEW AND REVISE LETTER TO MS. WEISE; NUMEROUS EMAILS REGARDING SAME |
| 8/16/2006 | 11050 | Mark Selwyn | 0.4 | EMAILS TO AND FROM MS. COHEN REGARDING VARIOUS MATTERS; REVIEW AFFIDAVIT OF ROBERT MORAN |
| 8/22/2006 | 11050 | Mark Selwyn | 0.3 | REVIEW PROPOSED RECOMMENDATION |
| 9/4/2006 | 11050 | Mark Selwyn | 0.4 | REVIEW AND REVISE PROPOSED REMEDIAL ORDER |
| 9/5/2006 | 11050 | Mark Selwyn | 0.2 | TELEPHONE TO MS. COHEN REGARDING STATUS AND STRATEGY |
| 9/6/2006 | 11050 | Mark Selwyn | 0.3 | NUMEROUS EMAILS (COHEN, LISS-RIORDAN) REGARDING REMEDY PROPOSAL (.2); TELEPHONE TO MS. COHEN REGARDING SAME (.1) |
| 9/7/2006 | 11050 | Mark Selwyn | 0.4 | NUMEROUS EMAILS REGARDING MOTION TO EXTEND; REVIEW AND REVISE SAME |
| 9/11/2006 | 11050 | Mark Selwyn | 0.1 | REVIEW COURT ORDERS |
| 9/12/2006 | 11050 | Mark Selwyn | 0.2 | EMAILS TO AND FROM MS. COHEN REGARDING CONSENT DECREE; EMAIL FROM MS. LISS-RIORDAN REGARDING REMEDY |
| 9/14/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL FROM MS. LISS-RIORDAN REGARDING DRAFT REMEDY PLAN |
| 9/15/2006 | 11050 | Mark Selwyn | 0.4 | REVIEW AND REVISE PROPOSED REMEDIAL ORDER; TELEPHONE TO AND EMAIL FROM MS. COHEN REGARDING SAME |

| | | | | |
|---|---|---|---|---|
| 9/17/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL TO MS. COHEN REGARDING MEETING WITH CITY OF BOSTON |
| 9/22/2006 | 11050 | Mark Selwyn | 0.2 | TELEPHONE FROM AND TELEPHONE TO MS. COHEN REGARDING CASE STRATEGY AND STATUS |
| 9/25/2006 | 11050 | Mark Selwyn | 0.1 | EMAILS TO AND FROM MS. COHEN REGARDING SETTLEMENT MEETING |
| 9/28/2006 | 11050 | Mark Selwyn | 0.1 | EMAILS TO AND FROM MS. COHEN REGARDING SETTLEMENT MEETING |
| 9/29/2006 | 11050 | Mark Selwyn | 0.2 | TELEPHONE FROM MS. COHEN REGARDING VARIOUS MATTERS |
| 10/1/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL TO MS. COHEN REGARDING SETTLEMENT MEETING |
| 10/3/2006 | 11050 | Mark Selwyn | 0.6 | TELEPHONE TO, EMAILS TO, EMAILS FROM MS. COHEN REGARDING SETTLEMENT STRATEGY AND RELATED MATTERS |
| 10/4/2006 | 11050 | Mark Selwyn | 0.2 | TELEPHONE FROM MS. COHEN REGARDING CASE STATUS AND STRATEGY |
| 10/6/2006 | 11050 | Mark Selwyn | 0.1 | REVIEW LETTER FROM MS. COHEN TO MR. KEHOE REGARDING ATTORNEYS' FEES |
| 10/9/2006 | 11050 | Mark Selwyn | 0.5 | EMAIL FROM MS. COHEN REGARDING ADVERSE IMPACT ANALYSIS (2006 FIRE FIGHTER EXAM); STUDY DATA REGARDING SAME ; TELEPHONE CALLS TO MS. COHEN REGARDING SAME |
| 10/10/2006 | 11050 | Mark Selwyn | 0.3 | EMAILS TO AND FROM AND TELEPHONE TO MS. COHEN REGARDING SETTLEMENT STRATEGY |
| 10/11/2006 | 11050 | Mark Selwyn | 0.4 | TELEPHONE TO MS. COHEN |

| Date | Code | Name | Description | Hours |
|---|---|---|---|---|
| 10/19/2006 | 11050 | Mark Selwyn | REVIEW PLAINTIFF'S REVISED SETTLEMENT PROPOSAL; NUMEROUS EMAILS (COHEN, LICHTEN) REGARDING SAME | 0.3 |
| 10/21/2006 | 11050 | Mark Selwyn | REVIEW STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSED REMEDIAL ORDER | 0.4 |
| 10/22/2006 | 11050 | Mark Selwyn | NUMEROUS EMAILS (COFIELD, COHEN) REGARDING SETTLEMENT PROPOSAL | 0.1 |
| 10/25/2006 | 11050 | Mark Selwyn | TELEPHONE TO MS. COHEN REGARDING REMEDY HEARING AND RELATED MATTERS | 0.1 |
| 10/26/2006 | 11050 | Mark Selwyn | PREPARE FOR REMEDY HEARING; TELEPHONE TO MS. COHEN REGARDING SAME; CONFERENCE CALL WITH MSES. COHEN AND LISS-RIORDAN REGARDING SAME | 0.9 |
| 10/27/2006 | 11050 | Mark Selwyn | LETTER FROM MS. LISS-RIORDAN TO JUDGE SARIS REGARDING REMEDIAL ORDER; REVIEW AMENDED PROPOSED REMEDIAL ORDER; EMAIL TO MS. COHEN REGARDING SAME | 0.4 |
| 10/29/2006 | 11050 | Mark Selwyn | PREPARE FOR HEARING, AND TRAVEL TO BOSTON FOR SAME | 9.5 |
| 10/30/2006 | 11050 | Mark Selwyn | PREPARE FOR AND ATTEND HEARING AT UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS; TELEPHONE TO, MEETING WITH MS. COHEN REGARDING SAME | 4.3 |
| 11/16/2006 | 11050 | Mark Selwyn | REVIEW VARIOUS FILINGS BY PLAINTIFFS | 0.4 |
| 11/19/2006 | 11050 | Mark Selwyn | REVIEW VARIOUS CORRESPONDENCE TO JUDGE SARIS | 0.4 |
| 11/20/2006 | 11050 | Mark Selwyn | TELEPHONE TO MS. COHEN REGARDING FEE PETITION | 0.1 |
| 11/21/2006 | 11050 | Mark Selwyn | TELEPHONE TO, TELEPHONE FROM MS. COHEN REGARDING FEE PETITION; TELEPHONE TO MR. KEHOE | 0.3 |

REGARDING SAME

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| 11/29/2006 | 11050 | Mark Selwyn | 0.1 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING FEE PETITION |
| 12/5/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL TO MS. COHEN REGARDING MOTION TO AMEND |
| 12/6/2006 | 11050 | Mark Selwyn | 0.9 | NUMEROUS EMAILS REGARDING HEARING; TELEPHONE FROM, EMAIL TO MS. COHEN REGARDING REMEDY; REVIEW REMEDIAL ORDER; EMAIL TO MS. COHEN REGARDING SAME |
| 12/7/2006 | 11050 | Mark Selwyn | 0.8 | EMAILS TO, EMAILS FROM, TELEPHONE CALLS TO MS. COHEN REGARDING REMEDIAL ORDER |
| 12/10/2006 | 11050 | Mark Selwyn | 0.3 | DRAFT JOINT MOTION TO AMEND REMEDIAL ORDER |
| 12/11/2006 | 11050 | Mark Selwyn | 0.9 | DRAFT JOINT MOTION TO AMEND REMEDIAL ORDER; EMAILS TO, EMAILS FROM MS. COHEN REGARDING SAME |
| 12/12/2006 | 11050 | Mark Selwyn | 0.7 | TELEPHONE TO, EMAILS TO, EMAILS FROM MS. COHEN REGARDING JOINT MOTION; EMAILS TO, EMAILS FROM MR. KEHOE AND MS. LISS-RIORDAN REGARDING SAME; EMAIL FROM MS. LISS-RIORDAN REGARDING SAME; NUMEROUS EMAILS (COHEN, LICHTEN, LISS-RIORDAN) REGARDING REMEDIAL HIRING |
| 12/13/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL TO MS. COHEN REGARDING CASE STATUS |
| 12/14/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL FROM MS. COHEN REGARDING REDACTED |
| 12/15/2006 | 11050 | Mark Selwyn | 0.1 | NUMEROUS EMAILS REGARDING REDACTED |
| 12/17/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL TO MS. COHEN REGARDING MOTION TO AMEND REMEDIAL ORDER |

| Date | Code | Name | Hours | Description |
|---|---|---|---|---|
| 12/18/2006 | 11050 | Mark Selwyn | 1.4 | EMAILS TO AND FROM, TELEPHONE FROM AND TELEPHONE TO MS. COHEN REGARDING MOTION TO AMEND REMEDIAL ORDER; REVIEW AND REVISE SAME (TWICE); EMAILS TO AND FROM MS. LISS-RIORDAN REGARDING SAME; REVIEW REDACTED |
| 12/19/2006 | 11050 | Mark Selwyn | 0.1 | E-MAIL TO MR. LICHTEN REGARDING MOTION TO AMEND |
| 12/20/2006 | 11050 | Mark Selwyn | 0.6 | NUMEROUS EMAILS (COHEN, LISS-RIORDAN) REGARDING MOTION TO AMEND REMEDIAL ORDER; REVIEW AND REVISE SAME; EMAILS TO AND FROM MS. COHEN REGARDING FIREFIGHTER HIRING |
| 12/21/2006 | 11050 | Mark Selwyn | 0.1 | EMAIL FROM MS. COHEN REGARDING REMEDIAL HEARING |
| 1/15/2007 | 11050 | Mark Selwyn | 0.2 | EMAILS TO AND FROM MS. COHEN REGARDING CASE STATUS |
| 1/16/2007 | 11050 | Mark Selwyn | 0.2 | TELEPHONE TO AND EMAILS TO AND FROM MS. COHEN |
| 1/17/2007 | 11050 | Mark Selwyn | 0.3 | TELEPHONE TO MS. COHEN |
| 1/29/2007 | 11050 | Mark Selwyn | 0.1 | REVIEW ASSENTED MOTION REGARDING EXTENSION |
| 2/1/2007 | 11050 | Mark Selwyn | 0.4 | REVIEW STATE DEFENDANTS' ASSENTED-TO MOTION FOR CLARIFYING ORDER; EMAILS TO, EMAILS FROM MS. COHEN |
| 2/5/2007 | 11050 | Mark Selwyn | 0.3 | REVIEW STATE'S RECRUITMENT PLAN |
| 2/6/2007 | 11050 | Mark Selwyn | 0.2 | EMAILS TO, EMAILS FROM MS. COHEN REGARDING HEARING |
| 2/7/2007 | 11050 | Mark Selwyn | 0.1 | REVIEW COURT ORDER |
| 2/8/2007 | 11050 | Mark Selwyn | 0.3 | TELEPHONE TO MS. COHEN REGARDING COURT HEARING |

| 2/20/2007 | 11050 | Mark Selwyn | 0.1 | EMAILS TO AND FROM MS. COHEN REGARDING FEE PETITION |
| 2/23/2007 | 11050 | Mark Selwyn | 0.4 | REVIEW HRD MATERIALS |
| 2/26/2007 | 11050 | Mark Selwyn | 0.1 | NUMEROUS EMAILS REGARDING MEDIATION |

GRAND TOTALS:    WORK:    282.3