UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals, ) ) ) ) ) |  |
| Plaintiffs, ) |  |
| v. ) | Civil Action No. 05-10213-PBS |
| CITY OF LYNN, *et al.*, ) |  |
| Defendants. ) |  |
| BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP, ) ) ) |  |
| Intervenors. ) |  |

## AFFIDAVIT OF NADINE COHEN IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS

I, Nadine Cohen, hereby depose and state the following:

1. I have been one of the primary attorneys for the Intervenors, Boston Society of the Vulcans and New England Area Conference of the NAACP, in the above matter since 2005. I recruited Mark Selwyn of Wilmer Hale, one of the Lawyers' Committee For Civil Rights' participating law firms, to serve as co-counsel.

2. I have practiced law for over 29 years, specializing in civil rights law for over 20 of those years. I graduated from Suffolk University School of Law in June 1977.

3. I have been a member in good standing of the Bar of the Commonwealth of Massachusetts since December 1977. I am also admitted to the Bar of the United States

1

District Court for the District of Massachusetts and to the U.S. Court of Appeals for the First Circuit.

4. I worked at Greater Boston Legal Services from 1977 until 1986, spending my last several years there as an attorney in the Individual Rights Unit, concentrating in employment discrimination, housing discrimination, and general civil rights cases. In addition to my individual case work, I worked on two major class action cases brought in U.S. District Court; one involving the Department of Education's provision of adequate education services for severely emotionally disturbed children; and the other involving the caseload of DSS workers. I successfully argued an important privacy case under the Massachusetts Fair Information Practices Act to the Supreme Judicial Court, *Torres v. Attorney General,* 391 Mass 1, 460 N.E.2d (1984 Mass).

5. From 1986 to 1996 and 1999 to the present, I have been Staff Counsel at the Lawyers' Committee for Civil Rights Under Law of the Boston Bar Association ("Lawyers' Committee"). I served as Interim Executive Director from 1999 to 2001. From 1986 to 1999 I was in private practice litigating overtime cases in federal and state courts under the Fair Labor Standards Act and the comparable state law, as well as continuing my practice in employment and housing discrimination law.

6. I regularly represent clients in civil rights matters in federal and state court and at administrative agencies. I have been counsel in federal court cases involving the desegregation of public housing, *NAACP et al. v. Boston Housing Authority, et al.* 723 F. Supp. 1554 (D. Mass. 1989); racial harassment of public housing tenants, *Jane Doe v. Boston Housing Authority,* C.A. No.96-12540 (RCL), *Thong Lim v. Somerville Housing Authority,* 87-CV-01302 (ADM)*;* challenges to the affirmative action

consent decrees in the Boston police and fire departments, *Donahue v. City of Boston*, 304 F.3d 110 (1st Cir. 2002); *Cotter v. City of Boston*, 323 F.3d 160 (1st Cir. 2003); *Quinn v. City of Boston*, 325 F.3d 18  (1st Cir. 2003); a challenge to the discriminatory agreement with South Boston Betterment Trust involving the City of Boston's development of the Seaport, *South End Lower Roxbury Housing and Planning Coalition, et al v. The City of Boston*, C.A. No. 00-11716 -PBS; voting rights litigation, *Morris, et al. v. City of Lawrence, et al.*, Civil Action No. 01-11889-WGY; an environmental justice case, *Calvery Pentecostal Church et al. v. Town of Freetown, et al*, C.A. 03-10804-PBS; and a successful challenge to the legislature's redistricting plan for state representative districts in Boston, *Black Political Task Force v. Galvin*, and numerous other discrimination and civil rights cases.  I have also worked on numerous Amicus Curiae briefs, including a 1st Circuit brief in the case of *Comfort et al. v. Lynn School Committee*, Appeal No. 03-2415, from the District Court's decision at 263 F. Supp. 2d 209 (D.Mass. 2003), amended decision at 283 F. Supp. 2d 328.  My practice has included both individual and class action cases.

9.  Since 1968, the Lawyers' Committee, founded by the foremost Boston law firms and law schools, has been the leading civil rights legal organization serving Greater Boston and Massachusetts.  It is a non-profit corporation which provides legal services on civil rights issues. While the Lawyers' Committee relies heavily on the *pro bono* work of attorneys working in the 30 leading Boston private law firms that partner with us, much of the work of Lawyers' Committee is handled by the in-house attorney staff.  After identifying and developing matters that present issues consistent with the Lawyers' Committee's mission and that offer the potential for broad impact, Lawyers' Committee

staff attorneys team up with private attorneys, forming an effective co-counsel relationship.

11. Through the Lawyers' Committee model the private law firms are most effective in advancing the cause of civil rights because they are partnered with civil rights lawyers, such as myself, who devote their careers to building one case upon another to achieve long-term progress and impact. This combination of public interest and private attorneys has been critical to the long-term success of the Lawyers' Committee.

12. The Lawyers' Committee has a long history of involvement in the police and fire cases, representing the NAACP since the early 1970's in successfully challenging the police and firefighter civil service exams. See, *Boston Chapter, NAACP v. Beecher* and *United States v. Beecher ("NAACP v. Beecher")*, 371 F. Supp. 507 (D. Mass), *aff'd*, 504 F.2d 1017 (1st Cir. 1974), *cert. denied*, 421 U.S. 910 (1975).

13. The *NAACP v. Beecher* lawsuit resulted in the issuance of remedial orders that governed certain aspects of the appointment process for entry-level firefighters. Those orders, commonly referred to as the "Consent Decree," are still in effect in numerous communities in the Commonwealth. The Interveners have been active for three decades in monitoring compliance with the Consent Decree.

14. All the legal services that I have provided in this case were reasonable and necessary to represent the Intervenors in the successful litigation of this action. Those services include: working directly with the Intervenor organizations and with counsel for plaintiffs to identify the issues and develop the legal theories; consulting with experts; reviewing pleadings, data and expert reports; participating in mediation; drafting

4

and reviewing settlement proposals; attending the trial and court hearings; and assisting in developing the proposed remedy.

25.    Attached to this Affidavit is an itemization of the hours I reasonably spent on this litigation. (Attachment A).    These time records are based on contemporaneous records kept during the course of this litigation.    All of this time was reasonable and necessary to represent Intervenors and assist Plaintiffs' counsel in successfully litigating this case and achieving the relief ordered by the court.    In exercising billing judgment I have voluntarily reduced or omitted some of the hours I spent on this case in order to avoid potential duplication.    The attached records are for a total of 247.52 hours.    At my usual hourly billing rate of $375.00 I would be seeking fees for $92,820. [1]    However, co-counsel and I have voluntarily decided to reduce our fee request substantially and seek only a total of $50,000 for all of the time both of us spent on the case.    Any fees recovered will go to the Lawyers' Committee For Civil Rights, and not to Wilmer Hale.

Signed under the pains and penalties of perjury this 14h day of March, 2007.

Nadine Cohen
BBO #090040
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, Massachusetts 02108
(617) 988-0609

---

[1] This rate is consistent with the rates charged by Boston attorneys with similar experience and expertise.

EXHIBIT  A

# BRADLEY ET AL V. CITY OF LYNN NADINE COHEN TIME RECORDS 3/13/2007

| Date | Time | Description | Staff |
|------|------|-------------|-------|
| 02/03/05 | 0.50 | Tel. call from Yolanda – Pres. of North shore NAACP | NC |
| 02/03/05 | 0.33 | Tel. call with Toni Wolfman re: complaint | NC |
| 02/04/05 | 0.25 | emails w. Toni Wolfman re: case | NC |
| 02/04/05 | 0.25 | Phone conv. wi. Yolanda, North shore NAACP re: conf. call on Tues. at 12 noon with Juan Cofield | NC |
| 02/22/05 | 0.28 | Conversation with Juan Cofield | NC |
| 02/23/05 | 0.27 | Tel. conf. with Shannon Liss Riordan | NC |
| 03/24/05 | 0.15 | Tel. call to Shannon Liss-Riordan – Atty for plaintiffs | NC |
| 03/24/05 | 0.08 | Tel. call w. John Lammana  attorney for the city of Lynn | NC |
| 03/24/05 | 0.15 | Tel. call to Commonwealth attys re: intent to intervene | NC |
| 03/24/05 | 0.07 | Tel. call to City of Lynn Attorneys | NC |
| 03/30/05 | 0.92 | Phone conversation with Matt Piers attorney who handled Chicago firefighter case | NC |
| 04/08/05 | 1.00 | Meeting with Harold Lichten and team re: strategy | NC |
| 04/11/05 | 2.00 | | NC |
| 05/05/05 | 0.28 | Meeting with Karen Miller, Angella Williams-Mitchell, Juan Cofield Tel. Conf.  w. Kathleen Lundquist - Test Expert | NC |
| 05/07/05 | 0.50 | Lynn Fire Case: Rev. Motion to intervene; tel calls & e-mails  Mark | NC |
| 05/09/05 | 0.22 | Tel. Conf. with Karen Miller, updating her on case, getting info for Motion to Intervene | NC |
| 05/10/05 | 0.20 | Tel calls & e-mails to Mark Selwyn Re: client meeting | NC |
| 05/11/05 | 0.15 | Emails with Mark Selwyn re; expert | NC |
| 05/13/05 | 2.20 | Strategy Meeting with co-counsel | NC |
| 05/14/05 | 0.42 | Calls with Mark Selwyn re: motion to intervene | NC |
| 05/15/05 | 0.33 | Call with Mark Selwyn re: motion to intervene | NC |
| 05/17/05 | 0.10 | Tel calls to Mark Selwyn re Strategy meeting | NC |
| 05/18/05 | 0.50 | Tel conf. with Mark Selwyn re Intervention | NC |
| 05/23/05 | 0.50 | Review motion to Intervene, emails, calls | NC |
| 05/25/05 | 0.17 | Tel. conf. with Mark Selwyn | NC |
| 05/25/05 | 0.08 | Tel. call with Juan Cofield re: expert witness | NC |
| 06/06/05 | 0.40 | Telephone call with Mark Selwyn re: case status | NC |
| 06/06/05 | 0.17 | Telephone call from Victoria Cole, AG's office re: Motion For Judgment of the Pleadings | NC |
| 06/06/05 | 0.40 | Tell calls to Mark Selwyn re: case status | NC |

| Date | Time | Description | Staff |
|------|------|-------------|-------|
| 06/10/05 | 0.30 | Telephone calls with Mark Selwyn | NC |
| 06/10/05 | 0.30 | tel to Mark Selwyn | NC |
| 06/15/05 | 1.50 | Hearing before Judge Saris on City's motion to join union | NC |
| 06/15/05 | 0.47 | Conversation with Harold Lichten and Mark Selwyn | NC |
| 06/20/05 | 0.20 | Status call with Mark Selwyn | NC |
| 06/20/05 | 0.30 | Tel call w Mark Selwyn | NC |
| 06/22/05 | 0.25 | Tel. conf with Mark Selwyn | NC |
| 06/30/05 | 3.00 | Attend Deposition of Sally McNeely | NC |
| 06/30/05 | 3.00 | Depo of Sally McNeely | NC |
| 07/07/05 | 0.33 | Review cases docs. call with M.Selwyn re: status of case | NC |
| 07/10/05 | 0.42 | Review and discuss judgment on pleadings | NC |
| 07/29/05 | 0.50 | Tel conf call with Mark Selwyn re: Strategy | NC |
| 07/29/05 | 1.25 | Court hearing on Defs. motion for judgment on the pleadings | NC |
| 07/29/05 | 0.08 | Tel. conf. with Lichten | NC |
| 07/29/05 | 0.25 | Tel. Mark Selwyn | NC |
| 07/29/05 | 0.32 | Tel. conf. with Karen Miller | NC |
| 08/01/05 | 0.25 | Emails with co-counsel re legal issues | NC |
| 08/02/05 | 0.60 | Emails to and from co-counsel | NC |
| 08/04/05 | 0.10 | Emails to and from Selwyn re: cases status and strategy | NC |
| 08/09/05 | 0.10 | Emails to and from Selwyn re: cases status and strategy | NC |
| 08/12/05 | 3.00 | Tel conf with 3 different experts | NC |
| 08/12/05 | 1.50 | Tel cof call with Harold Lynch & Mark Selwyn re: Expert | NC |
| 08/15/05 | 0.50 | Discussion re; experts w.  Selwyn, Lichten; emails re same | NC |
| 08/17/05 | 0.68 | Tel conf with Mark Selwyn re: experts | NC |
| 08/17/05 | 0.30 | E-mail and call to Mark Selwyn re: experts | NC |
| 08/23/05 | 3.50 | Conf. call with experts and co-counsel | NC |
| 08/25/05 | 0.24 | Tel. call with Karen Miller | NC |
| 08/25/05 | 0.50 | Emails, call w. d. re: experts, and call Mark Selwyn | NC |
| 08/26/05 | 0.30 | Emails, calls to Mark Selwyn | NC |
| 08/31/05 | 0.40 | Consultation with Mark Selwyn re: experts | NC |
| 08/31/05 | 0.40 | Consultation with Mark Selwyn re: experts | NC |
| 09/06/05 | 1.00 | Review Landy Expert Report | NC |
| 09/08/05 | 0.50 | Review Weise expert report | NC |
| 09/08/05 | 1.50 | Conf. call w. Lennie Alkins, Mark Selwyn re; Boston fire dept | NC |
| 09/15/05 | 0.50 | Case strategy emails with M. Selwyn | NC |
| 09/16/05 | 0.10 | Telephone from Selwyn re: case status and strategy | NC |

| Date | Time | Description | Staff |
|---|---|---|---|
| 09/20/05 | 0.50 | Tel conf. with Mark Selwyn re: Strategy | NC |
| 10/05/05 | 0.40 | Tel conf. with Mark Selwyn re: experts & case strategy | NC |
| 10/06/05 | 0.30 | Discussion with co counsel re status of case; how to move forward | NC |
| 10/07/05 | 0.50 | experts | NC |
| 10/11/05 | 0.30 | Review pleadings, motion for class action, call w/ Mark Selwyn | NC |
| 11/08/05 | 0.50 | Review pleadings, motion for class action, timeline, call w/Mark | NC |
|  |  | Selwyn re: motions |  |
| 11/09/05 | 0.50 | Tel conf with Al Gordon re status conf with Judge Saris | NC |
| 11/09/05 | 0.50 | Review pleadings, prepare for statutes conference | NC |
| 11/10/05 | 0.60 | Telephone calls to and from Selwyn re: pretrial conf; review court | NC |
|  |  | order |  |
| 11/10/05 | 0.50 | call with Karen Miller re: experts | NC |
| 11/10/05 | 2.50 | Status conference with Judge Sans | NC |
| 11/11/05 | 0.50 | Calls with clients re: court conference and order | NC |
| 11/14/05 | 0.20 | Call with Mark Selwyn re: potential mediation | NC |
| 11/15/05 | 0.50 | Emails, calls with co-counsel re: mediation | NC |
| 11/16/05 | 0.25 | Emails with Mark Selwyn re: mediation | NC |
| 11/29/05 | 0.25 | Conf re mediation with co counsel | NC |
| 11/30/05 | 0.72 | Mediation discussions with clients and Mark Selwyn | NC |
| 12/02/05 | 0.20 | Emails to and from Selwyn re: cases status and strategy | NC |
| 12/06/05 | 0.20 | Emails to and from Selwyn | NC |
| 12/07/05 | 0.30 | Email with counsel re: mediation | NC |
| 12/08/05 | 0.50 | Review meeting and court order, sent emails | NC |
| 12/09/05 | 0.50 | Calls, emails with Mark Selwyn and clients re: mediation | NC |
| 12/12/05 | 0.92 | Emails and calls with clients and co counsel re mediation issues | NC |
| 12/13/05 | 0.50 | Emails, calls re: mediation, scheduling | NC |
| 12/14/05 | 1.50 | Conference call with Karen Miller and Juan Cofield re: strategy, | NC |
|  |  | mediation, terms of settlement |  |
| 12/15/05 | 1.00 | Review and edit mediation memo, telephone, emails | NC |
| 12/15/05 | 1.50 | Draft Mediation Memo; phone calls with Al Gordon and Mark Selwyn; | NC |
|  |  | review prior pleadings |  |
| 12/16/05 | 0.90 | Emails to and from Selwyn re: settlement proposal | NC |
| 12/16/05 | 1.50 | Prep for mediation | NC |
| 12/18/05 | 10.50 | Prepare for mediation-Review data, Emails to/ from Selwyn | NC |
| 12/19/05 | 7.50 | Attend Mediation session with Rudy Pierce and all clients | NC |
| 12/20/05 | 0.50 | calls with clients, co-counsel reviewing mediation | NC |

| Date | Time | Description | Staff |
|------|------|-------------|-------|
| 12/23/05 | 0.20 | Emails to and from Selwyn re: mediation | NC |
| 01/05/05 | 0.20 | Emails to and from Selwyn re: mediation | NC |
| 01/06/06 | 0.50 | Calls with pls counsel; email; Mark Selwyn consultation re mediation | NC |
| 01/09/06 | 0.67 | Mediation discussions with clients and co counsel and pls counsel | NC |
| 01/10/06 | 0.25 | Emails, calls re mediation; R. Pierce | NC |
| 01/11/06 | 0.40 | Telephone with Jonathan Jackson | NC |
| 01/11/06 | 0.72 | Telephone Conf. with Mark Selwyn and Joel Weissen Expert | NC |
| 01/12/06 | 3.50 | Attend mediation | NC |
| 01/13/06 | 0.15 | Tel. call with Al Gordon | NC |
| 01/13/06 | 1.20 | Reviewed emails, calls with counsel and clients re: results of mediation . Reviewed documents. | NC |
| 01/17/06 | 2.67 | Draft recruitment plan; discussions with clients; research | NC |
| 01/18/06 | 0.67 | Revise recruitment plan; emails; calls re same | NC |
| 01/19/06 | 0.20 | Emails to and from Selwyn | NC |
| 01/20/06 | 0.43 | Emails with co counsel re recruitment plan | NC |
| 01/26/06 | 1.00 | counsel | NC |
| 01/30/06 | 0.32 | Tel call with Mark Selwyn then got Al Gordon on the phone | NC |
| 01/31/06 | 0.92 | Review proposed settlement agreement;; discuss with Mark Selwyn, client calls | NC |
| 02/01/06 | 0.24 | Tel conf with Fred Cowan - Worcester | NC |
| 02/24/06 | 0.28 | Talk to M. Selwyn re mediation; strategy | NC |
| 02/27/06 | 0.83 | Rev defs proposal re settlement; discuss with clients co counsel | NC |
| 02/28/06 | 0.10 | Email with counsel re: mediation | NC |
| 03/01/06 | 0.83 | Review defs counterproposal; compare to ours; discuss with clients; co-counsel | NC |
| 03/01/06 | 0.92 | Tel call with Vulcans, Juan Cofield and Mark Selwyn to discuss defs counterproposal | NC |
| 03/01/06 | 0.75 | Tel call with clients; mark Selwyn; review defs counter proposal | NC |
| 03/02/06 | 7.00 | Mediation with Rudy Pierce | NC |
| 03/03/06 | 0.25 | Call with Mark re mediation | NC |
| 03/04/06 | 0.92 | Tel call with Vulcans, Juan Cofield and Mark Selwyn to discuss defs counterproposal | NC |
| 03/07/06 | 1.00 | Telephone to Selwyn re: case status and strategy | NC |
| 03/08/06 | 1.08 | Rev. amended complaint; letter to court; emails with co-counsel, pls counsel | NC |

| Date | Time | Description | Staff |
|------|------|-------------|-------|
| 03/09/06 | 0.50 | Discuss sj with Mark Selwyn; review docs | NC |
| 03/14/06 | 0.92 | Conf call with pls counsel and M. Selwyn re: court hearing and strategy | NC |
| 03/16/06 | 0.17 | Review and discuss pre trial order with co counsel | NC |
| 03/17/06 | 0.10 | Telephone from Selwyn re: pretrial order | NC |
| 03/20/06 | 1.00 | Trial prep | NC |
| 03/21/06 | 0.57 | Tel. call with Mark Selwyn and Harold Lichten, Shannon Liss- Riordan | NC |
| 03/23/06 | 0.50 | Emails and calls re witnesses and trial | NC |
| 03/27/06 | 0.20 | Emails to and from Selwyn | NC |
| 03/28/06 | 0.18 | Tel call with Karen Miller | NC |
| 03/28/06 | 0.40 | Emails to and from Selwyn re: trial prep | NC |
| 03/29/06 | 0.50 | Trial prep; calls email with counsel | NC |
| 04/03/06 | 0.10 | Emails to and from Selwyn re: trial prep | NC |
| 04/05/06 | 0.10 | Emails to and from Selwyn re: pretrial conference | NC |
| 04/06/06 | 0.10 | Emails to and from Selwyn re: trial prep | NC |
| 04/09/06 | 1.50 | Emails to and from Selwyn re: Defendant's trial brief | NC |
| 04/10/06 | 1.75 | Calls with counsel and clients re trial; review docs and research | NC |
| 04/11/06 | 5.50 | Trial and conferences with counsel and clients | NC |
| 04/12/06 | 6.00 | Trial and conference | NC |
| 04/13/06 | 5.00 | Trial and meetings with co counsel and clients | NC |
| 04/14/06 | 5.00 | Trial prep and attend trial; calls; emails; | NC |
| 04/17/06 | 0.25 | Discuss trial and strategy with M. Selwyn | NC |
| 04/18/06 | 0.50 | Preliminary injunction discussions and emails | NC |
| 04/19/06 | 0.33 | Emails with M.Selwyn re: strategy, pi | NC |
| 04/20/06 | 1.58 | Review cert lists and transcripts; emails and call with co counsel re PI | NC |
| 04/21/06 | 0.20 | Emails to and from Selwyn re: Adverse Impact Analysis and related matters | NC |
| 04/24/06 | 0.75 | Work on pi; calls with co counsel and cls. ; review docs | NC |
| 04/25/06 | 0.67 | Review pi; emails and calls re; pi | NC |
| 04/26/06 | 2.00 | Tel conf with counsel re; pi; review and revise docs; emails | NC |
| 04/27/06 | 1.50 | Telephone call with Selwyn re: Motion for Injunctive Relief | NC |
| 05/02/06 | 0.67 | Review docs; calls and email for trial | NC |
| 05/03/06 | 4.50 | Attend trial | NC |
| 05/04/06 | 8.50 | prep and attend Bench Trial | NC |
| 05/08/06 | 0.20 | Emails to and from Selwyn re: Motion for Injunctive Relief | NC |

| Date | Time | Description | Staff |
|------|------|-------------|-------|
| 05/09/06 | 3.00 | Prep for closing; attend closing; pre and post hearing conf. with clients; counsel | NC |
| 05/11/06 | 1.00 | Work on PI motion; calls and emails with co-counsel and pls counsel | NC |
| 05/12/06 | 1.40 | Conf. Call with Selwyn re: Motion for Injunctive Relief | NC |
| 05/14/06 | 0.50 | Post trial brief issues | NC |
| 05/16/06 | 1.25 | Work on pi; post trial issues; letters; calls; emails | NC |
| 05/17/06 | 0.80 | Numerous emails to and from Selwyn re: Motion for Injunctive Relief | NC |
| 05/18/06 | 0.20 | Emails to and from Selwyn re: Status and Strategy | NC |
| 05/22/06 | 7.30 | brief | NC |
| 05/23/06 | 0.58 | Work on post trial brief; email and calls with co-counsel | NC |
| 05/24/06 | 1.58 | counsel | NC |
| 05/25/06 | 3.00 | counsel | NC |
| 05/26/06 | 0.10 | Emails to and from Selwyn re: Legal Research | NC |
| 05/31/06 | 0.75 | Case strategy discussions; review expert reports; emails to and from Selwyn | NC |
| 06/02/06 | 0.67 | Consultation with co counsel re case status; pi denial | NC |
| 06/04/06 | 0.30 | Emails to and from Selwyn re: Preliminary Injunction Motion | NC |
| 06/05/06 | 1.50 | Conference call with Selwyn re: case and strategy | NC |
| 06/05/06 | 0.80 | Client call to discuss denial of PI motion | NC |
| 06/06/06 | 2.00 | Work on closing | NC |
| 06/07/06 | 1.50 | Rev. docs; pleadings expert reports for prep for closing; calls with | NC |
| 06/08/06 | 2.10 | Review findings of facts; work on closing; emails and call with | NC |
| 06/09/06 | 3.75 | Prepare for closing; attend closing arguments; pre and post hearing conf with clients and co counsel | NC |
| 06/13/06 | 0.10 | Emails to and from Selwyn re: Case Status and Strategy | NC |
| 06/29/06 | 0.10 | Emails from Selwyn re: Case Status and Strategy | NC |
| 07/14/06 | 0.10 | Telephone call with Selwyn re: Case Status and Strategy | NC |
| 07/17/06 | 0.10 | Telephone call with Selwyn re: Case Status and Strategy | NC |
| 07/18/06 | 0.40 | Emails to and from Selwyn re: case status and strategy | NC |
| 08/08/06 | 0.20 | Emails to and from Selwyn re: court decision and related matters | NC |
| 8/8/2006 | 3.00 | Read decision; emails/calls with clients and co-counsel | NC |
| 08/09/06 | 0.20 | Emails to and from Selwyn re: remedy issues | NC |
| 08/10/06 | 1.70 | call | NC |
| 08/10/06 | 1.50 | Conf. call with clients and co-counsel re: remedy; review proposed agreement | NC |

| Date | Time | Description | Staff |
|------|------|-------------|-------|
| 08/11/06 | 2.00 | Prepare for and Meet with clients and pls. counsel to discuss remedy | NC |
| 08/16/06 | 0.40 | Emails to and from Selwyn re: various matters | NC |
| 09/01/06 | 0.50 | Review and edit draft remedial order; phone calls; emails | NC |
| 09/12/06 | 0.20 | Emails to and from Selwyn re: Consent Decree | NC |
| 09/05/06 | 0.20 | Telephone call with Selwyn re: status and strategy | NC |
| 09/06/06 | 0.30 | Telephone calls and emails with Selwyn re: remedy proposal | NC |
| 09/15/06 | 0.40 | Telephone call and email to Selwyn re: proposed remedial order | NC |
| 09/17/06 | 0.10 | Email from Selwyn re: meeting with city of Boston | NC |
| 09/22/06 | 0.20 | Call to Selwyn re: case strategy and status | NC |
| 09/25/06 | 0.10 | Emails to and from Selwyn re: settlement meeting | NC |
| 09/28/06 | 0.10 | Emails to and from Selwyn re: settlement meeting | NC |
| 09/29/06 | 0.50 | Rev. proposed settlement; calls with clients | NC |
| 09/29/06 | 0.20 | Telephone cal to Selwyn re: various matters | NC |
| 10/01/06 | 0.10 | Email to Selwyn re: Settlement Meeting | NC |
| 10/03/06 | 1.50 | Settlement meeting with defs | NC |
| 10/04/06 | 0.20 | Telephone call to Selwyn re: case status and strategy | NC |
| 10/09/06 | 0.50 | | NC |
| 10/10/06 | 0.30 | Emails and calls to and from Selwyn re: Adverse Impact Analysis | NC |
| 10/10/06 | 1..75 | Emails to and from Selwyn re: Settlement Strategy | NC |
| 10/11/06 | 0.40 | HRD meeting | NC |
| 10/19/06 | 0.30 | Call with Selwyn | NC |
| 10/22/06 | 0.10 | Numerous emails to and from Selwyn | NC |
| 10/25/05 | 0.10 | Emails to/ from Selwyn re: Settlement Proposal | NC |
| 10/26/05 | 0.10 | Telephone call from Selwyn re: Remedy Hearing and Related Matters | NC |
| 10/27/06 | 0.40 | Telephone call from Selwyn re: Remedy Hearing and Related Matters | NC |
| 10/30/06 | 4.30 | Emails from Selwyn re: Remedial Order | NC |
| 11/20/06 | 0.10 | Prep and attend hearing; Telephone call from Selwyn | NC |
| 11/21/06 | 0.30 | Telephone call from Selwyn re: Fee Petition | NC |
| 11/29/06 | 0.10 | Telephone call to/ from Selwyn re: Fee Petition | NC |
| 11/29/06 | 20.00 | Emails to and from Selwyn re: Fee Petition | NC |
| 12/05/06 | 0.10 | HRD meeting | NC |
| 12/06/06 | 0.90 | Email from Selwyn re: Motion to Amend | NC |
| 12/07/06 | 0.80 | Numerous emails to and from Selwyn re: Joint Motion | NC |
| | | Emails to and from Selwyn re: motion to Amend Remedial Order | NC |

| Date | Time | Description | Staff |
|------|------|-------------|-------|
| 12/11/06 | 0.90 | Emails to and from Selwyn re: Drafting of Joint Motion to Amend Remedial Order | NC |
| 12/12/06 | 0.70 | Telephone and Emails to/ from Selwyn re: Joint Motion | NC |
| 12/13/06 | 0.70 | Email from Selwyn re: case status | NC |
| 12/14/06 | 0.10 | Email t Selwyn re: Remediation Issues | NC |
| 12/18/06 | 1.40 | Emails and Telephone calls to/ from Selwyn re: motion to Amend Remedial Order, work on motion | NC |
| 12/18/06 | 2.00 | Meeting with pls and defs. Re: Remedy | NC |
| 12/19/06 | 0.75 | Meeting with K. Miller re: Update | NC |
| 12/20/06 | 0.60 | Emails to/ from Selwyn re: Motion to Amend Remedial Order | NC |
| 12/21/06 | 0.10 | Email to and from Selwyn re: Remedial Hearing | NC |
| 01/15/07 | 0.20 | Emails to and from Selwyn re: case status | NC |
| 01/16/07 | 0.20 | Telephone and Emails from Selwyn | NC |
| 01/17/07 | 0.30 | Telephone call from Selwyn | NC |
| 02/01/07 | 0.40 | Emails to and from Selwyn | NC |
| 02/06/07 | 0.20 | Emails to and from Selwyn | NC |
| 02/06/07 | 0.50 | Call with counsel re: status conference | NC |
| 02/07/07 | 2.00 | Prepare for and attend status conference; review with clients | NC |
| 02/08/07 | 0.30 | Telephone call to Selwyn re: Court Hearing | NC |
| 02/20/07 | 0.10 | Emails to and from Selwyn re: Fee Petition | NC |
| **TOTAL** | **247.52** | | |

LYNN FIRE CASE TIME RECORDS

3/13/2007

| Date | Duration | Description | Staff | Client |
|---|---|---|---|---|
| 02/03/05 Thu | 0.50 | Tel. call from Yolanda - Pres. of North shore NAACP | NC | Northshore NAACP |
|  |  | Tel. call from Matt Viser of Boston Globe re: comment on |  |  |
| 02/03/05 Thu | 0.17 | complaint | NC | Northshore NAACP |
| 02/03/05 Thu | 0.50 | Tel. call with Juan Cofield, New England Region NAACP | NC | Northshore NAACP |
| 02/03/05 Thu | 0.25 | Tel. call with Toni Wolfman re: complaint | NC | Northshore NAACP |
| 02/03/05 Thu | 0.33 | Tel. call with Toni Wolfman re: complaint | NC | Northshore NAACP |
| 02/04/05 Fri | 0.00 | emails w. Toni Wolfman re: case | NC | Northshore NAACP |
|  |  | Phone conv. wi. Yolanda, North shore NAACP re: conf. call on |  |  |
| 02/04/05 Fri | 0.00 | Tues. at 12 noon with Juan Cofield | NC | Northshore NAACP |
| 02/22/05 Tue | 0.00 | Conversation with Juan Cofield | NC | Northshore NAACP |
| 02/23/05 Wed | 0.00 | Tel. conf. with Shannon Liss Riordan | NC | Northshore NAACP |
| 03/24/05 Thu | 0.00 | Tel. call to Shannon Liss-Riordan - Atty for plaintiffs | NC | Karen Miller |
| 03/24/05 Thu | 0.00 | Tel. call w. John Lammana  attorney for the city of Lynn | NC | Karen Miller |
| 03/24/05 Thu | 0.00 | Tel. call to Commonwealth attys re: intent to intervene | NC | Karen Miller |
| 03/24/05 Thu | 0.00 | Tel. call to City of Lynn Attorneys | NC | Karen Miller |
|  |  | phone conversation with Matt Piers attorney who handled |  |  |
| 03/30/05 Wed | 0.00 | Chicago firefighter case | NC | Karen Miller |
| 04/08/05 Fri | 0.00 | Meeting with Harold Lichten and team re: strategy | NC | Karen Miller |
|  |  | Meeting with Karen Miller, Angella Williams-Mitchell, Juan |  |  |
| 04/11/05 Mon | 0.00 | Cofield | NC | Karen Miller |
| 05/05/05 Thu | 0.00 | Tel. Conf. w. Kathleen Lundquist - Test Expert | NC | Karen Miller |
|  |  | Lynn Fire Case: Rev. Motion to intervene; tel calls & e-mails |  |  |
| 05/07/05 Sat | 0.50 | Marl Selwyn | NC | Karen Miller |
|  |  | Tel. Conf. with Karen Miller, updating her on case, getting info |  |  |
| 05/09/05 Mon | 0.00 | for Motion to Intervene | NC | Karen Miller |
| 05/10/05 Tue | 0.20 | Tel calls & e-mails to Mark Selwyn Re: client meeting | NC | Karen Miller |
| 05/11/05 Wed | 0.15 | emails with Mark Selwyn re; expert | NC | Karen Miller |
| 05/13/05 Fri | 0.00 | Strategy Meeting with co-counsel | NC | Karen Miller |
| 05/14/05 Sat | 0.42 | Calls with Mark Selwyn re: motion to intervene | NC | Karen Miller |
| 05/15/05 Sun | 0.33 | Call with Mark Selwyn re: motion to intervene | NC | Karen Miller |
| 05/17/05 Tue | 0.10 | Tel calls to Mark Selwyn re Strategy meeting | NC | Karen Miller |
| 05/18/05 Wed | 0.50 | tel conf. with Mark Selwyn re Intervention | NC | Karen Miller |
| 05/23/05 Mon | 0.50 | Review motion to Intervene, emails, calls | NC | Karen Miller |
| 05/23/05 Mon | 0.50 | review motion to intervene, emails and tel calls | NC | Karen Miller |

| Date | | Description | | Attorney |
|---|---|---|---|---|
| 05/25/05 Wed | 0.17 | Tel. conf. with Mark Selwyn | NC | Karen Miller |
| 05/25/05 Wed | 0.00 | Tel. call with Juan Cofield re: expert witness | NC | Karen Miller |
| 06/06/05 Mon | 0.40 | Telephone call with Mark Selwyn re: case status | NC | Karen Miller |
| 06/06/05 Mon | 0.00 | Telephone call from Victoria Cole, AG's office re: Motion For Judgment of the Pleadings | NC | Karen Miller |
| 06/06/05 Mon | 0.40 | tell calls tp Mark Selwyn re: case status | NC | Karen Miller |
| 06/10/05 Fri | 0.30 | Telephone calls with Mark Selwyn | NC | Karen Miller |
| 06/10/05 Fri | 0.30 | tel to Mark Selwyn | NC | Karen Miller |
| 06/15/05 Wed | 0.00 | Hearing before Judge Saris on City's motion to join union | NC | Karen Miller |
| 06/15/05 Wed | 0.00 | Conversation with Harold Lichten and Mark Selwyn | NC | Karen Miller |
| 06/20/05 Mon | 0.20 | Status call with Mark Selwyn | NC | Karen Miller |
| 06/20/05 Mon | 0.30 | tel call w Mark Selwyn | NC | Karen Miller |
| 06/22/05 Wed | 0.00 | Tel. conf with Mark Selwyn | NC | Karen Miller |
| 06/30/05 Thu | 0.00 | Attend Deposition of Sally McNeely | NC | Karen Miller |
| 06/30/05 Thu | 3.00 | Depo of Sally McNeely | NC | Karen Miller |
| 07/07/05 Thu | 0.33 | review cases docs. call with M.Selwyn re: status of case | NC | Karen Miller |
| 07/10/05 Sun | 0.42 | review and discuss judgment on pleadings | NC | Karen Miller |
| 07/29/05 Fri | 0.50 | tel conf call with Mark Selwyn re: Strategy | NC | Karen Miller |
| 07/29/05 Fri | 0.00 | Court hearing on Defs. motion for judgment on the pleadings | NC | Karen Miller |
| 07/29/05 Fri | 0.00 | Tel. conf. with Lichten | NC | Harold Lichten |
| 07/29/05 Fri | 0.00 | Tel. Mark Selwyn | NC | Karen Miller |
| 07/29/05 Fri | 0.00 | Tel. conf. with Karen Miller | NC | Karen Miller |
| 08/01/05 Mon | 0.25 | Emails with co-counsel re legal issues | NC | Karen Miller |
| 08/02/05 Tue | 0.60 | Emails to and from co-counsel | NC | |
| 08/04/05 Thu | 0.10 | Emails to and from Selwyn re: cases status and strategy | NC | |
| 08/09/05 Tue | | Emails to and from Selwyn re: cases status and strategy | NC | |
| 08/12/05 Fri | 3.00 | Tel conf with 3 different experts | NC | Karen Miller |
| 08/12/05 Fri | 1.50 | tel cof call with Harold Lynch & Mark Selwyn re: Expert | NC | Karen Miller |
| 08/15/05 Mon | 0.50 | Discussion re; experts w. Selwyn, Lichten; emails re same | NC | Karen Miller |
| 08/17/05 Wed | 0.68 | Tel conf with Mark Selwyn re: experts | NC | Karen Miller |
| 08/17/05 Wed | 0.30 | e-mail and call to Mark Selwyn re: experts | NC | Karen Miller |
| 08/23/05 Tue | 3.50 | conf. call with experts and co-counsel | NC | Karen Miller |
| 08/25/05 Thu | 0.00 | Tel. call with Karen Miller | NC | Karen Miller |
| 08/25/05 Thu | 0.50 | e-mails, call w. d. re: experts, and call Mark Selwyn | NC | Karen Miller |
| 08/26/05 Fri | 0.30 | e-mails and call Mark Selwyn | NC | Karen Miller |
| 08/26/05 Fri | 0.30 | Emails, calls to Mark Selwyn | NC | Karen Miller |

| Date | | Description | | |
|---|---|---|---|---|
| 08/31/05 Wed | 0.40 | Consultation with Mark Selwyn re: experts | NC | Karen Miller |
| 08/31/05 Wed | 0.40 | Consultation with Mark Selwyn re: experts | NC | Karen Miller |
| 09/06/05 Tue | 1.00 | review expert report | NC | Karen Miller |
| 09/06/05 Tue | 1.00 | Review Landy Expert Report | NC | Karen Miller |
| 09/08/05 Thu | 0.00 | review weise expert report | NC | Karen Miller |
| 09/08/05 Thu | 1.50 | Conf. call w. Lennie Atkins, Mark Selwyn re: Boston fire dept | NC | Karen Miller |
| 09/15/05 Thu | 0.50 | case strategy emails with M. Selwyn | NC | Karen Miller |
| 09/16/05 Fri | 0.10 | Telephone from Selwyn re: case status and strategy | NC | |
| 09/20/05 Tue | 0.50 | tel conf. with Mark Selwyn re: Strategy | NC | Karen Miller |
| 10/05/05 Wed | 0.40 | tel conf. with Mark Selwyn re: experts & case strategy | NC | Karen Miller |
| 10/06/05 Thu | 0.00 | Discussion with co counsel re status of case; how to move forward | NC | |
| | | Telephone Conference with Al Gordon and Mark Selwyn re: | | |
| 10/07/05 Fri | 0.50 | testing experts | NC | |
| 10/11/05 Tue | 0.30 | Review pleadings, motion for class action, call w/ Mark Selwyn | NC | Karen Miller |
| | | Review pleadings, motion for class action, timeline, call w/Mark | | |
| 11/08/05 Tue | 0.50 | Selwyn re: motions | NC | Karen Miller |
| 11/09/05 Wed | 0.00 | Tel conf with Al Gordon re status conf with Judge Saris | NC | Karen Miller |
| 11/09/05 Wed | 0.50 | Review pleadings, prepare for statutes conference | NC | Karen Miller |
| | | telephone calls to and from Selwyn re: pretrial conf; review | | |
| 11/10/05 Thu | 0.60 | court order | NC | |
| 11/10/05 Thu | 0.50 | call with Karen Miller re: experts | NC | Karen Miller |
| 11/10/05 Thu | 2.50 | Statutes conference with Judge Sans | NC | Karen Miller |
| 11/11/05 Fri | 0.50 | calls with clients re: court conference and order | NC | Karen Miller |
| 11/14/05 Mon | 0.20 | call with Mark Selwyn re: potential mediation | NC | Karen Miller |
| 11/15/05 Tue | 0.50 | Emails, calls with co-counsel re: mediation | NC | |
| 11/16/05 Wed | 0.25 | emails with Mark Selwyn re: mediation | NC | |
| 11/29/05 Tue | 0.25 | Conf re mediation with co counsel | NC | Karen Miller |
| 11/30/05 Wed | 0.72 | Mediation discussions with clients and Mark Selwyn | NC | Karen Miller |
| 12/02/05 Fri | 0.20 | Emails to and from Selwyn re: cases status and strategy | NC | Karen Miller |
| 12/06/05 Tue | 0.20 | Emails to and from Selwyn | NC | |
| 12/07/05 Wed | 0.30 | Email with counsel re: mediation | NC | |
| 12/08/05 Thu | 0.50 | Review meeting and court order, sent emails | NC | |
| 12/09/05 Fri | 0.50 | Calls, emails with Mark Selwyn and clients re: mediation | NC | |

| | | | |
|---|---|---|---|
| 12/12/05 Mon | 0.92 | emails and calls with clients and co counsel re mediation issues | NC | Karen Miller |
| 12/13/05 Tue | 0.50 | emails, calls re: mediation, scheduling | NC | Karen Miller |
| 12/14/05 Wed | 0.00 | Conference call with Karen Miller; Fred Cowan; Juan Cofield and Mark Selwyn | NC | Karen Miller |
| 12/14/05 Wed | 1.50 | Conference call with Karen Miller and Juan Cofield re: strategy, mediation, terms of settlement | NC | Karen Miller |
| 12/15/05 Thu | 1.00 | Review and edit mediation memo, telephone, emails | NC | Karen Miller |
| 12/15/05 Thu | 0.00 | Draft Mediation Memo; phone calls with Al Gordon and Mark Selwyn; review prior pleadings | NC | Karen Miller |
| 12/16/05 Fri | 0.90 | Emails to and from Selwyn re: settlement proposal | NC | Karen Miller |
| 12/16/05 Fri | 1.50 | Prep for mediation | NC | Karen Miller |
| 12/18/05 Sun | 10.50 | Prepare for mediation- Emails to and form Selwyn | NC | Karen Miller |
| 12/19/05 Mon | 0.00 | Attend Mediation session with Rudy Pierce and all clients | NC | Karen Miller |
| 12/20/05 Tue | 0.50 | calls with clients, co-counsel reviewing mediation | NC | Karen Miller |
| 12/23/05 Fri | 0.20 | Emails to and from Selwyn re: mediation | NC | Karen Miller |
| 01/05/05 Thu | 0.20 | Emails to and from Selwyn re: mediation | NC | Karen Miller |
| 01/06/06 Fri | 0.50 | calls with pls counsel; email; Mark Selwyn consultation re mediation | NC | Karen Miller |
| 01/06/06 Fri | | mediation discussions with clients and co counsel and pls counsel | NC | |
| 01/09/06 Mon | 0.67 | counsel | NC | Karen Miller |
| 01/10/06 Tue | 0.25 | emails, calls re mediation; R. Pierce | NC | Karen Miller |
| 01/11/06 Wed | 0.00 | Telephone with Jonathan Jackson | NC | Karen Miller |
| 01/11/06 Wed | 0.00 | Telephone Conf. with Mark Selwyn and Joel Weissen Expert | NC | Karen Miller |
| 01/12/06 Thu | 3.50 | attend mediation | NC | Karen Miller |
| 01/13/06 Fri | 0.00 | Tel. call with Al Gordon | NC | Karen Miller |
| 01/13/06 Fri | 1.20 | Reviewed emails, calls with counsel and clients re: results of mediation . Reviewed documents. | NC | Karen Miller |
| 01/17/06 Tue | 2.67 | Draft recruitment plan; discussions with clients; research | NC | Karen Miller |
| 01/18/06 Wed | 0.67 | Revise recruitment plan; emails; calls re same | NC | Karen Miller |
| 01/19/06 Thu | 0.20 | Emails to and from Selwyn | NC | Karen Miller |
| 01/20/06 Fri | 0.43 | emails with co counsel re recruitment plan | NC | Karen Miller |
| 01/26/06 Thu | 1.00 | review and revise settlement agreement; calls with clients and co counsel | NC | Karen Miller |
| 01/30/06 Mon | 0.00 | Tel call with Mark Selwyn then got Al Gordon on the phone | NC | Karen Miller |

| Date | Day | Hours | Description | | Name |
|---|---|---|---|---|---|
| 01/31/06 | Tue | 0.92 | review proposed settlement agreement;; discuss with Mark Selwyn, client calls | NC | Karen Miller |
| 02/01/06 | Wed | 0.00 | tel conf with Fred Cowan - Worcester | NC | Karen Miller |
| 02/24/06 | Fri | 0.28 | talk to M. Selwyn re mediation; strategy | NC | Karen Miller |
| 02/27/06 | Mon | 0.83 | Rev defs proposal re settlement; discuss with clients co counsel | NC | Karen Miller |
| 02/28/06 | Tue | 0.10 | Email with counsel re: mediation | NC | |
| 03/01/06 | Wed | 0.00 | Review def's counterproposal; compare to ours; discuss with clients; co-counsel | NC | Karen Miller |
| 03/01/06 | Wed | 0.92 | Tel call with Vulcans, Juan Cofield and Mark Selwyn to discuss def's counterproposal | NC | Karen Miller |
| 03/03/06 | Fri | 0.25 | call with Mark re mediation | NC | Karen Miller |
| 03/06/06 | Mon | 0.00 | Tel call with clients; mark Selwyn; review defs counter proposal | NC | Karen Miller |
| 03/06/06 | Mon | 0.00 | Mediation with Rudy Pierce | NC | Karen Miller |
| 03/06/06 | Mon | 0.00 | Tel call with Vulcans, Juan Cofield and Mark Selwyn to discuss def's counterproposal | NC | Karen Miller |
| 03/07/06 | Tue | 1.00 | telephone to Selwyn re: case status and strategy | NC | |
| 03/08/06 | Wed | 1.08 | Rev. amended compalint; letter to court; emails with co-counsel, pls counsel | NC | Karen Miller |
| 03/09/06 | Thu | 0.50 | discuss sj with Mark Selwyn; review docs | NC | Karen Miller |
| 03/14/06 | Tue | 0.92 | conf call with pls counsel and M. Selwyn re: court hearing and strategy | NC | Karen Miller |
| 03/16/06 | Thu | 0.17 | review and discuss pre trial order with co counsel | NC | Karen Miller |
| 03/17/06 | Fri | 0.10 | Telephone from Selwyn re: pretrial order | NC | |
| 03/20/06 | Mon | 1.00 | trial prep | NC | Karen Miller |
| 03/21/06 | Tue | 0.00 | Tel. call with Mark Selwyn and Harold Lichten, Shannon Liss-Riordan | NC | Karen Miller |
| 03/23/06 | Thu | 0.50 | emails and calls re witnesses and trial | NC | Karen Miller |
| 03/27/06 | Mon | 0.20 | Emails to and from Selwyn | NC | |
| 03/28/06 | Tue | 0.00 | Tel call with Karen Miller | NC | Karen Miller |
| 03/28/06 | Tue | 0.40 | Emails to and from Selwyn re: trial prep | NC | |
| 03/29/06 | Wed | 0.50 | trial prep; calls email with counsel | NC | Karen Miller |
| 04/03/06 | Mon | 0.10 | Emails to and from Selwyn re: trial prep | NC | |
| 04/05/06 | Wed | 0.10 | Emails to and from Selwyn re: pretrial conference | NC | |
| 04/06/06 | Thu | 0.10 | Emails to and from Selwyn re: trial prep | NC | |
| 04/09/06 | Sun | 1.50 | Emails to and from Selwyn re: Defendant's trial brief | NC | |

| Date | | Hours | Description | | Attorney |
|---|---|---|---|---|---|
| 04/10/06 | Mon | 1.75 | calls with counsel and clients re trial; review docs and research | NC | Karen Miller |
| 04/11/06 | Tue | 5.50 | Trial and conferences with counsel and clients | NC | Karen Miller |
| 04/12/06 | Wed | 6.00 | Trial and conference | NC | Karen Miller |
| 04/13/06 | Thu | 5.00 | Trial and meetings with co counsel and clients | NC | Karen Miller |
| 04/14/06 | Fri | 5.00 | trial prep and attend trial; calls; emails; | NC | Karen Miller |
| 04/17/06 | Mon | 0.25 | discuss trial and strategy with M. Selwyn | NC | Karen Miller |
| 04/18/06 | Tue | 0.50 | preliminary injunction discussions and emails | NC | Karen Miller |
| 04/19/06 | Wed | 0.33 | emails with M.Selwyn re: strategy, pi | NC | Karen Miller |
| 04/20/06 | Thu | 1.58 | Review cert lists and transcripts; emails and call with co counsel re PI | NC | Karen Miller |
| 04/21/06 | Fri | 0.20 | Emails to and from Selwyn re: Adverse Impact Analysis and related matters | NC | Karen Miller |
| 04/24/06 | Mon | 0.75 | work on pi; calls with co counsel and cls. ; review docs | NC | Karen Miller |
| 04/25/06 | Tue | 0.67 | review pi; emails and calls re; pi | NC | Karen Miller |
| 04/26/06 | Wed | 2.00 | tel conf with counsel re; pi; review and revise docs; emails | NC | Karen Miller |
| 04/27/06 | Thu | 1.50 | Telephone call with Selwyn re: Motion for Injunctive Relief | NC | |
| 05/02/06 | Tue | 0.67 | review docs; calls and email for trial | NC | Karen Miller |
| 05/03/06 | Wed | 4.50 | attend trial | NC | Karen Miller |
| 05/04/06 | Thu | 8.50 | prep and attend Bench Trial | NC | |
| 05/08/06 | Mon | 0.20 | Emails to and from Selwyn re: Motion for Injunctive Relief | NC | |
| 05/09/06 | Tue | 3.00 | Prep for closing; attend closing; pre and post hearing conf. with clients; counsel | NC | Karen Miller |
| | | | Work on PI motion; calls and emails with co-counsel and pls | | |
| 05/11/06 | Thu | 1.00 | counsel | NC | Karen Miller |
| 05/12/06 | Fri | 1.40 | Conf. Call with Selwyn re: Motion for Injunctive Relief | NC | |
| 05/14/06 | Sun | 0.50 | post trial brief issues | NC | Karen Miller |
| 05/16/06 | Tue | 1.25 | work on pi; post trial issues; letters; calls; emails | NC | Karen Miller |
| 05/17/06 | Wed | 0.80 | Numerous emails to and from Selwyn re: Motion for Injunctive Relief | NC | |
| 05/18/06 | Thu | 0.20 | Emails to and from Selwyn re: Status and Strategy | NC | |
| 05/21/06 | Sun | 0.00 | rev and discuss post trial brief, emails calls w. counsel | NC | Karen Miller |
| 05/22/06 | Mon | 7.30 | Emails to and from Selwyn re: trial transcripts and post trial brief | NC | |
| 05/23/06 | Tue | 0.58 | work on post trial brief; email and calls with co-counsel | NC | Karen Miller |
| 05/24/06 | Wed | 1.58 | Review PI motion; prepare for hearing; calls with clients and co-counsel | NC | Karen Miller |

| Date | Hours | Description | | Attorney |
|------|-------|-------------|------|----------|
| 05/25/06 Thu | 3.00 | PI motion hearing; pre and post hearing conferences w. clients; counsel | NC | Karen Miller |
| 05/26/06 Fri | 0.10 | Emails to and from Selwyn re: Legal Research | NC | Karen Miller |
| 05/31/06 Wed | 0.75 | case strategy discussions; review expert reports; emails to and from Selwyn | NC | Karen Miller |
| 06/02/06 Fri | 0.67 | consultation with co counsel re case status; pi denial | NC | Karen Miller |
| 06/04/06 Sun | 0.30 | Emails to and from Selwyn re: Preliminary Injunction Motion | NC | |
| 06/05/06 Mon | 1.50 | Conference call with Selwyn re: case and strategy | NC | |
| 06/05/06 Mon | 0.00 | client call to discuss denial of PI motion | NC | Karen Miller |
| 06/06/06 Mon | 2.00 | Emails to and from Cohen re: Post Trial Proposed Findings of Fact work on closing | NC | |
| 06/06/06 Tue | | Rev. docs; pleadings expert reports for prep for closing; calls with clients | NC | Karen Miller |
| 06/07/06 Wed | 1.50 | Review findings of facts; work on closing; emails and call with M.Selwyn | NC | Karen Miller |
| 06/08/06 Thu | 2.10 | Prepare for closing; attend closing arguments; pre and post hearing conf with clients and co counsel | NC | Karen Miller |
| 06/09/06 Fri | 3.75 | Emails to and from Selwyn re: Case Status and Strategy | NC | |
| 06/13/06 Tue | 0.10 | Emails from Selwyn re: Case Status and Strategy | NC | |
| 06/29/06 Thu | 0.10 | Telephone call with Selwyn re: Case Status and Strategy | NC | |
| 07/14/06 Fri | 0.10 | Telephone call with Selwyn re: Case Status and Strategy | NC | |
| 07/17/06 Mon | 0.10 | Emails to and from Selwyn re: case status and strategy | NC | |
| 07/18/06 Tue | 0.40 | Emails to and from Selwyn re: court decision and related matters | NC | |
| 08/08/06 Wed | 0.20 | Emails to and from Selwyn re: remedy issues | NC | |
| 08/09/06 Thu | 0.20 | Calls to and from Selwyn re: case status and strategy and conference call | NC | |
| 08/10/06 Thu | 1.70 | Prepare for and Meet with clients and pls. counsel to discuss remedy | NC | |
| 08/11/06 Fri | 0.00 | Conf. call with clients and co-counsel re: remedy; review proposed agreement | NC | Karen Miller |
| 08/11/06 Fri | 0.00 | Read decision; emails/calls with clients and co-counsel | NC | Karen Miller |
| 08/16/06 Wed | 0.40 | Emails to and from Selwyn re: various matters | NC | |
| 09/01/06 Fri | 0.50 | Review and edit draft remedial order; phone calls; emails | NC | |
| 09/12/06 Sat | 0.20 | Emails to and from Selwyn re: Consent Decree | NC | Karen Miller |

| Date | | Hours | Description | | Name |
|---|---|---|---|---|---|
| 09/05/06 | Tue | 0.20 | Telephone call with Selwyn re: status and strategy | NC | |
| 09/06/06 | Wed | 0.30 | Telephone calls and emails with Selwyn re: remedy proposal | NC | |
| | | | Telephone call and email to Selwyn re: proposed remedial | | |
| 09/15/06 | Fri | 0.40 | order | NC | |
| 09/17/06 | Sun | 0.10 | Email from Selwyn re: meeting with city of Boston | NC | |
| 09/22/06 | Fri | 0.20 | Call to Selwyn re: case strategy and status | NC | |
| 09/25/06 | Mon | 0.10 | Emails to and from Selwyn re: settlement meeting | NC | |
| 09/28/06 | Thu | 0.10 | Emails to and from Selwyn re: settlement meeting | NC | |
| 09/29/06 | Fri | 0.50 | Rev. proposed settlement; calls with clients | NC | |
| 09/29/06 | Fri | 0.20 | Telephone cal to Selwyn re: various matters | NC | Karen Miller |
| 10/01/06 | Sun | 0.10 | Email to Selwyn re: Settlement Meeting | NC | |
| 10/03/06 | Tue | 1.50 | Settlement meeting with defs | NC | |
| 10/4/20006 | Wed | 0.20 | telephone call to Selwyn re: case status and strategy | NC | Karen Miller |
| | | | Emails and calls to and from Selwyn re: Adverse Impact | | |
| 10/09/06 | Fri | 0.50 | Analysis | NC | |
| 10/10/06 | Sat | 0.30 | Emails to and from Selwyn re: Settlement Strategy | NC | |
| 10/11/06 | Sun | 0.40 | Call with Selwyn | NC | |
| 10/19/06 | Thu | 0.30 | Numerous emails to and from Selwyn | NC | |
| 10/22/06 | Sun | 0.10 | Emails to/ from Selwyn re: Settlement Proposal | NC | |
| | | | Telephone call from Selwyn re: Remedy Hearng and Related | | |
| 10/25/05 | Wed | 0.10 | Matters | NC | |
| | | | Telephone call from Selwyn re: Remedy Hearing and Related | | |
| 10/26/05 | Thu | 0.10 | Matters | NC | |
| 10/27/06 | Fri | 0.40 | Emails from Selwyn re: Remedial Order | NC | |
| 10/30/06 | Mon | 4.30 | Prep and attend hearing; Telephone call from Selwyn | NC | |
| 11/20/06 | Mon | 0.10 | Telephone call from Selwyn re: Fee Petition | NC | |
| 11/21/06 | Tue | 0.30 | Telephone call to/ from Selwyn re: Fee Petition | NC | |
| 11/29/06 | Wed | 0.10 | Emails to and from Selwyn re: Fee Petition | NC | |
| 12/05/06 | Tue | 0.10 | Email from Selwyn re: Motion to Amend | NC | |
| 12/06/06 | Wed | 0.90 | Numerous emails to and from Selwyn re: Joint Motion | NC | |
| | | | Emails to and from Selwyn re: motion to Amend Remedial | | |
| 12/07/06 | Thu | 0.80 | Order | NC | |
| | | | Emails to and from Selwyn re: Drafting of Joint Motion to | | |
| 12/11/06 | Mon | 0.90 | Amend Remedial Order | NC | |
| 12/12/06 | Tue | 0.70 | Telephone and Emails to/ from Selwyn re: Joint Motion | NC | |
| 12/13/06 | Wed | 0.70 | Email from Selwyn re: case status | NC | |
| 12/14/06 | Thu | 0.10 | Email t Selwyn re: Remediation Issues | NC | |

| Date | Hours | Description | |
|---|---|---|---|
| 12/18/06 Mon | 1.40 | Emails and Telephone calls to/ from Selwyn re: motion to Amend Remedial Order | NC |
| 12/20/06 Wed | 0.60 | Emails to/ from Selwyn re: Motion to Amend Remedial Order | NC |
| 12/21/06 Thu | 0.10 | Email to and from Selwyn re: Remedial Hearing | NC |
| 01/15/07 Mon | 0.20 | Emails to and from Selwyn re: case status | NC |
| 01/16/07 Tue | 0.20 | Telephone and Emails from Selwyn | NC |
| 01/17/07 Wed | 0.30 | Telephone call from Selwyn | NC |
| 02/01/07 Thu | 0.40 | Emails to and from Selwyn | NC |
| 02/06/07 Tue | 0.20 | Emails to and from Selwyn | NC |
| 02/08/07 Thu | 0.30 | Telephone call to Selwyn re: Court Hearing | NC |
| 02/20/07 Wed | 0.10 | Emails to and from Selwyn re: Fee Petition | NC |
| TOTAL | 179.48 | | |