UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>CITY OF LYNN, *et al.*,<br><br>      Defendants.<br><br>BOSTON SOCIETY OF THE VULCANS and<br>NEW ENGLAND AREA CONFERENCE OF THE<br>NAACP,<br><br>      Intervenors. | CIVIL ACTION<br>NO. 05-10213-PBS |

## JUDGMENT

This action came on for trial before the Court, Honorable Patti B. Saris, District Judge, presiding, with regard to whether the entry-level firefighter examinations used in 2002 and 2004 by the State defendants, the Commonwealth of Massachusetts, Human Resources Division, and Ruth Bramson, in her capacity as Personnel Administrator of the Human Resources Division, violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and the federal consent decree in Boston Chapter, NAACP, Inc. v. Beecher, 371 F. Supp. 507 (D. Mass. 1974). The issues having been duly tried and decisions on liability and remedy having been duly rendered, and the Court having found pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay in entering final judgment as to the firefighter claims involving the State defendants only,

05-cv-10213-PBS   D    155   Fil   03/15/2007   Page 4 of 4

It is hereby Ordered and Adjudged that judgment on the firefighter claims, with respect to the 2002 and 2004 examinations, shall enter for the plaintiffs and against the State defendants, and relief shall be granted as set forth in the Court's December 6, 2006, Remedial Order.

Dated at Boston, Massachusetts, this 20 day of March, 2007.

*[signature]*

Deputy Clerk of Court.