UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LYNN, *et al.*, <br><br> Defendants. | CIVIL ACTION <br> NO. 05-10213-PBS |

**JOINT MOTION TO EXTEND APPEAL PERIOD AND OTHER SCHEDULED DATES**
**(EXPEDITED DETERMINATION REQUESTED)**

On March 20, 2007, this Court entered judgment in favor of the plaintiffs against the State defendants (# 159). The thirty-day appeal period will expire on April 19, 2007. The parties have been, and still are, engaged in settlement negotiations which, if successful, could obviate an appeal by the State defendants. Counsel believe that the result of the negotiations will be known within the next thirty days, but not by April 19, 2007.

Wherefore, the parties jointly move the Court to extend the period for filing of a notice of appeal by the State defendants for good cause by thirty (30) days to May 19, 2007, pursuant to Rule 4( a)(5) of the Federal Rules of Appellate Procedure.

For the same reason, the parties also jointly move to extend other scheduled dates as follows:

ADR Conference with Magistrate Judge Sorokin, now scheduled for April 27 (see 2/21/2007 docket entry notice) to a date on or after May 24, 2007.

State defendants' responses to plaintiffs' and interveners' motions for attorney's fees,

now scheduled for April 30, 2007 (see clerk's notes 2/7/2007) to May 30, 2007.

    Hearing on motions for attorneys' fees, now scheduled for May 23, 2007, to a date on or after June 22, 2007.

                  Respectfully submitted,

                  COMMONWEALTH OF MASSACHUSETTS,
                  HUMAN RESOURCES DIVISION et als, State Defendants

                  By their attorneys,

                  MARTHA COAKLEY
                  ATTORNEY GENERAL

                  /s/ Ronald F. Kehoe
                  Ronald F. Kehoe, BBO # 264260
                  Assistant Attorneys General
                  One Ashburton Place
                  Boston, MA 02108-1698
                  (617) 727-2200, ext. 2619 (Kehoe), ext. 2052 (Shin)

                  JACOB BRADLEY et als, Plaintiffs

                  By their Attorneys


                  /s/ Harold Lichten
                  Harold Lichten, BBO # 549689
                  Pyle Rome Lichten Ehrenberg & Liss-Riordan, P.C.

                  18 Tremont Street
                  Boston, MA 02108
                  (617) 367-7200


## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be faxed to those indicated as nonregistered participants on April 18, 2007.

                                                    /s/Ronald F. Kehoe

Dated: April 18, 2007