UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LYNN, *et al.*, <br><br> Defendants. | CIVIL ACTION <br> NO. 05-10213-PBS |

**JOINT MOTION TO CONTINUE ALTERNATIVE DISPUTE RESOLUTION HEARING**

The State defendants and the plaintiffs jointly move to continue the Alternative Dispute Resolution hearing, currently scheduled for April 27, 2007, before Magistrate Judge Leo T. Sorokin. In support, the parties state that they have been, and still are, engaged in settlement negotiations, which, if successful, could obviate the need for mediation. Accordingly, the parties jointly request that the mediation date be continued until **May 24, 2007**, or to a date thereafter.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,
HUMAN RESOURCES DIVISION, et al., State
Defendants,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL


 /s/ Sookyoung Shin
Ronald F. Kehoe, BBO # 264260
Sookyoung Shin, BBO # 643713
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 3221 (Kehoe), ext. 2052 (Shin)


JACOB BRADLEY, et als., Plaintiffs,

By their attorneys,

 /s/ Shannon Liss-Riordan
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Pyle, Rome, Lichten, Ehrenberg &
        Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

April 20, 2007

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on April 20, 2007.

      /s/ Sookyoung Shin
      Sookyoung Shin
      Assistant Attorney General