UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
JACOB BRADLEY, et al.,                      )
                    Plaintiffs              )
                                            )
v.                                          )          CIVIL ACTION NO. 05-10213-PBS
                                            )
CITY OF LYNN, et al.,                       )
                    Defendants              )
_____)


**MOTION FOR APPROVAL OF SETTLEMENT**


Plaintiffs' counsel and counsel for the Commonwealth of Massachusetts Human Resources Division hereby move this Honorable Court for approval of the attached settlement agreement, which settlement agreement effectuates and resolves the decision of this court dated August 8, 2006, and its subsequent order on remedy dated December 6, 2006.

As part of this settlement agreement, the Commonwealth has waived its rights of appeal and in doing so has agreed not to pursue arguments which could invalidate all or part of the court's decision.  Plaintiffs' counsel and the Commonwealth believe that the proposed settlement agreement is fair and reasonable and would foster the public interest.

Therefore, as more fully provided in the proposed memorandum in support of motion for approval of settlement, this court is requested to approve the proposed settlement agreement, and to order that its terms be implemented.

Respectfully submitted,

JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS,

By their attorneys,


_____s/ Harold L. Lichten_____
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Date:  May 25, 2007          (617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by electronic filing on May 25, 2007.


___ _s/ Harold L. Lichten_____
Harold L. Lichten

2