UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF LYNN, *et al.*,<br><br>        Defendants. | CIVIL ACTION<br>NO. 05-10213-PBS |

**JOINT STATUS REPORT AND MOTION TO CONTINUE
ALTERNATIVE DISPUTE RESOLUTION HEARING**

Further to Magistrate Judge Leo T. Sorokin's electronic Order of April 23, 2007, the State defendants and the plaintiffs submit this joint status report and further move to continue the Alternative Dispute Resolution hearing, currently scheduled for June 19, 2007. The parties state that their settlement negotiations have been successful and that a proposed agreement was filed with the Court on May 21, 2007. The parties understand that the Court intends to schedule a hearing for June 6, 2007, to review the agreement and the proposed notices to the class members. If, after allowing sufficient time for class members to submit any objections, the Court approves the agreement, it will obviate the need for mediation. Accordingly, the parties jointly request that the mediation date be continued for two months until **August 19, 2007**, or to a date thereafter.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,
HUMAN RESOURCES DIVISION, et al., State
Defendants,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL

 /s/ Sookyoung Shin
Ronald F. Kehoe, BBO # 264260
Sookyoung Shin, BBO # 643713
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 3221 (Kehoe), ext. 2052 (Shin)


JACOB BRADLEY, et als., Plaintiffs,

By their attorneys,

 /s/ Shannon Liss-Riordan
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

May 25, 2007

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on May 25, 2007.

                /s/ Sookyoung Shin
                Sookyoung Shin
                Assistant Attorney General