IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,<br><br>    PLAINTIFFS<br><br>v.<br><br>CITY OF LYNN, EDWARD J. CLANCY, JR., In his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN SERVICES; and RUTH BRAMSON, In her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts,<br><br>    DEFENDANTS. | Civil Action No. 05-10213-PBS |

### JOINT MOTION TO CONTINUE PRE-TRIAL CONFERENCE
### AS TO CITY OF LYNN CIVIL ACTION

Now come the plaintiffs and the Defendant City of Lynn, only, and jointly move to continue the Pre-Trial Conference scheduled for this afternoon at 2:00 p.m. As grounds for said Motion, the parties state as follows:

1.  The Notice of the Pre-Trial Conference relating to the City of Lynn civil action was among numerous sent from the United States District Court. The City was unaware until recently that the Pre-Trial Conference regarding the City of Lynn case was also scheduled for this afternoon.

2.  A Settlement Conference regarding the State case remains on the docket for this afternoon and the parties wish for this conference to proceed.

3.  Counsel for the plaintiffs and the City of Lynn have a scheduled meeting on August 9, 2007 to discuss a possible resolution of this matter which would avoid the need for a trial on the merits.

Wherefore, the parties jointly move to continue the Pre-Trial Conference to a date sometime after the August 9, 2007 settlement conference between counsel for the plaintiffs and the City of Lynn.

| FOR THE PLAINTIFFS | FOR THE DEFENDANT |
|---|---|
| | CITY OF LYNN |

/s/ Alfred Gordon                         /s/ George S. Markopoulos
Alfred Gordon, BBO # 630456               George S. Markopoulos. BBO # 546189
PYLE, ROME, LICHTEN, EHRENBERG            Assistant City Solicitor
    & LISS-RIORDAN                     Lynn City Hall
18 Tremont Street, Suite 500              3 City Hall Square  Room 406
Boston, MA  02108                         Lynn  MA  01901
(617)367-7200                             (781)  598-4000. Ext. 6840

Dated: July 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by electronic notice on July 30, 2007, on all the attorneys registered with the Electronic Filing System and by U.S. Mail on James Lamanna, City Solicitor's Office, Room 406, Lynn City Hall, Lynn, MA 01901.

   /s/ Alfred Gordon
Alfred Gordon