UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts,<br>    Defendants,<br><br>BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP,<br>    Intervenors | Civil Action No. 05-10213-PBS |

### AFFIDAVIT OF SHANNON LISS-RIORDAN, ESQ.

I, Shannon Liss-Riordan, under oath, hereby state as follows:

1.   I am a counsel to the plaintiffs in this litigation. I submit this affidavit to confirm to the Court the notice that has been provided to class members, pursuant to the Settlement Agreement that the Plaintiffs and Intervenors reached with the State Defendants, and pursuant to the Court's direction at the hearing held on July 30, 2007.

2.   As required under Paragraph 6 of the Settlement Agreement, Plaintiffs' counsel sent out the settlement notices as described in that paragraph

on approximately July 2, 2007. These notices were sent by first class mail to the addresses provided by HRD.

3.  For all notices that were returned as undeliverable, Plaintiffs' counsel made efforts to find updated addresses (through a directory available on the internet) and re-delivered the notices to the corrected addresses for all those that could be located. In addition, Plaintiffs' counsel searched for updated addresses for all individuals who did not return claim forms and re-delivered the notices to the corrected addresses for all those that could be located.

4.  Following the hearing held on July 30, 2007 (on August 2, 2007), Plaintiffs' counsel sent a copy of the revised Settlement Agreement (the version filed on July 30, 2007), to all Boston police shortfall candidates who had submitted claim forms by that date, along with the cover letter and revised notice attached here as Exhibit A. Also, all Boston police shortfall candidates for whom we found corrected addresses after that date received this cover letter and revised notice.

5.  Attached here as Exhibit B are spreadsheets showing the results of the notice process for the shortfall class members. As shown here, we have received claim forms from 38 shortfall fire class members, from 22 shortfall police (non-Boston) class members, and from 54 shortfall Boston police class members.

7.  Attached here as Exhibit C is a spreadsheet showing the proposed distribution of the delay payments, pursuant to paragraph 7 of the settlement agreement. We have received claim forms from 21 delay class members.

8. We have not received claim forms from 5 individuals who Plaintiffs and HRD determined are eligible for delay payments. Plaintiffs' counsel have made special efforts to reach these individuals by phone, and we will continue to make such efforts, with cooperation as well from the Intervenors.

9. For those communities for which we have not yet received a sufficient number of claim forms to allow the requisite number of shortfall hirings to be made pursuant to paragraph 1 of the agreement, Plaintiffs' counsel, with cooperation from the Intervenors, will continue efforts to locate class members who have not yet responded.

10. We have received no objections to the settlement.


Signed under the pains and penalties of perjury this 23rd day of August 2007.

_____
Shannon Liss-Riordan

      Enclosed is an amended notice and settlement agreement regarding a case involving your attempt to be hired by the City of Boston Police Department.  You should read this notice and agreement carefully.  For those of you who have already received this notice before, you should note that there is one change to the agreement that specifies that if you are hired as a Boston police officer, you will not receive retroactive civil service seniority.  While candidates in some other cities will receive such seniority, the settlement provides that Boston police candidates will not because the City of Boston engaged in extensively recruiting efforts for minority applicants in 2002 and 2004, and therefore their hiring practices may not have resulted in discrimination.

      For those of you who have not received this notice before, please be advised that this notice was sent out once before, but, apparently, we did not reach you in the first mailing.  Since that time, we have made additional efforts to locate your name and address and hope that this second mailing reaches you.  As the notice provides, if you have any questions or concerns, you can call our office at the number listed above and ask for Cindy Nile.

      Sincerely,


      Shannon Liss-Riordan
      Harold L. Lichten

**EXHIBIT A1**
**NOTICE TO BOSTON POLICE CANDIDATES**

**YOU MAY BE ENTITLED TO BE CONSIDERED FOR HIRING AS A POLICE OFFICER AS A RESULT OF A RECENT SETTLEMENT IN THE CASE OF <u>BRADLEY, ET AL. V. COMMONWEALTH OF MASSACHUSETTS, ET AL.</u>, U.S. DISTRICT COURT, CIVIL ACTION NO. 05-CV-10213-PBS.**

      As a result of a recent court decision and settlement agreement reached in the case of <u>Bradley, et al. v. Commonwealth of Massachusetts, et al.</u>, U.S. District Court, Civil Action No. 05-CV-10213-PBS, certain minority candidates who took the 2002 or 2004 entry-level civil service firefighter examination, or the 2003 or 2005 entry-level civil service police officer examination may be entitled to be considered for hiring in the next round of hiring as a police officer or firefighter in the respective city or town where you applied. In order to ensure that you obtain this relief for hiring consideration, it is important that you fill out the enclosed claim form and return it to plaintiffs' counsel at the address listed on that form. This form will be used solely for the purposes of obtaining relief for you in this case and to notify the Commonwealth of Massachusetts Human Resources Division of your interest in being considered for hire as a police officer.

      In the case of <u>Bradley, et al. v. Commonwealth of Massachusetts, et al.</u>, U.S. District Court, Civil Action No. 05-CV-10213-PBS, the Federal District Court has found that the entry-level examination for firefighters given by the Commonwealth of Massachusetts may have had a disparate impact on minority candidates and, as a result, there may have been qualified minority candidates who were not reached for consideration as a firefighter, or hired, because of their examination score. Further, you have been identified as one of the individuals whose name may have been reached for consideration for hiring if the entry-level examination had not had a disparate impact.

      Under the terms of the proposed settlement agreement (which is intended to carry out the court's rulings and apply those rulings to the 2003 and 2005 police officer exams, as well as the 2002 and 2004 firefighter exams), if you still seek to be hired, your name will be placed on a "shortfall" list of minority applicants who will be considered for hiring at the top of the current civil service examination list in the town or city where you sought to be hired in 2002, 2003, 2004, or 2005. Unlike other class members in this case who will be entitled to some back pay and seniority if hired, class members who are hired for the Boston Police Department will not receive back pay or seniority as part of this settlement, because the City of Boston hired a significant number of minority candidates during this period by utilizing special lists, and therefore its hiring may not have been unlawful. A copy of the proposed settlement agreement, made as a result of the court's decision, is attached hereto for your convenience.

      You are further advised that you have the right to object to this settlement agreement and may do so by submitting your objections in writing, no later than August 22, 2007, to:

> The Honorable Patti B. Saris
> U.S. District Court for the District of Massachusetts
> One Courthouse Way
> Boston, MA 02210

The court will hold a fairness hearing on August 23, 2007, at 2:00 p.m. at which time the parties will ask that the court approve the settlement. You have the right to attend this hearing. Should you have any questions or concerns or require further information, you may contact the plaintiffs' lawyers by e-mailing Cindy Nile at cnile@prle.com or writing to:

> Harold L. Lichten
> Shannon Liss-Riordan
> Attorneys for Plaintiffs
> Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
> 18 Tremont St., Ste. 500
> Boston, MA 02108

| Community | Shortfall | Number of returned claims | Names | Returned | |
|---|---|---|---|---|---|
| | | SHORTFALL FIRE CLASS MEMBERS | | | |
| Belmont | 1 | 0 | DACEY,SEAN D | | |
| | | | BELTRAN,FERNANDO M | | |
| | | | NEEDHAM,CHRISTOPH Y | | |
| | | | CHAMPNEY,KRISTINE S | | |
| | | | | | |
| Boston | 8 | 21 | BROOKSJR.,ARTHUR S | 1 | |
| | | | MORRIS,MARCUS L | 1 | |
| | | | GONZALEZ,VINCENT M | 1 | |
| | | | MORE,SENEN M | 1 | |
| | | | GREENEII,LARENTZ O | 1 | |
| | | | MONTEIRO,AMOS | 1 | |
| | | | OWENS,RODNEY A | 1 | |
| | | | POWELL,LYNNERIC P | 1 | |
| | | | WILLIAMS,KENNETH W | | |
| | | | FERNANEZJR.,FERNANDO | | |
| | | | QUINCHIA,JEFFREY J | | |
| | | | CALVERLEY,DWAYNE S | | |
| | | | HILLMANIII,FLETCHER L | | |
| | | | HOOLEY,DANIEL J | | |
| | | | SEYMOUR,NIKKI M | | |
| | | | VOLZ,SCOTT A | | |
| | | | CRUZADO,MICHAEL P | | |
| | | | HEILIG,CHRISTOPH J | 1 | |
| | | | RIVERA,MIGUEL A | | |
| | | | GANGEMI,MARCUS A | 1 | |
| | | | ROWELLJR,JESSE L | 1 | |
| | | | TAYLOR,TYRONE R | | |
| | | | WATSON,GLYNN T | 1 | |
| | | | WILLIE,HENRY A | 1 | |
| | | | WITHERS,JAY | 1 | |
| | | | BERDECIA,JONATHAN M | 1 | |
| | | | LITTLE,CARRE F | | |
| | | | ROSA,ANTONIO M | 1 | |
| | | | COOK,JOSHUA T | | |
| | | | DEPASS,NEVILLE G | 1 | |
| | | | JOHNSON,KENNETH T | | |
| | | | QUASHIE,VERN L | | |
| | | | RIVERS,SIRESJR A | | |
| | | | TURNER,DARYL A | 1 | |
| | | | CORBETT,TYRANCE J | 1 | |
| | | | DAVIS,KEVIN L | 1 | |
| | | | KERR,DEIDRE T | 1 | |
| | | | LIGON,JEROLD | 1 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | WEEKES,STEVEN A |  |  |
|  |  |  | FELICIANO,JASON M |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **Brookline** | 4 | 5 | HARRIS,JAMES C |  |  |
|  |  |  | GRAHAM,JERMAIN D | 1 |  |
|  |  |  | SAINSURIN,KERRY B | 1 |  |
|  |  |  | SKELTON,FRANCISCO G | 1 |  |
|  |  |  | WEST,TIMOTHY L |  |  |
|  |  |  | JONES,BRADFORD H |  |  |
|  |  |  | MITCHELL,CHRISTOPH E | 1 |  |
|  |  |  | TORRES,ELIN J | 1 |  |
|  |  |  | ARRINGTON,DON Q |  |  |
|  |  |  |  |  |  |
| **Everett** | 1 | 2 | FLINT,QUENTON S | 1 |  |
|  |  |  | BODDEN-CARR,MARVA L | 1 |  |
|  |  |  | TOSIKE,ULYSSES D |  |  |
|  |  |  |  |  |  |
| **Leominster** | 1 | 0 | RIVERA,MARTHA E |  |  |
|  |  |  | VELAZQUEZ,FELIX H |  |  |
|  |  |  | GIROUARD,RANDY M |  |  |
|  |  |  |  |  |  |
| **Lynn** | 2 | 6 | THOMAS, JARED C | 1 |  |
|  |  |  | DELEON,GABRIEL |  |  |
|  |  |  | RIDLEY, KEITH J | 1 |  |
|  |  |  | KIMBER, JR., ROBERT L | 1 |  |
|  |  |  | MELENDEZ, LIZBETH |  |  |
|  |  |  | BRANTLEY,JEREMAINE K |  |  |
|  |  |  | LOPEZ, PEDRO A |  |  |
|  |  |  | RIDLEY, MATTHEW | 1 |  |
|  |  |  | BURRIS, ANNHONY | 1 |  |
|  |  |  | REINOSO,SAMUEL | 1 |  |
|  |  |  |  |  |  |
| **New Bedford** | 1 | 2 | CONCEICAOJR,DANIEL J | 1 |  |
|  |  |  | ORRICO,JOSEPH J |  |  |
|  |  |  | GOMES,ALFRED J | 1 |  |
|  |  |  | PIRES,JASON M |  |  |
|  |  |  |  |  |  |
| **Revere** | 1 | 0 | BENJAMIN,JASON A |  |  |
|  |  |  | JONESJR.,JOHN J |  |  |
|  |  |  | MANNINGWEATHE,VERONICA R |  |  |
|  |  |  | CROWELL,ANDREA C |  |  |
|  |  |  | VILLEGAS,ALEXANDER |  |  |
|  |  |  | ESTEVEZ,DENNIS |  |  |
|  |  |  | HERNANDEZ,DAVID |  |  |
|  |  |  | HOLLINS,DERREL |  |  |
|  |  |  | GRACIANI,BENJAMIN |  |  |
|  |  |  | VELASQUEZ,ROBERTO T |  |  |
|  |  |  | ROJAS,FELIX E |  |  |

| Taunton | 2 | 1 | GAITAN,JAMIE J | | |
|---|---|---|---|---|---|
| | | | SANTOSJR,GARY M | | |
| | | | NORMIL,ROGER | | |
| | | | DIXON,YUSEF D | 1 | |
| | | | | | |
| | | | | 38 | |

| SHORTFALL POLICE CLASS MEMBERS (NON-BOSTON) | | | | | |
|---|---|---|---|---|---|
| Community | Shortfall | Number of Returned claims | Names | Returned | |
| Bedford | 1 | 1 | MALONEY,SHELDON L | 1 | |
| Beverly | 1 | 1 | FIGUEROA,WILLIAM J | 1 | |
| | | | O'SHEA,LISA M | | |
| Brookline | 4 | 2 | FIGUEREO,ROBERTO O | 1 | |
| | | | ATTRIDEJR,ANTHONY D | | |
| | | | TORRES,EDWARD | | |
| | | | JONES,ANNZINETH | 1 | |
| Cambridge | 6 | 7 | BURROSO,DANIEL P | | |
| | | | BASCOMB,KENNETH L | | |
| | | | DACOSTA,LUIS G | | |
| | | | NASH,DERRICK | 1 | |
| | | | COLLAZO,IVAN | | |
| | | | HOLLOMAN,LAVETT A | | |
| | | | JONES,MICHAEL G | 1 | |
| | | | COLLAZO,ARIEL | | |
| | | | MARINEZ,ANGIE | | |
| | | | TORRES,SILVIO C | 1 | |
| | | | ALLEN,STEVE | | |
| | | | ABY,LAETITIA P | 1 | |
| | | | BUCHANNAN,JAMIE | 1 | |
| | | | BENSON,THOMAS W | | |
| | | | BERNARDO,JERRY J | | |
| | | | ST-JEAN,KETTLY | | |
| | | | BENZAN,REYNALDO A | | |
| | | | NEGRONLUGO,EVELYN Z | | |
| | | | HARVEY,TAMIKA N | 1 | |
| | | | SANCHEZ,DAVID | | |
| | | | GALE,CHRISTOPH M | | |
| | | | HEWITT,SABRINA J | 1 | |
| | | | DUCASSE,BELIA N | | |
| | | | TSCHIBELU,MARC-OLIV | | |
| | | | COLON,TEVIS | | |
| | | | AYALA,JOSE A | | |
| Fall River | 1 | 0 | AGUIAR,JOAO M | | |
| | | | CANITO,ROBERT | | |
| | | | MARTINEZ,MIGUEL E | | |
| | | | SILVA,DERRICK J | | |
| | | | SANTIAGO,SAMUEL | | |
| | | | CRUZ,LUIS D | | |
| | | | PAREDES,JOSE A | | |

| | | | | | |
|---|---|---|---|---|---|
| Lynn | 4 | 4 | BRADLEY,NOAH J | 1 | |
| | | | SILVA,FABIO D | 1 | |
| | | | MCEACHERN,MICHAEL J | | |
| | | | CASTILLO,RANDY | 1 | |
| | | | MARICHAL,JAVIER | | |
| | | | TORRES,MANUEL | | |
| | | | SANTIAGO,KENNETH L | | |
| | | | COLON,AIDA L | | |
| | | | RIDLEY,JAMES J | | |
| | | | FIGUEROA,WILLIAM D | | |
| | | | MOREL,PABLO J | | |
| | | | PEREZ,LUCHI M | | |
| | | | BENCOSME,ANTONIO | | |
| | | | JAMES,ROBERT O | | |
| | | | FRANCO,JULIE P | | |
| | | | PERALTA,JOSE | | |
| | | | REINOSO,SAMUEL | 1 | |
| | | | COOPER,JULIE P | | |
| | | | | | |
| Quincy | 1 | 1 | AMATE,JONATHAN R | | |
| | | | GRIFFIN,WILLIAM F | | |
| | | | RODRIGUEZ,JAY J | | |
| | | | JIMENEZ,JANELL | 1 | |
| | | | FAISON,LARRY A | | |
| | | | | | |
| Revere | 1 | 1 | CUTULLE,LISA N | | |
| | | | JONES,MICHAEL S | 1 | |
| | | | CRISOSTAMO,MISTY A | | |
| | | | COSTA,CLEYTON | | |
| | | | | | |
| Sharon | 1 | 1 | AYUSO,YOBANIS | 1 | |
| | | | | | |
| Southbridge | | | CARRASCOJR.,ESTEBAN | 1 | |
| | 1 | 2 | RODRIGUEZ,ELIESETT | | |
| | | | LEONDIAZ,ANTULIO | | |
| | | | VEGA,LUIS A | 1 | |
| | | | | | |
| Waltham | 3 | 2 | MILINAZZO,ISLANNDIA D | | |
| | | | CESAR,JULES J | 1 | |
| | | | ESPADA,THOMAS J | 1 | |
| | | | WASHINGTON,MICHAEL H | | |
| | | | JIMENEZ,LILLY M | | |
| | | | | | |
| | | | | 22 | |

| BOSTON POLICE SHORTFALL CLASS MEMBERS WHO HAVE RETURNED FORMS | | | | | |
|---|---|---|---|---|---|
| ABERCROMBIE,DORIAN R | | | | | |
| ADARAMOLA,OLUSANYA A | | | | | |
| AMADO,NILDA G | | | | | |
| AUSTIN,ROBERT J | | | | | |
| BARROS, SONIA | | | | | |
| BLAGROVE,DELROY A | | | | | |
| BOYD,CAPRICE R | | | | | |
| BRAZIER,JEAN P | | | | | |
| BROWN,CARMEN A | | | | | |
| BROWN,LILA V | | | | | |
| BURKE,LARRY S | | | | | |
| CADOGAN,ANTHONY G | | | | | |
| CAMPBELL,KIMYATTA M | | | | | |
| CAMPBELL,TYRONE T | | | | | |
| COOK,WILLIAM B | | | | | |
| DAVIS,LASHON | | | | | |
| DIXON,ILLYA E | | | | | |
| EVANSJR,VICTOR L | | | | | |
| GILL,LISA R | | | | | |
| GILMERE,LAKEISHA | | | | | |
| GONZALEZ,ANJENNY | | | | | |
| GREEN,JANICE P | | | | | |
| GRIFFIN,FREDERICK | | | | | |
| HARRIS,REGINA E | | | | | |
| HENDRENII,THEODORE R | | | | | |
| HILL,SIMONE R | | | | | |
| HODGE,JOYCE | | | | | |
| HOWELL,NEYCOLE | | | | | |
| IVEY,KIMBERLY | | | | | |
| JAMES,LENNARD E | | | | | |
| JEAN-FELIX,SIDNEY | | | | | |
| JOHNSON,TYRONE W | | | | | |
| LAMOUR,PETERSON G | | | | | |
| LATSON,DYNELL D | | | | | |
| LEGRANT,WILLIAM A | | | | | |
| MARLEY,JAHNESTA | | | | | |
| MASSEY,MICHAEL D | | | | | |
| MENDES,DEREK H | | | | | |
| MENDES, KELBY | | | | | |
| NORISCAT,MILCA S | | | | | |
| OSINUBI,OLUWATOMI A | | | | | |
| ROBINSON,CHRISTINA E | | | | | |
| ROSSPITT,ALLISON D | | | | | |
| SANTOS,MELINDA F | | | | | |
| SKELLY,KAREEM | | | | | |
| SMITH,ANN | | | | | |
| STEWART,SELOM C | | | | | |
| TURNER-PERRY,TYRONE R | | | | | |

| | |
|---|---|
| VATEL,YVES J | |
| WILLIAMS,CURTIS W | |
| WILLIAMS,HENRY M | |
| WILSON,STEVEN M | |
| WITHERS,JAY | |
| WOODROFFEJR.,VICTOR R | |
| | |
| Total | 54 |

| | POLICE | Department | Name | Delay in Days | % of total | settlement |
|---|---|---|---|---|---|---|
| | | DELAY CLASS MEMBERS | | | | |
| 1 | * | Barnstable | Feliciano, Armando | 70 | 0.009695291 | 5,332.41 |
| 2 | * | East Bridgewater | Soucie, Kevin P | 242 | 0.033518006 | 18,434.90 |
| 5 | | Fitchburg | Cintron, Carlos | 351 | 0.048614958 | 26,738.23 |
| | | Boston | BARZEY, WAYNE | 234 | 0.032409972 | 17,825.48 |
| | | Boston | BURDETTE, PAUL | 234 | 0.032409972 | 17,825.48 |
| | * | Boston | CHAMBERS, TERRIQUE | 234 | 0.032409972 | 17,825.48 |
| | * | Boston | DELVALLE, MARC | 234 | 0.032409972 | 17,825.48 |
| | | Boston | GRANT, DONROY | 234 | 0.032409972 | 17,825.48 |
| | | Boston | MOORE, CHARLES | 234 | 0.032409972 | 17,825.48 |
| 6 | | Revere | Soto, William E | 211 | 0.029224377 | 16,073.41 |
| | FIRE | | | | | |
| 2 | | Waltham | Ruiz, Luis | 405 | 0.056094183 | 30,851.80 |
| 4 | | Boston | Denson, Scott R | 231 | 0.03199446 | 17,596.95 |
| 5 | | Boston | Williams, Mark E | 231 | 0.03199446 | 17,596.95 |
| 6 | * | Boston | Hernandez, Jonathan | 231 | 0.03199446 | 17,596.95 |
| 7 | | Boston | Hardiman, Shawn J | 231 | 0.03199446 | 17,596.95 |
| 8 | | Boston | ConcepcionJr, Dennis | 197 | 0.027285319 | 15,006.93 |
| 9 | | Boston | Delsoin, Nathalie | 197 | 0.027285319 | 15,006.93 |
| 10 | | Boston | Sanchez, David D | 197 | 0.027285319 | 15,006.93 |
| 11 | | Boston | Seales, David L | 197 | 0.027285319 | 15,006.93 |
| 12 | | Boston | Vass, Casley | 197 | 0.027285319 | 15,006.93 |
| 13 | | Gardner | Gibbons, Granville | 609 | 0.08434903 | 46,391.97 |
| 14 | | Lynn | Bradley, Jacob | 490 | 0.067867036 | 37,326.87 |
| 15 | | Lynn | Machado, Joel | 490 | 0.067867036 | 37,326.87 |
| 16 | | New Bedford | Almeida, Scott | 371 | 0.051385042 | 28,261.77 |
| 17 | | Taunton | Valencia, Juan J | 334 | 0.046260388 | 25,443.21 |
| | | Taunton | Valencia, Juan X. | 334 | 0.046260388 | 25,443.21 |
| | | | total | 7220 | 1 | 550,000.00 |

* have not yet returned claim forms