UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,<br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LYNN; EDWARD J. CLANCY, JR., in his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN RESOURCES; and RUTH BRAMSON, in her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts,<br>　　　　　Defendants,<br><br>BOSTON SOCIETY OF THE VULCANS and NEW ENGLAND AREA CONFERENCE OF THE NAACP,<br>　　　　　Intervenors | Civil Action No. 05-10213-PBS |

### SEPARATE AND FINAL JUDGMENT

After hearing, the Court hereby enters Separate and Final Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, approving the Settlement Agreement in the above case. The Court specifically finds that there is no reason for delay in entering final judgment on all claims involving the Commonwealth of Massachusetts and that the interests of justice so require. Further the claims that remain in this case against the City of Lynn are separate and distinct from the claims resolved by this separate and final judgment.

It is therefore so ORDERED

Dated: August 2̲7̲, 2007

_/s/ Patti B. Saris_
The Honorable Patti B. Saris
United States District Court

1