O5cv 10213PBS

The Honorable Patti B. Saris
U.S. Court for the district of Massachusetts
One Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE

2007 OCT 17  A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 15, 2007

Dear Honorable Judge Patti B. Saris,

I promise to make this note short. I am sure you are busy dealing with other serious matters. My name is Laetitia Aby. I am writing you in regards to the Jacob Bradley vs. Commonwealth of Massachusetts case. I happen to be one of the applicants who were denied the post of officer between 2003 and 2005. I was and still am a resident of Cambridge, MA. I took the exams for municipal and MBTA police in Somerville MA in 2003 and also in 2005 at Roslindale High School, Roslindale, MA. Back then, I really had the aptitude and readiness required for the duties at hand. I studied for hours for the exams and worked as hard as I could on my physique at the local gym. I wanted to make sure to maintain a consistent and great health overall should I get hired. I was mainly hoping to get hired by the Cambridge PD, and still had chosen three other localities: Somerville, Boston and Watertown/Waltham since I was familiar with them. I waited over a year to hear from one of those branches, but my wait was in vain as you can see.

I had to cope with the losses of two of my siblings between 1998 and 2003. Mourning can take a toll on one's mental state as you may already know. I endured some financial instability around the same time that drove me to several housing displacements. As much as I wanted to be a police officer for our wonderful localities, I lost my interest as I never heard back from anyone after several unanswered calls and written notes. Being a law enforcer is a rewarding and productive role in society anyone can be proud of. Yet the hardship and circumstances made me decide on legal studies instead.

My intent now is to finish my bachelor within the next two years and work my way to Law studies at some point down the line. I admit that perhaps the curiosity and newly developed interest in studying the laws of this country have somewhat been inspired by this case, and also several unfortunate other discomforting civil violations I had to endure the last ten years trying to make a life for myself in Massachusetts. Friends and family members agreed that would be a better move for me. I spend quality times watching Attorney McCoy on the TV show Law and Order, one of my favorite TV prosecutors; which helps me hold on to my legal studies goals.

10/18/07 Plaintiffs shall file a response within 14 days. Patty Saris

On the other hand, I also wanted to let you know that I did not receive most of the notices that went out in regards to the hearings and settlement that was concluded. The only notice I receive came in the mail on the 9th of August 2007 and that was all she wrote. I also realized last week, through a friend's sister, that I was not the only one on the list to not have received those convocations/notices on time and appropriately.
I was frustrated and still am a little taken aback by it all. The fact that I was not properly notified of the actions taken till the last minute makes this case even more bizarre. I called the office of Nadine Cohen from the Lawyers Civil Rights Committee in Boston on the subject. She was unfortunately about to hand the case over to someone else, yet advised me to write to you or call the other attorney Pyle, Riardon etc about finding some better grounds than the proposed settlement a lot of us did not have a say on it seems.

As I'm writing to you now, I am clueless as to what the actual conclusion was; except that I was told about it over the phone Mr. Harold Lichten's legal assistant. Subsequently enough, I am deviating my intentions and goals away from solving crime or restoring order as a police officer; which is why I hope that perhaps instead of attempting go again through the process of trying to get hired by the police departments, with my name on their shortfall list, I could argue against that settlement since I was never invited to have a say or take part in it. I am hoping to get the recovery/back pay that has been specified however, on the basis that my civil rights were violated due to racial biases as opposed to my say ' inability to do the job and be a part of the Police Corps.

Thank you for your time dear judge. I hope to hear back from you on the subject, and hopefully find a satisfactory agreement soon. It would be nice to get some monies to put towards the fees of my future legal studies and maybe even clear some accidental debts.


Sincerely,


Laetitia Aby