Laetitia Aby
2 Clinton Street Apt 26
Cambridge, MA 02139

12/05/07

FILED
IN CLERKS OFFICE
2007 DEC -7  A 11: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Judge Saris,

I'm writing to you, following up the last letter I sent to your office more than two weeks ago. I have called your office numerous times to assure myself that my notes landed in your hands properly. This is again in regards to the Bradley case. So you see what my intent to seek justice and appropriateness is all about, I have enclosed along with this short note the very first communiqué or notice I ever received from Mr. Lichten's firm. It will show that the law firm initially failed to notify me in a prompt fashion of the procedures of the case. The note was sent to me as a second attempt to reach me, when nothing prior to the date of my receipt of the settlement details was ever sent out to me. This is the reason why I'm so adamant, and I believe rightly so, that the portion of the settlement, pertaining to me specifically be reviewed and overturned as I was not made aware of it all till later.

Thank you for your time. I sincerely hope to hear back from you.



P.S: The way the firm handled notifying the people involved in the settlement made me think that some apparent scrutiny may have, either accidentally or purposely transpired overall.

As of now I have no way of figuring out if everybody else was notified promptly and efficiently, or/and went along with the detailed measures of the settlement or not — something I'll be curious to look into by asking around.

I also haven't seen, read or acknowledged any public report on the case, that may have helped others know where they stand on the matter if anything; or if they are aware of the fact that their names also appear on the various p/ds accordingly (shortfall list).

Thank you again for taking in my perspective and my reasoning here.

Sincerely,

L. Aby

12/05/07

*08/19/07 Received*

August 6, 2007

\# *No Notice prior to this one here was ever sent to my address.*

We have not heard back from you after we sent the enclosed notice last month and we have attempted to locate a current address for you. As described in the notice, you may be entitled for consideration for hiring for a position as a firefighter or police officer. Please return the enclosed claim form as soon as possible so that your name will be included on HRD's list of candidates still interested in being considered for one of these positions.

*I live alone and I'm across the local post office. I checked.*

There will be an additional court hearing for this settlement to be held on August 23, 2007, at 2:00 p.m. If you have any objections to the settlement, you may submit it, as described in the notice, by August 22, 2007, and you may attend the court hearing.

As indicated on the notice, if you have any questions about the settlement, please contact Cindy Nile, at cnile@prle.com, (617) 367-7200.

*11/23/07 Nancy (spoke to) clerk*

**Laetitia Aby 2003**

*1:05-CV-10213-PBS*

PS: I hope that it is alright to make this case and overall settlement public through a local article and some newsbites sometimes soon. I will need all the help I can get to get my voice heard in the matter.

Thank you for your correspondence.

*L. Aby 12/05/07*