UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
JACOB BRADLEY, et al.,                      )
                                            )
            Plaintiffs,                     )
                                            )
v.                                          )   Civil Action No. 05-10213-PBS
                                            )
CITY OF LYNN, et al.,                       )
                                            )
            Defendants,                     )
                                            )
BOSTON SOCIETY OF THE VULCANS, et al.,      )
                                            )
            Interveners                     )
_____)

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND
THE PERIOD FOR THE ORDER OF DISMISSAL AS TO THE CLAIMS
AGAINST THE CITY DEFENDANTS**

Now come the plaintiffs in the above-captioned matter and hereby respectfully request that the Court extend by 30 days the period for the Order of Dismissal as to the claims against the City Defendants. The claims against the remaining defendants were tried to the Court and resolved pursuant to a Court-approved settlement on August 23, 2007.

As grounds for this motion, the plaintiffs assert that they reached agreement in principle with the City Defendants to resolve all outstanding matters and that they notified the Court of such agreement on August 23, 2007. The parties' agreement requires the City to prescreen the plaintiffs for employment prior to the dismissal of the case. The parties thus requested, and the Court granted, a 120-day Order of Dismissal to complete the prescreening process.

Despite the parties' best efforts, the prescreening process has yet to be completed. Therefore, the plaintiffs request that the Court extend the 120-day Order of Dismissal for an additional 30 days – to January 21, 2008 – in order that the parties may effectuate their agreement in an attempt to fully resolve the claims made herein against the City Defendants.

The undersigned conferred with James Lamanna, Counsel for the City Defendants, who assented to this motion.

WHEREFORE, the plaintiffs respectfully request that the Court extend by 30 days the 120-day Order of Dismissal to January 21, 2008.

> Respectfully submitted,
>
> JACOB BRADLEY, NOAH BRADLEY,
> KEITH RIDLEY, and JARED THOMAS,
>
> By their attorneys,
>
>
> ___s/Alfred Gordon_____
> Harold L. Lichten, BBO # 549689
> Shannon Liss-Riordan, BBO # 640716
> Alfred Gordon, BBO # 630456
> Pyle, Rome, Lichten, Ehrenberg
> & Liss-Riordan, P.C.
> 18 Tremont Street, Suite 500
> Boston, MA 02108

Date: December 14, 2007    (617) 367-7200

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on December 14, 2007, on the attorneys of record for the City of Lynn by first class mail to George S. Markopoulos and James Lamanna, City Solicitor's Office, Room 406, Lynn City Hall, Lynn, MA 01901; and to all other attorneys of record by electronic notice through the CM/ECF system.

                                                                         _s/Alfred Gordon_____
                                                                         Alfred Gordon