# United States District Court
### John Joseph Moakley United States Courthouse
### 1 Courthouse Way, Suite 8110
### Boston, Massachusetts 02210

**PATTI B. SARIS**
**DISTRICT JUDGE**

December 18, 2007

Ms. Laetitia Aby
2 Clinton Street, Apt. 26
Cambridge, MA 02139

Dear Ms. Aby:

    While it is unclear why you did not receive the first notice, you clearly received the second follow-up notice. Because you received reasonable notification, your claim and challenge to the class settlement are not viable.

                                        Very truly yours,

                                        PATTI B. SARIS
                                        United States District Judge

cc: Shannon Liss-Riordan
    Pyle, Rome, Lichten,
      Ehrenberg & Liss-Riordan PC
    18 Tremont Street
    Boston, MA 02108

    Sookyoung Shin
    Office of the Attorney General
    One Ashburton Place
    18th Floor
    Boston, MA 02108