# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF LYNN, et al., )<br>)<br>Defendants, )<br>)<br>BOSTON SOCIETY OF THE VULCANS, et al., )<br>)<br>Interveners )  | Civil Action No. 05-10213-PBS |

### PLAINTIFFS' SECOND ASSENTED-TO MOTION TO EXTEND
### THE PERIOD FOR THE ORDER OF DISMISSAL AS TO THE CLAIMS
### AGAINST THE CITY DEFENDANTS

Now come the plaintiffs in the above-captioned matter and hereby respectfully request that the Court extend by an additional 30 days the period for the Order of Dismissal as to the claims against the City Defendants. The claims against the remaining defendants were tried to the Court and resolved pursuant to a Court-approved settlement on August 23, 2007.

As grounds for this motion, the plaintiffs assert that they reached agreement in principle with the City Defendants to resolve all outstanding matters and that they notified the Court of such agreement on August 23, 2007. The parties' agreement requires the City to prescreen the plaintiffs for employment prior to the dismissal of the case. The parties thus requested, and the Court granted, a 120-day Order of Dismissal to complete the prescreening process.

Thereafter on December 17, 2007, the Court granted the plaintiffs' assented-to request for an additional 30 days to complete this process. However, despite the parties' continuing efforts, the prescreening process has yet to be completed. Therefore, the plaintiffs request that the Court extend the Order of Dismissal for an additional 30 days – to February 20, 2008 – in order that the parties may effectuate their agreement in an attempt to fully resolve the claims made herein against the City Defendants. Such an extension will not affect any other matters before this Court.

The undersigned conferred with James Lamanna, Counsel for the City Defendants, who assented to this motion.

WHEREFORE, the plaintiffs respectfully request that the Court extend the Order of Dismissal by an additional 30 days to February 20, 2008.

Respectfully submitted,

JACOB BRADLEY, NOAH BRADLEY,
KEITH RIDLEY, and JARED THOMAS,

By their attorneys,


___s/Alfred Gordon_____
Harold L. Lichten, BBO # 549689
Shannon Liss-Riordan, BBO # 640716
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg
& Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Date:  January 18, 2008      (617) 367-7200

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on January 18, 2008, on the attorneys of record for the City of Lynn by first class mail to George S. Markopoulos and James Lamanna, City Solicitor's Office, Room 406, Lynn City Hall, Lynn, MA 01901; and to all other attorneys of record by electronic notice through the CM/ECF system.

                                                    _s/Alfred Gordon_____
                                                    Alfred Gordon