UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF LYNN, et al.,<br><br>        Defendants,<br><br>BOSTON SOCIETY OF THE VULCANS, et al.,<br><br>        Interveners | Civil Action No. 05-10213-PBS |

**PLAINTIFFS' THIRD ASSENTED-TO MOTION TO EXTEND THE PERIOD FOR THE ORDER OF DISMISSAL AS TO THE CLAIMS AGAINST THE CITY DEFENDANTS AND REQUEST FOR A CONFERENCE BEFORE THE COURT**

Now come the plaintiffs in the above-captioned matter and hereby respectfully request that the Court extend by an additional 60 days the period for the Order of Dismissal as to the claims against the City Defendants. The claims against the remaining defendants were tried to the Court and resolved pursuant to a Court-approved settlement on August 23, 2007.

As grounds for this motion, the plaintiffs assert that they reached agreement in principle with the City Defendants to resolve all outstanding matters and that they notified the Court of such agreement on August 23, 2007. The parties' agreement requires the City to prescreen the plaintiffs for employment prior to the dismissal of the case. The parties thus requested, and the Court granted, a 120-day Order of Dismissal to complete the prescreening process. Thereafter on December 17, 2007, the Court granted the plaintiffs' first assented-to request for an additional 30 days to complete this

process, and on January 18, 2008, the Court granted the plaintiffs' second assented-to request for an additional 30 days to complete this process. However, despite the parties' continuing efforts, the prescreening process has yet to be completed. Therefore, the plaintiffs request that the Court extend the Order of Dismissal for an additional 60 days – to April 21, 2008 – in order that the parties may effectuate their agreement in an attempt to fully resolve the claims made herein against the City Defendants. Such an extension will not affect any other matters before this Court. In addition, to ensure that the parties effectuate the settlement in a timely manner, the plaintiffs request that the Court schedule this matter for a status conference at the Court's earliest convenience.

The undersigned conferred with James Lamanna, Counsel for the City Defendants, who assented to this motion.

WHEREFORE, the plaintiffs respectfully request that the Court extend the Order of Dismissal by an additional 60 days to April 21, 2008, and schedule a status conference at the Court's convenience.

> Respectfully submitted,
>
> JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS,
>
> By their attorneys,
>
> ___s/Alfred Gordon_____
> Harold L. Lichten, BBO # 549689
> Shannon Liss-Riordan, BBO # 640716
> Alfred Gordon, BBO # 630456
> Pyle, Rome, Lichten, Ehrenberg
> & Liss-Riordan, P.C.
> 18 Tremont Street, Suite 500
> Boston, MA 02108
> (617) 367-7200

Date: February 21, 2008

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on February 21, 2008, on the attorneys of record for the City of Lynn by first class mail to George S. Markopoulos and James Lamanna, City Solicitor's Office, Room 406, Lynn City Hall, Lynn, MA 01901; and to all other attorneys of record by electronic notice through the CM/ECF system.

                                                _s/Alfred Gordon_____
                                                Alfred Gordon