Laetitia Ng                                    04/30/08
21 Clinton Street Apt 26
Cambridge, MA 02139

[Case # 05-10213-PBS]   Motion For Request of Review of civil case

[Bradley vs. Boston Police Dept.]
                        City of Lynn
                        Commonwealth of Mass
- Judge Patty B. Saris, handled the case
- Pyle, Rome, Liardom, Lichten, the Rep. Firm

I] My intent is to underline the mild level of scrutiny in the process of this civil case. Whether or not the dozen plus rejected police officers or firefighting candidates of color were all notified and kept aware of the proceedings, all is shady wonder and uncertain.

II] I was one of the plaintiffs whose civil rights were violated a few years ago; I was prevented from continuing the qualifications process due to racial and factual discriminatory factors.

III] I was sent one notice only by the representing firm. I never was notified and warned of the preliminary hearing before I was mailed about a decision and already agreed upon settlement; which I never had a say over and

IV/ Refuse to accept. I am now in school for legal studies, which is one side of the law I feel will suit me best in this state; especially after being denied participation in some big due process such as in this case for instance. What is most appalling is that I was and feel violated twice. I made sure to let the law firm ~~[struck out]~~ know that I wanted to be notified of the final settlement by mail or call or even email (the person I talked to was Jo Hunt or Je Hunt, their paralegal); nothing was done despite that. Now I am on some shortfall list with a couple of police departments; being forced to be a cop or go finish the hiring requirements and only after having it, could I get the punitive damage wrapped up into a one-year back pay of ($88???) something amount I am not even sure about. NO ONE KEPT ME ON THE ROAD

V/ I would like to hold Judge Saris and the P.R.C.I. firm for denying one of my civil rights and participation rights in the matter. Instead of suing, I want that promised backpay punitive damage as a compensation for the mental disruption and stress, as well as time lost and spent on getting this complaint all the way to the Court in general and not directed Judge Saris. If not given the right and time to have my say again or the okay to receive my share of the settlement millions, I will take it to the High Court. [Thank you for cooperating.]

Laetitia

## LAETITIA ABY VS. EKIT.COM

*A CASE OF RETALIATORY TERMINATION# 0711506-GAO*

Dear Court honorees,

I'm writing to express my gratitude to you for the extension you have previously given me in this matter. I am afraid to say I will have to go at it all alone. I was unable to find even one legal aid to represent me in this town. I tried nearing New York City, and found plenty who wanted to represent me but cost too much than I could afford to bring this affair to Justice finally. It is unfortunate that even the Bar Associations in Boston, Ma are not quite equipped for Civil Rights representations of this particular context. I find that a few would gravitate to cases only when they entail more money and publicity rather. It is alright. Between my many living complications and the wrongs I ought to rectify by law, legal classes Online, and training at the moment to catch up on time I lost ten years: so to acquire a simple associate degree at a local Community College. I am laying out the current and ongoing situations of my life to the court here, to explain with clarity and fairness what has held me from making this case move forward. Here I am now, hoping to close it and get my complaint finally heard in its entirety.

I wanted to clarify that my last correspondence was misunderstood and misinterpreted. I did mention in my note to the court that the initial filing of the complaint to the MCAD was based on a classification that I was literally advised by the investigator to opt for since I could not use any other class code, such as the one of "Retaliation". I was told that since the main idea of the harassment I suffered while working for Ekit was based partially on the fact that the girl may or may not have said, or done some wrongs to me based on my sexual orientation. That old question is not relevant to the basis of the distress I suffered due to Ekit's management neglecting the entire problem at hand.

It was all done fast and with a long delay in between since the MCAD had to replace the original investigator on the case. Mr Gordon Davis, unfortunately, in my recollection, did not ever call or contact anyone of my witnesses once to even do some basic analysis and inquiry of what it is that may have happened if anything. I was told by one of the former employees that no one really called them for questioning about my termination or the to check at last that I made some requests by email and calls to the managers to express my concern about having been and being abused or put in a hostile situation by a co-worker.

It seems the other party wishes to wash their hands clean of responsibilities and deny the fact that I approached them at first before they fired me, about being harassed and disrespected, about a certain co-worker not being reprimanded for her actions towards me. I do believe that by law, whether state employment laws and regulations or federal one, Ekit.com is to be held responsible for the abuse because of the liability they hold as my employers. Nothing was done according to the dispute resolution steps mentioned in the our Massachusetts Employee Conflict Resolution Steps generally amended to solve the issue and hostility I reported more than twice to Jon Avnaim ( customer service manager), John Ricci (the VP for Ekit) or Steven Searles (The designated person for resolutions, based in Melbourne, Australia with Ekit.com). I have to say that the company decided to get rid of me because first of all as the instances of unreturned email and complaints, as well as the acknowledged and failed attempts to mediate anything at all. I have copies of emails and a witness who was present in my home while I was trying as hard as I could to remedy the situation, keep my job, have Ekit'.com's Steven Searles solved it while John Ricci was actually not even in the country or reactionary at all to the events occurring.

I was the first employee ever fired there, and then I heard after that followed the firings of ten other Ekit.com employees, all based on some then non-existing Ekit.com attendance policy that was never even appropriately implemented. I never was told a thing about the outrageous reports on my attendance or

performance till I started to complain openly about my concerns, and till this case came to light with the court. (Yet again here, I have to point out that the attendance system was a disorganized one; you could get away with writing your hours on paper with a pencil and having it be altered or changed later one if anything) and that went on at least during my first four of EKIT.com's stabilization at their brand new Boston location, from their old location at 250 Summer Street in Boston. Things were clearly up in the air and noticeably not well organized to say the least, yet most of the employees put up with it all, and focused the work at hand first; funny how, as even at the beginning, through and after the training period of two weeks, the employees policies' Handbook was not even handle to us till almost a month into the company (we were about 12 folks in the training class). Most employees had problems with the attendance at least 4 times before we all got into the third month at the fairly new company then because of the uneasiness with getting the silver line bus schedules right, or because most of us used public transportation and it was hard to get to the location. The time sheets were several times altered and rigged, I lost time and efforts due to miscalculations or errors made by Jon Avnaim for which he verbally apologize to me and others while promising to correct them We all never quite made a big deal of those unprofessional instances. As it turns out now, however, in this case, these little defects and errors are being used against me.

My performance for instance, which I was being praised by the customers for a lot (French and English customers who called and asked for my advice, when Ekit managers wanted me to just brush off the issues and pretend I couldn't solve r help those poor people with the many issues they had with the products sold to them or otherwise); subsequently and weirdly enough I get my performance, which was by all eyes and observation on key most of the time by my actions and ability to do what I was to do a representative; that it turns out as I get shown the door and pushed to it literally, is now determined on a bunked test I was not even prepared for or properly notified about. Somehow, the warning or notice for me to prepare for the test, for instance, failed somehow to get to me via email. I was told that I could make it up. I was also blamed for theft of food. Very random and misplaced accusations like that at the time, days before I was fired; and all mostly came through clearly, days after I suggested that because my complaints were not being addressed I would seek legal help. I believe that Ekit.com got rid of me in the end based on false motives, ( my refusal to sign written notice for something done months before and before the rules and regulations handbook was remitted to the most of the employees ) and retaliation because they knew they had failed to respond to my complaint.

That is all basically what I believe they should be tried or focus on as they respond to the complaint and not an old complaint I made with the MCAD. This is about their failure to take responsibility to protect me and go through the required conflict resolution process by law.

I would request that a motion be entered based on false and retaliatory termination, focusing on my attempts to get the company's attention on the harassment I suffered and the hostility that their inability to solve the matter brought to and affected my last three weeks performance and focus at the workplace. I am not focusing on the bogus termination alone, but on the fact that they should be held liable for not acting appropriately and manipulating the situation to then fire me.

Civil Lawsuit Basis:

I would appreciate getting the required forms for the motion to file this suit with the court on the new basis, and also to be allowed oral argument or conference before the judge on the aspect of Ekit.com's failure to act (also in reference to clear apparent violations of Civil Rights and Liberties (Title VII by Workplace

Discrimination (Verbal and Physical Harassment Hostile Work Environment), Title VII Retaliation, Negligent Infliction of Emotional Distress, Negligent Supervision and Retention, Breach of Implied Contract, and Breach of the Express Covenant of Good Faith and Fair Dealing) according to the state and federal employment laws as to the steps to resolve conflict at the workplace-Retaliatory termination thereafter.

P.S. Please be kind to return Copies of those Entries to the provided Return Address.

L. Aby (6A7143087)