IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB BRADLEY, NOAH BRADLEY, KEITH RIDLEY, and JARED THOMAS, individually and on behalf of a class of similarly situated individuals,<br><br>PLAINTIFFS<br><br>v.<br><br>CITY OF LYNN, EDWARD J. CLANCY, JR., In his capacity as Mayor of the City of Lynn; the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF HUMAN SERVICES; and RUTH BRAMSON, In her capacity as Personnel Administrator of the Division of Human Resources of the Commonwealth of Massachusetts,<br><br>DEFENDANTS. | Civil Action No. 05-10213-PBS |

### JOINT MOTION TO CONTINUE FINAL PRE-TRIAL CONFERENCE AND TRIAL AS TO ALLEGATIONS AGAINST DEFENDANTS CITY OF LYNN AND EDWARD J. CLANCY, JR.

Now come the plaintiffs and the Defendants City of Lynn and Edward J. Clancy, Jr. (City Defendants) and jointly move to continue the Pre-Trial Conference scheduled for this afternoon at 3:00 p.m. and the Trial scheduled for the week of June 23, 2008.

As grounds for said Motion, the parties state that the City Defendants have continued to effectuate the terms of the parties' agreement-in-principle by advancing the required background checks for the Plaintiffs but that the process has taken longer than the parties had anticipated. Because satisfactory completion of those background checks will likely lead to the final resolution of this matter, the parties respectfully request that the Court continue the Final Pre-Trial Conference and the Trial in this matter. Should the matter not be resolved expeditiously,

the parties, either jointly or individually, will move for a further status conference to apprise the Court of the status of the case and schedule any necessary proceedings.

WHEREFORE, the parties jointly move to continue the Pre-Trial Conference and Trial scheduled for June 17, 2008, and June 23, 2008, respectively.

| FOR THE PLAINTIFFS | FOR THE DEFENDANT CITY OF LYNN |
|---|---|
| /s/ Alfred Gordon | /s/ James Lamanna |
| Alfred Gordon, BBO # 630456 | James Lamanna, Esq. |
| PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN | City Solicitor's Office Lynn City Hall |
| 18 Tremont Street, Suite 500 | 3 City Hall Square  Room 406 |
| Boston, MA  02108 | Lynn  MA  01901 |
| (617)367-7200 | (781)  598-4000. Ext. 6840 |

Dated: June 17, 2008

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by electronic notice on June 17, 2008, on all the attorneys registered with the Electronic Filing System and by U.S. Mail on James Lamanna, City Solicitor's Office, Room 406, Lynn City Hall, Lynn, MA 01901.

　　　　　　　　　　　　　　　　　　　　　/s/ Alfred Gordon
　　　　　　　　　　　　　　　　　　　　　Alfred Gordon