UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JACOB BRADLEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF LYNN, et al. )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 05-10213-PBS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter my appearance on behalf of the Boston Society of the Vulcans and the New England Area Conference of the NAACP in the above-referenced matter.

Respectfully submitted,

/s/ Jonathan Woodard
Jonathan Woodard (BBO #673554)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: June 24, 2010

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing has been served by operation of the Court's ECF system upon all counsel of record this 24th day of June, 2010.

                                          /s/ Jonathan Woodard
                                          Jonathan Woodard